**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  CoLiant Solutions, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  41-2044744

4. **Debtor's address**

   **Principal place of business**
   2703 Brickton North Drive
   Number    Street

   Buford    GA    30518
   City    State    ZIP Code

   Gwinnett County
   County

   **Mailing address, if different from principal place of business**
   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number    Street

   _____
   City    State    ZIP Code

5. **Debtor's website** (URL)  www.coliantsolutions.com

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  CoLiant Solutions, Inc.
       Name

Case number (*if known*) _____

---

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

238210

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY
         District _____  When _____  Case number _____
                                        MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
       District _____  When _____
                                          MM / DD / YYYY
       Case number, if known _____

---

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page **2**

Debtor __CoLiant Solutions, Inc._____  Case number (*if known*)_____
      Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br>_____<br>_____<br>City    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☐ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99      ☐ 5,001-10,000      ☐ 50,001-100,000<br>☑ 100-199      ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** | ☐ $0-$50,000      ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion |

Debtor  CoLiant Solutions, Inc.  
      Name

Case number (*if known*)_____

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/12/2025  
              MM / DD / YYYY

✗ /s/ Kenneth C. Stallings          Kenneth C. Stallings  
Signature of authorized representative of debtor     Printed name

Title  President

---

**18. Signature of attorney**

✗ /s/ William Rountree       Date  02/12/2025  
Signature of attorney for debtor           MM / DD / YYYY

William Rountree  
Printed name

Rountree, Leitman, Klein & Geer, LLC  
Firm name

2987 Clairmont Road Suite 350  
Number     Street

Atlanta                 GA      30329  
City                      State     ZIP Code

404-584-1238          wrountree@rlkglaw.com  
Contact phone             Email address

616503                  GA  
Bar number                State

---

Debtor _____     Case number *(if known)*_____
       First Name   Middle Name   Last Name

## Continuation Sheet for Official Form 201

**4) Debtor's Addresses**

| | |
|---|---|
| **Business** | **100 SE Executive Drive Ste. 4 Bentonville, AR 72712, Benton County** |
| **Business** | **2344 Pleasant Run Springfield, IL 62711, Sangamon County** |
| **Business** | **3650 Winchester Road Springfield, IL 62707, Sangamon County** |
| **Business** | **4120 Bangs Avenue Modesto, CA 95356, Stanislaus County** |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**

**Fill in this information to identify the case:**

Debtor name: CoLiant Solutions, Inc.

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Eunitel, Inc. 6211 N. Monticello Ave Chicago, IL, 60659 | | Suppliers or Vendors | | | | 910,312.55 |
| 2 | Avigilon USA Corporation Dept 3229 Dallas, TX, 75312-3229 | | Suppliers or Vendors | | | | 514,413.02 |
| 3 | Cabling Solutions, LLC 7890 Boothill Drive Park City, UT, 84098 | | Suppliers or Vendors | | | | 460,798.50 |
| 4 | Quality Touch Cabling 1170 Celebration Blvd. Suite100 Celebration, FL, 34747 | | Suppliers or Vendors | | | | 352,347.75 |
| 5 | United Rentals - WM National Credit Office P.O. Box 100711 Atlanta, GA, 30384-0711 | | Suppliers or Vendors | | | | 276,423.91 |
| 6 | Fehring Ornamental Ironworks 10685 E State Route 29 Rochester, IL, 62563 | | Suppliers or Vendors | | | | 211,993.66 |
| 7 | Master DataComm, Inc 8026 Carolyn Ln Morris, AL, 35116 | | Suppliers or Vendors | | | | 146,400.00 |
| 8 | Star Protection Agency California 7901 Oakport St. Oakland, CA, 94621-2022 | | Suppliers or Vendors | | | | 143,703.75 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

Debtor  CoLiant Solutions, Inc.    Case number (*if known*)
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Overwatch<br>2477 Valleydale Rd, Ste A-2<br>Birmingham, AL, 35244 | | Suppliers or Vendors | | | | 129,994.22 |
| 10 | United Rentals, Inc.<br>National Credit Office<br>Atlanta, GA, 30384-0711 | | Suppliers or Vendors | | | | 119,400.09 |
| 11 | Virginia Electronic Components<br>1155 5th St SW<br>Charlottesville, VA, 22902 | | Suppliers or Vendors | | | | 109,290.08 |
| 12 | LHI, LLC<br>327 Sandymead Road<br>Matthews, NC, 28105 | | Suppliers or Vendors | | | | 108,004.56 |
| 13 | H&E Equipment Services<br>PO Box 849850<br>Dallas, TX, 75284-9850 | | Suppliers or Vendors | | | | 102,435.00 |
| 14 | Power-Comm Technologies<br>P.O. Box 1078<br>Highland, CA, 92346 | | Suppliers or Vendors | | | | 88,600.00 |
| 15 | Batteries Plus<br>Lockbox BPB National Accounts 29305 Network Place<br>29305 Network Place<br>Chicago, IL, 60673-1293 | | Suppliers or Vendors | | | | 88,309.20 |
| 16 | Spartan Communications<br>108 Alberta Lane<br>Winder, GA, 30680 | | Suppliers or Vendors | | | | 71,428.14 |
| 17 | Spartan 7 Securities<br>P.O. Box 11920<br>Conway, AR, 72034 | | Suppliers or Vendors | | | | 70,742.00 |
| 18 | SignalNet Communications, Inc.<br>205 Windco Circle<br>Wylie, TX, 75098 | | Suppliers or Vendors | | | | 67,754.68 |
| 19 | Firmament Solutions<br>510 Plaza Drive<br>Atlanta, GA, 30349 | | Suppliers or Vendors | | | | 64,000.00 |
| 20 | BRH Communications<br>11879 Creek Trail<br>Sylmar, CA, 91342 | | Suppliers or Vendors | | | | 63,678.31 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

3WMOTUS LLC
20646 Sunset Alps Dr
New Caney, TX 77357

Acre Security Americas
3700 E. Plano Pkwy
Building A, Suite 100
Plano, TX 75074

ADI
25429 Network Place
Chicago, IL 60673-1254

Advance Financial Corporation
3700 Mansell Road, Ste. 350
Alpharetta, GA 30022

Advanced Cable Net Solutions
9104 Industry Drive
Manassas Park, VA 20111

Alabama Department of Revenue
Business Privilege Tax Section
PO Box 327320
Montgomery, AL 36132-7320

Alaska Department of Revenue
P.O. Box 110400
Juneau, AK 99811-0400

Amazon Capital Services
PO Box 035184
Seattle, WA 98124

Another Helper
97 Country Road 1471
Cullman, AL 35055

Arizona Department of Revenue
PO Box 29010
Phoenix, AZ 85038-9010

Arkansas Department of Revenue
1900 W 7th Street
Rm 2062
Little Rock, AR 72201

Avigilon USA Corporation
Dept 3229
Dallas, TX 75312-3229

B2B Alarms
9605 US HWY 90 W. #154
San Antonio, TX 78245

Bartons Network LLC
26 Brill Street
Newark, NJ 07105

Batteries Plus
Lockbox BPB National Accounts 29305 Network Place
29305 Network Place
Chicago, IL 60673-1293

BCA Aviation, Inc.
2703 Brickton North Drive
Buford, GA 30518

Benchmark Group, Inc.
PO Box 1212
Lowell, AZ 72745

Best Tech Cabling & Installation
4222 W. Union St.
Tampa, FL 33607

Boldtronics Inc.
655 Post Road
Madison, WI 53713

BRH Communications
11879 Creek Trail
Sylmar, CA 91342

Cabling Solutions, LLC
7890 Boothill Drive
Park City, UT 84098

California Department of Tax and Fee Administration
P.O. Box 942879
Sacramento, CA 94279

California State Board of Equalization
State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279

Chief Facility Defense (CFD)
4330 South Lee St
Buford, GA 30518

Cleeton Sanitation Service
90 Harold
PO Box 50
Tovey, IL 62570

CMS
PO Box 871874
Kansas City, MO 64187-1874

CoLiant International, LLC
2703 Brickton North Drive
Buford, GA 30518

CoLiant Properties
2703 Brickton North Drve
Buford, GA 30518

CoLiant Properties, LLC
2730 Brickton North Drive
Buford, GA 30518

CoLiant Systems, LLC
2703 Brickton North Drive
Buford, GA 30518

Colorado Department of Revenue
1375 Sherman St.
Denver, CO 80261

Comptroller of Maryland
80 Calvert Street
PO Box 466
Annapolis, MD 21404-0466

Connecticut Department of Revenue Services
25 Sigourney St., Ste 2
Hartford, CT 06106-5032

Contessa Leigh Stallings
1120 Sailview Drive
Buckhead, GA 30625

ControlByWeb, LLC
1681 West 2960 South
Nibley, UT 84321

Converged Systems & Solutions
Bridgetown Barbados, WI B111113

ConvergeOne, Inc
NW 5806
Minneapolis, MN 55485-5806

Crescent Electric
PO BOX 500 ,
EAST DUBUQUE, IL 61025-4418

CSC - Corporation Service Company - CSC
P.O. Box 7410023
Chicago, IL 60674-5023

Cybernautic
2404 E. Empire
Bloomington, IL 61704

Delaware Department of Finance - Division of Revenue
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

District of Columbia Office of Tax and Revenue
1101 4th Street, SW
Suite 270 West
Washington, DC 20024

DLL Finance LLC
PO Box 2000
Johnston, IA 50131

DLL Finance LLC 101-0521832-000
PO Box 77122
Minneapolis, MN 55480-7702

Emburse Inc.
P. O. Box 780965
Philadelphia, PA 19178-0965

Enterprise Holdings Inc
PO Box 402383
Atlanta, GA 30384-2383

Eunitel, Inc.
6211 N. Monticello Ave
Chicago, IL 60659

F.D. Hayes Electric
2301 Beal Ave.
Lansing, MI 48910

Fast Signs
2112 S MacArthur Blvd
Suite A
Springfield, IL 62704


FedEx
P. O. Box 660481
Dallas, TX 75266-0481


Fehring Ornamental Ironworks
10685 E State Route 29
Rochester, IL 62563


Firmament Solutions
510 Plaza Drive
Atlanta, GA 30349


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100


Fredmar, LLC
12811 W Desert Cove Rd.
El Mirage, AZ 85335


Geneva Capital, LLC
1311 Broadway Street
Alexandria, MN 56308


Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000


Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345


Georgia Department of Revenue Bankruptcy
2595 Century Parkway NE
Ste. 339
Atlanta, GA 30345


Global Executive Group
3480 Peachtree Rd NE
Atlanta, GA 30518


Grainger
Dept 863590063
Palatine, IL 60038-0001


Graybar
PO Box 403052
Atlanta, GA 30384-3052


H&E Equipment Services
PO Box 849850
Dallas, TX 75284-9850


Hawaii Department of Taxation
P.O. Box 259
Honolulu, HI 96809-0259


Home Depot Rental
PO Box 789
Fort Mill, SC 29716


HOTEL ENGINE
720 S Colorado Blvd
Denver, CO 80246


Hunt & Taylor Law Group, LLC
1001 Riverside Dr, Ste A
Gainesville, GA 30501


Idaho State Tax Commission
PO Box 36
Boise, ID 83777-0410


IES Commercial Inc.
1010 Bowen Parkway
Suffolk, VA 23435


Illinois Department of Revenue
100 West Randolph Street
Chicago, IL 60601-3274


Indiana Department of Revenue
100 N. Senate Avenue
Indianapolis, IN 46204


Install Subs LLC
7639 Southeastern
Indianapolis, KS 46239


Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Iowa Department of Revenue
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319


Jason Hogan Designs
1987 Hwy 254
Cleveland, GA 30528


JCV Communications
4563 Technology Dr.
Suite 7
Wilmington, NC 28405


Jones Eng Group LLC
8013 Brookstone CT
Severn, MD 21144


Kansas Department of Revenue
Docking State Office Building, Room 150
915 SW Harrison St.
Topeka, KS 66612


Kenneth Carl Stallings
1120 Sailview Drive
Buford, GA 30625


Kentucky Department of Revenue
600 West Cedar Street, 2nd Floor West
Louisville, KY 40202


Keyence Corporation of America
500 Park Boulevard
Itasca, IL 60143


Krista Ann Jackson
15 Knollcrest Lane
Chatham, IL 62629


LHI, LLC
327 Sandymead Road
Matthews, NC 28105


Los Angeles Detection Systems
145 Glenoaks Blvd, Suite 15
Burbank, CA 91502


Louisiana Department of Revenue
617 North Third Street
P.O. Box 201
Baton Rouge, LA 70821


Maine Revenue Services
51 Commerce Drive
Augusta, ME 04330


Maple Systems Inc.
808 134th Street SW
Everett, WA 98204


March Networks Inc
PO Box 66512
Chicago, IL 60666


MASCO PACKAGING & INDUSTRIAL SUPPLY
290 North Street
Springfield, IL 62704


Massachusetts Department of Revenue
100 Cambridge Street
Boston, MA 02114


Master DataComm, Inc
8026 Carolyn Ln
Morris, AL 35116


MCS General Construction
6523 Pool Hill Road
Fulshear, TX 77441


MecoClub
908 S Kickapoo St
Lincoln, IL 62656


Medallion Transport & Logistics, LLC
701 East Gate Drive Ste 110
Mt Laurel, NJ 08054


Michael Kern
17212 S Pawnee Road
Pawnee, IL 62558


Michigan Department of Treasury
430 W. Allegan Street
Lansing, MI 48922


Miles T-Shirts
306 W North St
Spingfield, IL 62704

Mimecast North America, Inc.
Mimecast North America Inc
Detroit, MI 48277-2609

Minnesota Department of Revenue
600 North Robert St.
St. Paul, MN 55101

Mississippi Department of Revenue
P.O. Box 23192
Jackson, MS 39225-3192

Missouri Department of Revenue
Harry S Truman State Office Building
301 West High Street
Jefferson City, MO 65101

Mobile Mini, Inc.
P.O. Box 650882
Dallas, TX 75265-0882

Mobile Modular Portable Storage
P.O. Box 45043
San Francisco, CA 94145-5043

Montana Department of Revenue
Sam W. Mitchell Bldg.
125 N. Roberts, 3rd Floor
Helena, MT 59601

Morningstar
8 Pheasant Run
Newtown, PA 18940

Mutual of Omaha G000B8FT
Payment Processing Center
Omaha, NE 68103-2147

NAVAID Solutions
28210 Paseo Dr
Suite 190
Wesley Chapel, FL 33543

Nebraska Department of Revenue
301 Centennial Mall South
PO Box 94818
Lincoln, NE 68509-4818

Nevada Department of Taxation
1550 College Parkway Suite 115
Carson City, NV 89706

New Hampshire Department of Revenue Administration
109 Pleasant St.
Concord, NH 03301

New Horizon Communications
200 Baker Ave
Concord, MA 01742-2112

New Jersey Department of the Treasury
Corporate Filings Unit
33 West State Street, 5th Floor
Trenton, NJ 08608

New Jersey Department of the Treasury - Division of Taxation
50 Barrack Street
1st Floor Lobby
Trenton, NJ 08695

New Mexico Taxation and Revenue Dept
1100 S. St. Francis Drive
PO Box 630
Santa Fe, NM 87504-6030

New York State Department of Taxation and Finance
1 Commerce Plaza
99 Washington Ave. Suite 600
Albany, NY 12231

Newtek Small Business Finance LLC
1981 Marcus Avenue
Ste. 130
New Hyde Park, NY 11042

NinjaRMM, LLC
26750 US Highway 19 North
Clearwater, FL 33761

North Carolina Department of Revenue
P.O. Box 25000
Raleigh, NC 27640-0520

North Dakota Office of State Tax Commissioner
PO Box 5621
Bismarck, ND 58506-5621

Ohio Department of Taxation
P.O. Box 2057
Columbus, OH 43270-2057

Oklahoma Department of Labor
409 NE 28th Street
Oklahoma City, OK 73105

Oregon Department of Revenue
955 Center St NE
Salem, OR 97301-2555

Overwatch
2477 Valleydale Rd, Ste A-2
Birmingham, AL 35244

Pennsylvania Department of Revenue
PO Box 280905
Harrisburg, PA 17128-0947

Phillip Meyer
14 Mesa Rd.
Springfield, IL 62702

Power-Comm Technologies
P.O. Box 1078
Highland, CA 92346

PowerLink Technologies
407 Cedar Creek
Winder, GA 30680

Precision Fire Protection Services
987 E 21st St; STE B
Yuma, AZ 85365

Premier Technology Systems
Four Coins Drive
Suite 100
Cannonsburg, PA 15317

Quality Touch Cabling
1170 Celebration Blvd. Suite100
Celebration, FL 34747

Raymond Leasing Corporation
22 South Canal Street
Greene, NY 13778

Reliable Relamping
6459 Nash Highway
Saranac, MI 48881

Rhode Island Department of Revenue - Division of
Taxation
One Capitol Hill
Providence, RI 02908

River Capital Partners, LLC
36 Airport Road Ste. 204
Lakewood, NJ 08701

Robert Half
PO Box 743295
Los Angeles, CA 90074-3295

Ron's Remodeling
2948 Maple Run Drive
Madison, WI 53719

RPA
780 Johnson Ferry Road
Atlanta, GA 30342

Rushton
P.O. Box 2917
Gainesville, GA 30503-2917

Safe Security Solutions
1120 Springwood Dr.
Saginaw, TX 76179

Sam's Club / Synchrony Bank
P.O. Box 530981
Atlanta, GA 30353-0981

Shelly Electric Co. Inc.
1126 Callowhill St.
Philadelphia, PA 19123

Sign Outlet Store
2200 Ogden Ave.
Suite 350
Lisle , IL 60352

SignalNet Communications, Inc.
205 Windco Circle
Wylie, TX 75098

Simply Surveillance
1311 Gaston Street
Bessemer City, NC 28016

South Carolina Department of Revenue
300 Outlet Pointe Blvd
Columbia, SC 29210

South Dakota Department of Revenue
445 East Capitol Ave.
Pierre, SD 57501

Spartan 7 Securities
P.O. Box 11920
Conway, AR 72034

Spartan Communications
108 Alberta Lane
Winder, GA 30680

Star Protection Agency California
7901 Oakport St.
Oakland, CA 94621-2022

Suburban Electric
700 N Lynndake Dr
Appleton, WI 54914

Sullivan Communications
4830 Sorento Road
Sacramento, CA 95835

Synovus Company CC
33 West 14th Street
Columbus, GA 31901

T Mobile
P.O. Box 742596
Cincinnati, OH 45274-2596

TBF GRP
460 Faraday Avenue
Jackson, NJ 08527

Tech Know Security
12385 W. Henry Rd
Deputy, IN 47230

Telguard
3225 Cumberland Blvd SE
Atlanta, GA 30339

Teltonika IOT Solutions USA Inc
5000 Riverside Dr., Building 5, Suite 300
Irving, TX 75039

Tennessee Department of Revenue
Andrew Jackson Building
500 Deaderick St.
Knoxville, TN 37242

Texas Comptroller
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin, TX 78774

Texas Comptroller
Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528

Texas Technology Integrators
909 Jack Brown
Whitehouse, TX 75791

TForce Worldwide
P.O. Box 7410328
Chicago, IL 60674-0328

The Hartford
690 Asylum Avenue
Hartford, CT 6155

The Stallings Group, LLC
2703 Brickton North Drive
Buford, GA 30518

TRC Electronics
4171 Stony Lane
Doylestown, PA 18902

Trusted Tech Team
5171 California Ave, Suite 250
Irvine, CA 92617

United Rentals - WM
National Credit Office
P.O. Box 100711
Atlanta, GA 30384-0711

United Rentals, Inc.
National Credit Office
Atlanta, GA 30384-0711

US Small Business Association
2 North Street
Ste. 320
Birmingham, AL 35203

Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134

Vermont Department of Taxes
133 State Street
Montpelier, VT 05633

Virginia Department of Taxation
1957 Westmoreland Street
Richmond, VA 23230

Virginia Department of Taxation
Office of Customer Services
P.O. Box 1115
Richmond, VA 23218

Virginia Electronic Components
1155 5th St SW
Charlottesville, VA 22902

Washington Department of Revenue
P.O. Box 47478
Olympia, WA 98504-7478

West Virginia State Tax Department
Taxpayer Services Division
Post Office Box 3784
Charleston, WV 25337-3784

WEX - FSA
P.O. Box 9528
Fargo, ND 58106-9528

White Electrical Construction Co
1730 Chattahoochee Ave
Atlanta, GA 30318

Willscot
4646 E Van Buren St
Phoenix, AZ 85008-6927

Wisconsin Department of Revenue
819 N. Sixth St., Room 408
Milwaukee, WI 53203-1606

Woolley Trucking LLC
17281 E 350th St
Orion, IL 61273

Wyoming Department of Revenue
122 West 25th Street, 2nd Floor West
Cheyenne, WY 82002-0110

United States Bankruptcy Court
Northern District of Georgia

In re: CoLiant Solutions, Inc.

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 02/12/2025

/s/ Kenneth C. Stallings
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor