**Fill in this information to identify the case:**

Debtor name ___CoLiant Solutions, Inc.___

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): ___25-51509___

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From 01/01/2025<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 2,590,122.07 |
| For prior year: | From 01/01/2024<br>MM / DD / YYYY | to | 12/31/2024<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 29,824,992.33 |
| For the year before that: | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 31,627,036.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From<br>MM / DD / YYYY | to | Filing date | | $ |
| For prior year: | From<br>MM / DD / YYYY | to | MM / DD / YYYY | | $ |
| For the year before that: | From<br>MM / DD / YYYY | to | MM / DD / YYYY | | $ |

| Debtor | CoLiant Solutions, Inc. | Case number (if known) | 25-51509 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See SOFA 3 Attachment<br>Creditor's name | | $ 4,526,383.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | _____<br>Creditor's name | | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Kenneth Carl Stallings<br>Insider's name<br>1120 Sailview Drive<br>Buckhead, GA 30625<br><br>Relationship to debtor<br>Owner | _____<br>_____<br>_____ | $ 2,462,499.30 | See SOFA 4 Attachment - Payments on guaranteed debt |
| 4.2. | Contessa Leigh Stallings<br>Insider's name<br>1120 Sailview Drive<br>Buckhead, GA 30625<br><br>Relationship to debtor<br>Owner | _____<br>_____<br>_____ | $ 1,193,425.68 | See SOFA 4 Attachment - Payments on guaranteed debt |

| Debtor | CoLiant Solutions, Inc. | Case number *(if known)* 25-51509 |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ |
| | Creditor's name | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ |
| Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | | ☐ On appeal |
| | | | | ☐ Concluded |
| | Case number | | | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | | ☐ On appeal |
| | | | | ☐ Concluded |
| | Case number | | | |

| Debtor | CoLiant Solutions, Inc. | Case number *(if known)* 25-51509 |
|---|---|---|
| | Name | |

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | | |
| | _____ | _____ |
| | **Case number** | Name |
| | | |
| | _____ | |
| | **Date of order or assignment** | |
| | | |
| | _____ | |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

| Debtor | CoLiant Solutions, Inc. | Case number (if known) | 25-51509 |
|---|---|---|---|
| | Name | | |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Rountree Leitman Klein & Geer, LLC | Retainer | 02/2025 | $ 100,000.00 |
| | **Address** | | | |
| | Century Plaza I, 2987 Clairmont Rd., Ste. 350 Atlanta, GA 30329 | | | |
| | **Email or website address** rlkglaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |
| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | _____ | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | | | |

Debtor    CoLiant Solutions, Inc.
_____
Name

Case number *(if known)*  25-51509
_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | HMB Security, PLLC | Accounts receivable | 02/04/2025 | $ 100,000.00 |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |

| Part 7: | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

Debtor    CoLiant Solutions, Inc.
_____     Case number (*if known*) 25-51509
Name                                                                        _____

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

|  | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name |  | _____ |
|  |  | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |
|  | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____<br>Facility name |  | _____ |
|  |  | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    CoLiant Solutions, Inc.
          _____      Case number *(if known)* 25-51509
          Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| SpareBox 0093<br>Name<br>1511 Panther Loop<br>Pflugerville, TX 78660<br><br>Address | | See SOFA Q. 20 Attachment | ☐ No<br>☑ Yes |

Debtor   CoLiant Solutions, Inc.
_____
Name                                                Case number (if known) 25-51509

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ Name | | | $_____ |

---

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **9**

Debtor    CoLiant Solutions, Inc.
_____    Case number (*if known*) 25-51509
Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____   To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____   To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____   To _____ |

---

| Debtor | CoLiant Solutions, Inc. | Case number (if known) | 25-51509 |
|---|---|---|---|
| | Name | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Jonathan Carroll\|Rushton, LLC<br>Name<br>PO Box 2917, Gainesville, GA 30503 | From _____<br>To 02/11/2025 |
| 26a.2.<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Jonathan Carroll\|Rushton, LLC<br>Name<br>PO Box 2917, Gainesville, GA 30503 | From _____<br>To 02/11/2025 |
| 26b.2.<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Jonathan Carroll\|Rushton, LLC<br>Name<br>PO Box 2917, Gainesville, GA 30503 | |

Debtor    CoLiant Solutions, Inc.
_____    Case number (if known) 25-51509 _____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.  _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.  True Business Funding
_____
Name

| Name and address |
|---|

26d.2.  River Capital Partners
_____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____
Name

Debtor    CoLiant Solutions, Inc.
_____    Case number (if known) 25-51509 _____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2.  _____ Name |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kenneth C. Stallings | 1120 Sailview Drive, Buckhead, GA 30625 | Owner | 49 |
| Contessa L. Stallings | 1120 Sailview Drive, Buckhead, GA 30625 | Owner | 51 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  Brandt Stallings Name | 36,648.50 | _____ | Payroll/Tuition Reimbursement |
| | | _____ | |
| | | _____ | |

| Relationship to debtor |
|---|
| Family member of principals |

| | _____ |

Debtor    CoLiant Solutions, Inc.
_____    Case number (*if known*) __25-51509__
Name

| | Name and address of recipient | 29,880.00 | | Payroll |
|---|---|---|---|---|
| 30.2 | Carissa Stallings | | _____ | |
| | Name | | | |
| | | | _____ | |
| | | | _____ | |
| | | | _____ | |
| | Relationship to debtor | | _____ | |
| | Family member of principals | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __03/10/2025__
MM / DD / YYYY

✖ /s/ Kenneth C. Stallings    Printed name __Kenneth C. Stallings__
_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    __President__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

| Debtor Name | CoLiant Solutions, Inc. | Case number (if known) | 25-51509 |
|---|---|---|---|

## Continuation Sheet for Official Form 207

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| | | | |
|---|---|---|---|
| Coliant Properties, LLC | 2703 Brickton North Drive, Buford, GA 30518 | $679,594.32 | See SOFA 4 Attachment – Payments on guaranteed debt |
| The Stallings Group, LLC | 2703 Brickton North Drive, Buford, GA 30518 | $679,594.32 | See SOFA 4 Attachment – Payments on guaranteed debt |
| Coliant International, LLC | 2703 Brickton North Drive, Buford, GA 30518 | $679,594.32 | See SOFA 4 Attachment – Payments on guaranteed debt |
| Coliant Properties, LLC | 2703 Brickton North Drive, Buford, GA 30518 | $162,500.00 | See SOFA 4 Attachment – Rent |

**26d) Creditors**

**Breakout Capital**

**SBF Funding**

**Newtek Small Business Financial**

**Enterprise Fleet Management**

**30) Payments, distributions, or withdrawals credited or given to insiders**

**Name and Address:**

**Contessa Leigh Stallings**

**1120 Sailview Drive**
**Buckhead, GA 30625**

**Amount of money or description: $51,390.30**

**Dates: – , – , –**

**Reason: Payroll**

**---**

Debtor Name    CoLiant Solutions, Inc.

Case number *(if known)* __25-51509__

## Continuation Sheet for Official Form 207

**Kenneth Carl Stallings**

**1120 Sailview Drive**
**Buckhead, GA 30625**

**Amount of money or description: $92,397.10**

**Dates: – , – , –**

**Reason: Payroll**

**———**

**Name and Address:**

**Kenneth Carl Stallings**

**1120 Sailview Drive**
**Buckhead, GA 30625**

**Amount of money or description: $69,200.00**

**Dates: – , – , –**

**Reason: Distributions**

**———**

**Name and Address:**

**Kenneth Carl Stallings**

**1120 Sailview Drive**
**Buckhead, GA 30625**

**Amount of money or description: $7,000.00**

**Dates: 03/20/2024, – , –**

**Reason: HSA Contribution**

**———**

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SOFA 3 ATTACHMENT**

| PAYMENT DATE | PAYEE | | AMOUNT | TOTAL 90-DAY PAYMENTS |
|---|---|---|---|---|
| 11/27/2024 | ADEMCO INC. INV PYMT 241127 N9058000 N9058000 | $ | 15,292.69 | |
| 12/12/2024 | ADEMCO INC. INV PYMT 241212 N9058000 N9058000 | $ | 15,312.69 | $    30,605.38 |
| 1/31/2025 | Amerifactor | $ | 11,648.98 | |
| 12/6/2024 | Amerifactor (JCV ) | $ | 27,954.35 | |
| 1/27/2025 | Amerifactor (JCV) | $ | 11,648.98 | |
| 12/4/2024 | Amerifactor (Quality Touch Cabling) | $ | 12,720.00 | |
| 12/6/2024 | Amerifactor (Quality Touch Cabling) | $ | 18,120.00 | |
| 12/20/2024 | Amerifactor (Quality Touch Cabling) | $ | 8,146.32 | |
| 12/30/2024 | Amerifactor (Quality Touch Cabling) | $ | 10,096.10 | |
| 1/24/2025 | Amerifactor (Quality Touch Cabling) | $ | 14,490.26 | $    114,824.99 |
| 11/12/2024 | Another Helper | $ | 15,000.00 | |
| 12/2/2024 | Another Helper | $ | 15,000.00 | |
| 12/6/2024 | Another Helper | $ | 15,000.00 | |
| 12/20/2024 | Another Helper | $ | 4,000.00 | |
| 12/27/2024 | Another Helper | $ | 4,000.00 | |
| 1/31/2025 | Another Helper | $ | 1,200.00 | $    54,200.00 |
| 12/2/2024 | ATT | $ | 4,062.82 | |
| 1/2/2025 | ATT | $ | 4,062.82 | |
| 1/31/2025 | ATT | $ | 4,069.88 | $    12,195.52 |
| 2/3/2025 | AVALARA PAYMENT 250203 043000094714128 043000094714128 | $ | 15,237.20 | $    15,237.20 |
| 11/20/2024 | Batteries Plus | $ | 4,032.69 | |
| 11/26/2024 | Batteries Plus | $ | 8,904.60 | |
| 12/2/2024 | Batteries Plus | $ | 8,904.60 | |
| 1/31/2025 | Batteries Plus | $ | 2,500.00 | |
| 2/7/2025 | Batteries Plus | $ | 2,500.00 | $    26,841.89 |
| 11/22/2024 | BRH Communications | $ | 7,333.00 | |
| 12/6/2024 | BRH Communications | $ | 32,684.00 | |
| 12/13/2024 | BRH Communications | $ | 630.00 | |
| 1/10/2025 | BRH Communications | $ | 5,500.00 | |
| 2/7/2025 | BRH Communications | $ | 10,000.00 | $    56,147.00 |
| 12/6/2024 | CA DEPT TAX FEE CDTFA EPMT 241206 19541370 19541370 | $ | 23,025.36 | $    23,025.36 |
| 11/12/2024 | Cabling Solutions | $ | 10,000.00 | |
| 12/6/2024 | Cabling Solutions | $ | 54,445.00 | |
| 12/20/2024 | Cabling Solutions | $ | 10,000.00 | |
| 1/23/2025 | Cabling Solutions | $ | 10,000.00 | |
| 2/7/2025 | Cabling Solutions | $ | 10,000.00 | $    94,445.00 |
| 11/12/2024 | Chief Facility Defense | $ | 13,000.00 | |
| 12/4/2024 | Chief Facility Defense | $ | 12,507.19 | |
| 12/6/2024 | Chief Facility Defense | $ | 43,135.00 | |
| 12/23/2024 | Chief Facility Defense | $ | 14,295.00 | |
| 1/8/2025 | Chief Facility Defense | $ | 10,000.00 | |
| 1/23/2025 | Chief Facility Defense | $ | 5,000.00 | |
| 2/3/2025 | Chief Facility Defense | $ | 5,000.00 | $    102,937.19 |
| 11/26/2024 | ConvergeOne  Inc | $ | 9,712.19 | |

COLIANT SOLUTIONS, INC.
CH. 11 CASE NO. 25-51509
SOFA 3 ATTACHMENT

| PAYMENT DATE | PAYEE | AMOUNT | TOTAL 90-DAY PAYMENTS |
|---|---|---|---|
| 12/2/2024 | ConvergeOne Inc | $ 9,712.19 | $ 19,424.38 |
| 12/2/2024 | Cranbrook Properties, LLC | $ 5,556.50 | |
| 1/8/2025 | Cranbrook Properties, LLC | $ 5,265.50 | |
| 2/7/2025 | Cranbrook Properties, LLC | $ 5,265.50 | $ 16,087.50 |
| 11/12/2024 | CT Communications | $ 10,000.00 | |
| 12/6/2024 | CT Communications | $ 12,080.00 | |
| 12/2/2024 | CT CommunicationsC Communications CT Communications | $ 1,300.00 | |
| 12/5/2024 | CT CommunicationsC Communications CT Communications | $ 7,500.00 | $ 30,880.00 |
| 11/12/2024 | EAN Services Enterpris | $ 11,731.00 | |
| 12/23/2024 | EAN Services Enterpris | $ 12,511.91 | $ 24,242.91 |
| 2/3/2025 | EncomATLANTIC UNIO BANK Encom | $ 11,648.98 | $ 11,648.98 |
| 2/7/2025 | ENGINE DIRECT BI ENGINE Bil 250207 ST-X4R5H2E2N7P6 ST-X4R5H2E2N7P6 | $ 15,000.00 | |
| 1/16/2025 | ENGINE DIRECT BI ENGINE DIR 250116 ST-E9U3K2F8B3D3 ST-E9U3K2F8B3D3 | $ 6,892.08 | $ 21,892.08 |
| 11/20/2024 | ENTERPRISE FM TR DIRECT PAY 241120 382481 382481 | $ 32,170.28 | |
| 12/20/2024 | ENTERPRISE FM TR DIRECT PAY 241220 382481 382481 | $ 24,808.82 | |
| 1/21/2025 | ENTERPRISE FM TR DIRECT PAY 250121 382481 382481 | $ 29,642.22 | |
| 12/13/2024 | Enterprise RENTAL | $ 17,857.28 | $ 104,478.60 |
| 11/12/2024 | Eunitel, Inc. | $ 10,000.00 | |
| 12/4/2024 | Eunitel, Inc. | $ 15,000.00 | |
| 12/19/2024 | Eunitel, Inc. | $ 10,000.00 | |
| 12/23/2024 | Eunitel, Inc. | $ 10,000.00 | |
| 1/8/2025 | Eunitel, Inc. | $ 8,000.00 | |
| 1/23/2025 | Eunitel, Inc. | $ 16,538.25 | $ 69,538.25 |
| 11/27/2024 | FD Hayes | $ 3,728.42 | |
| 12/6/2024 | FD Hayes | $ 16,200.00 | $ 19,928.42 |
| 11/15/2024 | FEDERAL EXPRESS | $ 6,714.53 | |
| 11/22/2024 | FEDERAL EXPRESS | $ 5,586.87 | |
| 12/6/2024 | FEDERAL EXPRESS | $ 6,321.66 | |
| 12/12/2024 | FEDERAL EXPRESS | $ 7,446.31 | |
| 12/23/2024 | FEDERAL EXPRESS | $ 4,986.35 | |
| 1/15/2025 | FEDERAL EXPRESS | $ 9,625.54 | $ 40,681.26 |
| 11/13/2024 | Fehring Ornamental Iro | $ 31,000.00 | |
| 11/20/2024 | Fehring Ornamental Iro | $ 29,000.00 | |
| 11/27/2024 | Fehring Ornamental Iro | $ 18,000.00 | |
| 12/5/2024 | Fehring Ornamental Iro | $ 21,000.00 | |
| 12/13/2024 | Fehring Ornamental Iro | $ 16,052.57 | |
| 1/10/2025 | Fehring Ornamental Iro | $ 4,000.00 | |
| 1/24/2025 | Fehring Ornamental Iro | $ 2,000.00 | |
| 2/3/2025 | Fehring Ornamental Iro | $ 2,000.00 | |
| 2/7/2025 | Fehring Ornamental Iro | $ 6,625.00 | $ 129,677.57 |
| 1/16/2025 | FLA DEPT REVENUE C01 250116 179027828 179027828 | $ 5,000.00 | |
| 1/16/2025 | FLA DEPT REVENUE C01 250116 179028804 179028804 | $ 11,713.62 | $ 16,713.62 |
| 11/12/2024 | FundThrough (LVS | $ 19,554.00 | |
| 11/20/2024 | FundThrough (LVS | $ 19,553.10 | |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SOFA 3 ATTACHMENT**

| PAYMENT DATE | | PAYEE | AMOUNT | TOTAL 90-DAY PAYMENTS |
|---|---|---|---|---|
| 12/2/2024 | | FundThrough (LVS | $ 19,553.55 | |
| 12/6/2024 | | FundThrough (LVS | $ 33,077.63 | |
| 12/5/2024 | | FundThrough (LVS)T BANK, NA FundThrough (LVS) | $ 3,600.00 | $ 95,338.28 |
| 11/21/2024 | | HTL ENG Direct B HTL ENG Di 241121 ST-R5O4C3X0G5A7 ST-R5O4C3X0G5A7 | $ 20,228.78 | |
| 12/5/2024 | | HTL ENG Direct B HTL ENG Di 241205 ST-K2T6S9Y1R6E5 ST-K2T6S9Y1R6E5 | $ 24,912.30 | |
| 12/19/2024 | | HTL ENG Direct B HTL ENG Di 241219 ST-X7B5T2G7L7C8 ST-X7B5T2G7L7C8 | $ 29,156.11 | |
| 1/2/2025 | | HTL ENG Direct B HTL ENG Di 250102 ST-G0H1X6O8V1L0 ST-G0H1X6O8V1L0 | $ 36,050.11 | $ 110,347.30 |
| 11/12/2024 | | Hyperion Integrator | $ 7,500.00 | |
| 12/6/2024 | | Hyperion Integrator | $ 21,300.00 | $ 28,800.00 |
| 12/6/2024 | | Install Subs LLC | $ 13,750.00 | |
| 12/20/2024 | | Install Subs LLC | $ 2,620.00 | $ 16,370.00 |
| 11/12/2024 | | JCV Communcations | $ 15,330.00 | $ 15,330.00 |
| 12/6/2024 | | JDI Cabling | $ 29,999.50 | $ 29,999.50 |
| 11/12/2024 | 16395 | K&R  Properties, Inc. | $ 4,660.00 | |
| 12/9/2024 | 16400 | K&R Properties, Inc. | $ 4,660.00 | |
| 1/16/2025 | 16403 | K&R Properties, Inc. | $ 4,660.00 | $ 13,980.00 |
| 11/13/2024 | | LHI | $ 5,000.00 | |
| 12/6/2024 | | LHI | $ 19,095.44 | |
| 12/23/2024 | | LHI | $ 8,000.00 | |
| 12/26/2024 | | LHI | $ 8,796.20 | |
| 11/27/2024 | | LHIBANK OF AMERICA NA LHI | $ 5,000.00 | |
| 12/20/2024 | | LHIBANK OF AMERICA NA LHI | $ 10,000.00 | |
| 1/14/2025 | | LHIBANK OF AMERICA NA LHI | $ 5,000.00 | |
| 1/17/2025 | | LHIBANK OF AMERICA NA LHI | $ 3,000.00 | |
| 1/21/2025 | | LHIBANK OF AMERICA NA LHI | $ 7,500.00 | |
| 1/22/2025 | | LHIBANK OF AMERICA NA LHI | $ 10,000.00 | |
| 1/31/2025 | | LHIBANK OF AMERICA NA LHI | $ 7,000.00 | |
| 2/7/2025 | | LHIBANK OF AMERICA NA LHI | $ 10,000.00 | $ 98,391.64 |
| 11/25/2024 | | LVS LLC | $ 19,553.55 | $ 19,553.55 |
| 11/20/2024 | | Master DataComm | $ 5,300.00 | |
| 12/6/2024 | | Master DataComm | $ 10,000.00 | |
| 12/19/2024 | | Master DataComm | $ 25,000.00 | |
| 1/3/2025 | | Master DataComm | $ 9,150.00 | |
| 1/8/2025 | | Master DataComm | $ 5,000.00 | |
| 2/7/2025 | | Master DataComm | $ 5,000.00 | |
| 1/17/2025 | | Master DataCommMas r Data Comm Master DataComm | $ 4,000.00 | |
| 1/21/2025 | | Master DataCommMas r Data Comm Master DataComm | $ 5,000.00 | $ 68,450.00 |
| 11/13/2024 | | MCS General Construct | $ 12,500.00 | |
| 11/22/2024 | | MCS General Construct | $ 2,000.00 | |
| 11/27/2024 | | MCS General Construct | $ 6,000.00 | |
| 12/5/2024 | | MCS General Construct | $ 12,500.00 | |
| 12/6/2024 | | MCS General Construct | $ 12,500.00 | |
| 12/13/2024 | | MCS General Construct | $ 12,500.00 | |
| 12/19/2024 | | MCS General Construct | $ 12,500.00 | |

COLIANT SOLUTIONS, INC.
CH. 11 CASE NO. 25-51509
SOFA 3 ATTACHMENT

| PAYMENT DATE | PAYEE | | AMOUNT | TOTAL 90-DAY PAYMENTS |
|---|---|---|---|---|
| 12/24/2024 | MCS General Construct | $ | 10,000.00 | |
| 12/26/2024 | MCS General Construct | $ | 12,500.00 | |
| 12/30/2024 | MCS General Construct | $ | 9,000.00 | |
| 1/8/2025 | MCS General Construct | $ | 12,500.00 | |
| 1/17/2025 | MCS General Construct | $ | 5,000.00 | |
| 1/21/2025 | MCS General Construct | $ | 7,500.00 | |
| 1/23/2025 | MCS General Construct | $ | 12,500.00 | |
| 1/31/2025 | MCS General Construct | $ | 12,500.00 | |
| 2/7/2025 | MCS General Construct | $ | 15,000.00 | $ 167,000.00 |
| 11/25/2024 | Medallion Transport | $ | 5,000.00 | |
| 12/4/2024 | Medallion Transport | $ | 17,585.00 | |
| 12/20/2024 | Medallion Transport | $ | 4,225.00 | |
| 12/23/2024 | Medallion Transport | $ | 18,805.00 | |
| 1/23/2025 | Medallion Transport | $ | 10,565.00 | $ 56,180.00 |
| 11/18/2024 | MONITORING 85586 ACH 241118 1373627 1373627 | $ | 32,955.00 | |
| 12/16/2024 | MONITORING 85586 ACH 241216 1378859 1378859 | $ | 47,132.50 | |
| 1/16/2025 | MONITORING 85586 ACH 250116 1379306 1379306 | $ | 45,855.00 | $ 125,942.50 |
| 12/2/2024 | N Grider Enterprises (Bernard Koch) | $ | 4,761.51 | |
| 1/8/2025 | N Grider Enterprises (Bernard Koch) | $ | 4,761.51 | |
| 2/7/2025 | N Grider Enterprises (Bernard Koch) | $ | 4,761.51 | $ 14,284.53 |
| 12/6/2024 | NAVAID Solutions | $ | 10,020.00 | |
| 12/26/2024 | NAVAID Solutions | $ | 2,200.00 | |
| 1/17/2025 | NAVAID Solutions | $ | 4,000.00 | |
| 1/31/2025 | NAVAID Solutions | $ | 6,400.00 | $ 22,620.00 |
| 12/3/2024 | Newtek S Bus Fin PURCHASE 241203 125297123 125297123 | $ | 41,845.00 | |
| 1/3/2025 | Newtek S Bus Fin PURCHASE 250103 126547825 126547825 | $ | 41,845.00 | |
| 2/4/2025 | Newtek S Bus Fin PURCHASE 250204 127857409 127857409 | $ | 41,093.00 | $ 124,783.00 |
| 11/15/2024 | NinjaOne, LLC NinjaOne, 241115 ST-G6J9Z2E2I1Z3 ST-G6J9Z2E2I1Z3 | $ | 4,698.50 | |
| 12/16/2024 | NinjaOne, LLC NinjaOne, 241216 ST-D4J7M7A4G6U5 ST-D4J7M7A4G6U5 | $ | 4,617.50 | |
| 1/15/2025 | NinjaOne, LLC NinjaOne, 250115 ST-I1S0S1U6R8Z3 ST-I1S0S1U6R8Z3 | $ | 4,617.50 | $ 13,933.50 |
| 12/6/2024 | Overwatch Security Advisors | $ | 21,810.36 | $ 21,810.36 |
| 12/19/2024 | Phillip Meyer | $ | 5,525.00 | |
| 1/31/2025 | Phillip Meyer | $ | 500.00 | |
| 2/7/2025 | Phillip Meyer | $ | 2,500.00 | $ 8,525.00 |
| 11/12/2024 | Power Comm Technologies | $ | 41,000.00 | |
| 11/22/2024 | Power Comm Technologies | $ | 41,000.00 | |
| 11/27/2024 | Power Comm Technologies | $ | 41,000.00 | |
| 12/6/2024 | Power Comm Technologies | $ | 57,150.00 | |
| 12/19/2024 | Power Comm Technologies | $ | 1,650.00 | |
| 1/8/2025 | Power Comm Technologies | $ | 5,000.00 | |
| 2/7/2025 | Power Comm Technologies | $ | 5,000.00 | $ 191,800.00 |
| 12/6/2024 | PTS Wired | $ | 47,011.35 | $ 47,011.35 |
| 1/23/2025 | River Advance | $ | 6,000.00 | |
| 1/24/2025 | River Advance | $ | 6,000.00 | |

COLIANT SOLUTIONS, INC.
CH. 11 CASE NO. 25-51509
SOFA 3 ATTACHMENT

| PAYMENT DATE | PAYEE | | AMOUNT | TOTAL 90-DAY PAYMENTS |
|---|---|---|---|---|
| 1/27/2025 | River Advance | $ | 6,000.00 | |
| 1/28/2025 | River Advance | $ | 6,000.00 | |
| 1/29/2025 | River Advance | $ | 6,000.00 | |
| 1/30/2025 | River Advance | $ | 6,000.00 | |
| 1/31/2025 | River Advance | $ | 6,000.00 | |
| 2/3/2025 | River Advance | $ | 6,000.00 | |
| 2/4/2025 | River Advance | $ | 6,000.00 | |
| 2/5/2025 | River Advance | $ | 6,000.00 | |
| 2/6/2025 | River Advance | $ | 6,000.00 | |
| 2/7/2025 | River Advance | $ | 6,000.00 | |
| 2/10/2025 | River Advance | $ | 6,000.00 | |
| 2/11/2025 | River Advance | $ | 6,000.00 | $ 84,000.00 |
| 11/25/2024 | ROBERT HALF, INC INTERNET 241125 043000098476140 | $ | 11,675.00 | |
| 11/29/2024 | ROBERT HALF, INC INTERNET 241129 043000095857564 043000095857564 | $ | 5,000.00 | $ 16,675.00 |
| 11/12/2024 | Safe Security Solutions, LLC | $ | 8,750.00 | |
| 11/15/2024 | Safe Security Solutions, LLC | $ | 10,000.00 | |
| 11/25/2024 | Safe Security Solutions, LLC | $ | 10,000.00 | |
| 12/6/2024 | Safe Security Solutions, LLC | $ | 30,000.00 | |
| 12/20/2024 | Safe Security Solutions, LLC | $ | 12,900.00 | |
| 12/30/2024 | Safe Security Solutions, LLC | $ | 13,750.00 | |
| 1/23/2025 | Safe Security Solutions, LLC | $ | 17,000.00 | |
| 2/7/2025 | Safe Security Solutions, LLC | $ | 5,000.00 | $ 107,400.00 |
| 12/5/2024 | SBA LOAN PAYMENT | $ | 7,438.00 | |
| 12/5/2024 | SBA LOAN PAYMENT | $ | 731.00 | |
| 1/6/2025 | SBA LOAN PAYMENT | $ | 7,438.00 | |
| 1/6/2025 | SBA LOAN PAYMENT | $ | 731.00 | |
| 2/5/2025 | SBA LOAN PAYMENT | $ | 7,438.00 | |
| 2/5/2025 | SBA LOAN PAYMENT | $ | 731.00 | $ 24,507.00 |
| 1/23/2025 | SC Importing 9175824027 250123 122638613 122638613 | $ | 4,284.31 | |
| 2/3/2025 | SC Importing 9175824027 250203 122947668 122947668 | $ | 4,284.31 | $ 8,568.62 |
| 12/10/2024 | Security Monitor Payment 2160226    2703 BRICKTON NORTH DR BUFORD 802160226 | $ | 3,279.07 | |
| 1/10/2025 | Security Monitor Payment 2160226    2703 BRICKTON NORTH DR BUFORD 802160226 | $ | 3,073.63 | |
| 2/10/2025 | Security Monitor Payment 2160226    2703 BRICKTON NORTH DR BUFORD 802160226 | $ | 5,722.26 | $ 12,074.96 |
| 11/12/2024 | Sigma Funding (Firmament) | $ | 5,000.00 | |
| 11/20/2024 | Sigma Funding (Firmament) | $ | 1,300.00 | |
| 12/23/2024 | Sigma Funding (Firmament) | $ | 5,000.00 | |
| 1/23/2025 | Sigma Funding (Firmament) | $ | 2,000.00 | $ 13,300.00 |
| 11/12/2024 | Signalnet | $ | 2,500.00 | |
| 12/6/2024 | Signalnet | $ | 39,500.00 | |
| 12/20/2024 | Signalnet | $ | 14,666.66 | |
| 1/17/2025 | Signalnet | $ | 5,000.00 | |
| 2/7/2025 | Signalnet | $ | 10,000.00 | |
| 1/21/2025 | Signalnet | $ | 10,000.00 | $ 81,666.66 |
| 12/2/2024 | Simply Surveillance | $ | 7,000.00 | |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SOFA 3 ATTACHMENT**

| PAYMENT DATE | PAYEE | AMOUNT | TOTAL 90-DAY PAYMENTS |
|---|---|---|---|
| 12/5/2024 | Simply Surveillance | $ 7,399.52 | |
| 1/21/2025 | Simply Surveillance | $ 5,000.00 | |
| 1/22/2025 | Simply Surveillance | $ 10,000.00 | |
| 11/12/2024 | Simply Surveillance | $ 33,449.00 | |
| 12/6/2024 | Simply Surveillance | $ 16,724.50 | |
| 12/26/2024 | Simply Surveillance | $ 9,250.00 | $ 88,823.02 |
| 1/24/2025 | Sound Command Secu tyREGIONS BANK Sound Command Secu rity | $ 7,750.00 | |
| 1/31/2025 | Sound Command Secu tyREGIONS BANK Sound Command Secu rity | $ 3,000.00 | |
| 2/3/2025 | Sound Command Secu tyREGIONS BANK Sound Command Secu rity | $ 6,327.00 | $ 17,077.00 |
| 11/12/2024 | Spartan Communications | $ 7,200.00 | |
| 12/19/2024 | Spartan Communications | $ 5,075.25 | |
| 1/23/2025 | Spartan Communications | $ 2,000.00 | |
| 2/7/2025 | Spartan Communications | $ 1,000.00 | $ 15,275.25 |
| 12/23/2024 | Star Protection Agency California | $ 2,917.25 | |
| 12/26/2024 | Star Protection Agency California | $ 5,000.00 | |
| 1/23/2025 | Star Protection Agency California | $ 2,000.00 | $ 9,917.25 |
| 11/25/2024 | Sullivan Security Communications | $ 5,000.00 | |
| 11/27/2024 | Sullivan Security Communications | $ 10,000.00 | |
| 12/6/2024 | Sullivan Security Communications | $ 24,580.00 | |
| 2/7/2025 | Sullivan Security Communicatons | $ 10,000.00 | $ 49,580.00 |
| 11/22/2024 | Sun Surveillance | $ 43,460.00 | |
| 1/24/2025 | Sun Surveillance | $ 65,000.00 | |
| 1/31/2025 | Sun Surveillance | $ 30,000.00 | $ 138,460.00 |
| 12/12/2024 | TBF GRP | $ 49,964.29 | |
| 12/19/2024 | TBF GRP | $ 49,964.29 | |
| 12/24/2024 | TBF GRP | $ 29,980.00 | |
| 12/30/2024 | TBF GRP | $ 49,964.29 | |
| 12/31/2024 | TBF GRP | $ 29,980.00 | |
| 1/2/2025 | TBF GRP | $ 49,964.29 | |
| 1/7/2025 | TBF GRP | $ 29,980.00 | |
| 1/9/2025 | TBF GRP | $ 49,964.29 | |
| 1/14/2025 | TBF GRP | $ 10,000.00 | |
| 1/21/2025 | TBF GRP | $ 10,000.00 | |
| 1/22/2025 | TBF GRP | $ 19,980.00 | |
| 1/23/2025 | TBF GRP | $ 49,964.29 | |
| 1/28/2025 | TBF GRP | $ 29,980.00 | |
| 1/30/2025 | TBF GRP | $ 49,964.29 | |
| 2/4/2025 | TBF GRP | $ 29,980.00 | |
| 2/6/2025 | TBF GRP | $ 49,964.29 | $ 589,594.32 |
| 12/19/2024 | Texas Integrators | $ 10,850.00 | $ 10,850.00 |
| 11/15/2024 | THE GUARDIAN INSURANCE-PREMIUMS | $ 4,142.89 | |
| 11/15/2024 | THE GUARDIAN INSURANCE-PREMIUMS | $ 169.52 | |
| 12/16/2024 | THE GUARDIAN INSURANCE-PREMIUMS | $ 4,142.89 | |
| 12/16/2024 | THE GUARDIAN INSURANCE-PREMIUMS | $ 169.52 | |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SOFA 3 ATTACHMENT**

| PAYMENT DATE | PAYEE | | AMOUNT | TOTAL 90-DAY PAYMENTS |
|---|---|---|---|---|
| 1/15/2025 | THE GUARDIAN INSURANCE-PREMIUMS | $ | 4,142.89 | |
| 1/15/2025 | THE GUARDIAN INSURANCE-PREMIUMS | $ | 169.52 | $ 12,937.23 |
| 11/21/2024 | THE HARTFORD INSPMTCL 241121 15496320 15496320 | $ | 450.00 | |
| 12/4/2024 | THE HARTFORD INSPMTCL 241204 12342309 12342309 | $ | 37,360.76 | |
| 12/30/2024 | THE HARTFORD INSPMTCL 241230 15501488 15501488 | $ | 100.00 | |
| 1/6/2025 | THE HARTFORD INSPMTCL 250106 12342309 12342309 | $ | 37,332.85 | |
| 2/4/2025 | THE HARTFORD INSPMTCL 250204 12342309 12342309 | $ | 37,533.85 | |
| 11/21/2024 | THE HARTFORD PACERPYRLC 20 WE QD3B50 W/C P REMIUM- 20WEQD3B50 | $ | 9,549.30 | |
| 12/5/2024 | THE HARTFORD PACERPYRLC 20 WE QD3B50 W/C P REMIUM- 20WEQD3B50 | $ | 9,653.85 | |
| 12/18/2024 | THE HARTFORD PACERPYRLC 20 WE QD3B50 W/C P REMIUM- 20WEQD3B50 | $ | 10,085.87 | |
| 12/31/2024 | THE HARTFORD PACERPYRLC 20 WE QD3B50 W/C P REMIUM- 20WEQD3B50 | $ | 6,983.44 | |
| 1/17/2025 | THE HARTFORD PACERPYRLC 20 WE QD3B50 W/C P REMIUM- 20WEQD3B50 | $ | 5,467.51 | |
| 1/21/2025 | THE HARTFORD PACERPYRLC 20 WE QD3B50 W/C P REMIUM- 20WEQD3B50 | $ | 101.24 | |
| 1/29/2025 | THE HARTFORD PACERPYRLC 20 WE QD3B50 W/C P REMIUM- 20WEQD3B50 | $ | 7,389.82 | |
| 2/5/2025 | THE HARTFORD PACERPYRLC 20 WE QD3B50 W/C P REMIUM- 20WEQD3B50 | $ | 182.00 | $ 162,190.49 |
| 11/13/2024 | T-MOBILE | $ | 35,796.04 | |
| 12/16/2024 | T-MOBILE | $ | 19,905.09 | |
| 1/13/2025 | T-MOBILE | $ | 38,760.84 | $ 94,461.97 |
| 11/12/2024 | UNITED RENTALS | $ | 39,993.09 | |
| 11/15/2024 | UNITED RENTALS | $ | 42,859.99 | |
| 11/29/2024 | UNITED RENTALS | $ | 45,053.14 | |
| 12/9/2024 | UNITED RENTALS | $ | 75,096.52 | |
| 12/16/2024 | UNITED RENTALS | $ | 40,782.03 | |
| 12/18/2024 | UNITED RENTALS | $ | 1,509.32 | |
| 12/19/2024 | UNITED RENTALS | $ | 155,393.50 | |
| 12/30/2024 | UNITED RENTALS | $ | 26,828.63 | |
| 1/8/2025 | UNITED RENTALS | $ | 25,352.34 | |
| 1/16/2025 | UNITED RENTALS | $ | 24,894.89 | |
| 1/23/2025 | UNITED RENTALS | $ | 27,837.95 | |
| 1/27/2025 | UNITED RENTALS | $ | 25,100.32 | |
| 2/7/2025 | UNITED RENTALS | $ | 25,148.12 | $ 555,849.84 |
| 11/12/2024 | VEC  LLC | $ | 10,000.00 | |
| 11/26/2024 | VEC  LLC | $ | 10,086.11 | |
| 12/2/2024 | VEC  LLC | $ | 10,086.11 | |
| 1/24/2025 | VEC  LLC | $ | 1,000.00 | $ 31,172.22 |
| 11/15/2024 | VERIZON WIRELESS | $ | 1,139.50 | |
| 11/18/2024 | VERIZON WIRELESS | $ | 2,210.30 | |
| 12/17/2024 | VERIZON WIRELESS | $ | 1,139.50 | |
| 12/17/2024 | VERIZON WIRELESS | $ | 2,650.04 | |
| 1/16/2025 | VERIZON WIRELESS | $ | 1,139.50 | |
| 1/16/2025 | VERIZON WIRELESS | $ | 1,901.46 | $ 10,180.30 |
| 11/27/2024 | WEBFILE TAX PYMT DD 241127 902/77604849 902/77604849 | $ | 12,506.13 | |
| 12/16/2024 | WEBFILE TAX PYMT DD 241216 902/77691727 902/77691727 | $ | 17,890.85 | |
| 11/13/2024 | WRIGHT EXPRESS FLEET DEBI 241112 9100010021815 9100010021815 | $ | 5,979.05 | |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SOFA 3 ATTACHMENT**

| PAYMENT DATE | PAYEE | AMOUNT | TOTAL 90-DAY PAYMENTS |
|---|---|---|---|
| 11/21/2024 | WRIGHT EXPRESS FLEET DEBI 241121 9100010021815 9100010021815 | $ 9,010.82 | |
| 12/3/2024 | WRIGHT EXPRESS FLEET DEBI 241203 9100010021815 9100010021815 | $ 7,799.42 | |
| 12/11/2024 | WRIGHT EXPRESS FLEET DEBI 241211 9100010021815 9100010021815 | $ 4,551.74 | |
| 12/23/2024 | WRIGHT EXPRESS FLEET DEBI 241223 9100010021815 9100010021815 | $ 5,948.25 | |
| 1/3/2025 | WRIGHT EXPRESS FLEET DEBI 250102 9100010021815 9100010021815 | $ 6,520.59 | |
| 1/13/2025 | WRIGHT EXPRESS FLEET DEBI 250113 9100010021815 9100010021815 | $ 4,918.65 | |
| 1/22/2025 | WRIGHT EXPRESS FLEET DEBI 250121 9100010021815 9100010021815 | $ 5,239.20 | |
| 2/3/2025 | WRIGHT EXPRESS FLEET DEBI 250203 9100010021815 9100010021815 | $ 10,930.13 | |
| 2/10/2025 | WRIGHT EXPRESS FLEET DEBI 250210 9100010021815 9100010021815 | $ 4,821.17 | $ 65,719.02 |
| | | **TOTAL** | $ 4,526,383.76 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO 25-51509**
**SOFA 4 ATTACHMENT**

**TBF GRP**

| Account Number | Date | Description | | Amount | Purpose |
|---|---|---|---|---|---|
| 01002133559 | 02/06/2025 | TBF GRP ID:46134 - 250206 | #1 | $    49,964.29 | Debt guaranteed by: |
| 01002133559 | 02/04/2025 | TBF GRP ID:46527 - 250204 | #2 | $    29,980.00 | |
| 01002133559 | 01/30/2025 | TBF GRP ID:46134 - 250130 | #1 | $    49,964.29 | Kenneth Carl Stallings |
| 01002133559 | 01/28/2025 | TBF GRP ID:46527 - 250128 | #1 | $    29,980.00 | Contessa Leigh Stallings |
| 01002133559 | 01/23/2025 | TBF GRP ID:46134 - 250123 | #1 | $    49,964.29 | CoLiant Properties, LLC |
| 01002133559 | 01/22/2025 | TBF GRP ID:46527 - 250122 | #1 | $    19,980.00 | The Stallings Group, LLC |
| 01002133559 | 01/21/2025 | TBF GRP ID:46527 - 250121 | #2 | $    10,000.00 | CoLiant International, LLC |
| 01002133559 | 01/14/2025 | TBF GRP ID:46527 - 250114 | #2 | $    10,000.00 | |
| 01002133559 | 01/09/2025 | TBF GRP ID:46134 - 250109 | #1 | $    49,964.29 | |
| 01002133559 | 01/07/2025 | TBF GRP ID:46527 - 250107 | #1 | $    29,980.00 | |
| 01002133559 | 01/02/2025 | TBF GRP ID:46134 - 250102 | #1 | $    49,964.29 | |
| 01002133559 | 12/31/2024 | TBF GRP ID:46527 - 241231 | #1 | $    29,980.00 | |
| 01002133559 | 12/30/2024 | TBF GRP ID:46134 - 241230 | #1 | $    49,964.29 | |
| 01002133559 | 12/24/2024 | TBF GRP ID:46527 - 241224 | #1 | $    29,980.00 | |
| 01002133559 | 12/19/2024 | TBF GRP ID:46134 - 241219 | #1 | $    49,964.29 | |
| 01002133559 | 12/12/2024 | TBF GRP ID:46134 - 241212 | #1 | $    49,964.29 | |
| | | | **TOTAL** | **$   589,594.32** | |

**RIVER CAPITAL PARTNERS, LLC**

| Account Number | Date | Description | Amount | Purpose |
|---|---|---|---|---|
| 01002133559 | 02/12/2025 | River Advance 1862-CS 250212 Coliant Solutio Coliant Solutio | $    6,000.00 | Debt guaranteed by: |
| 01002133559 | 02/11/2025 | River Advance 1862-CS 250211 Coliant Solutio Coliant Solutio | $    6,000.00 | |
| 01002133559 | 02/10/2025 | River Advance 1862-CS 250210 Coliant Solutio Coliant Solutio | $    6,000.00 | Kenneth Carl Stallings |
| 01002133559 | 02/07/2025 | River Advance 1862-CS 250207 Coliant Solutio Coliant Solutio | $    6,000.00 | Contessa Leigh Stallings |
| 01002133559 | 02/06/2025 | River Advance 1862-CS 250206 Coliant Solutio Coliant Solutio | $    6,000.00 | CoLiant Properties, LLC |
| 01002133559 | 02/05/2025 | River Advance 1862-CS 250205 Coliant Solutio Coliant Solutio | $    6,000.00 | The Stallings Group, LLC |
| 01002133559 | 02/04/2025 | River Advance 1862-CS 250204 Coliant Solutio Coliant Solutio | $    6,000.00 | CoLiant International, LLC |
| 01002133559 | 02/03/2025 | River Advance 1862-CS 250203 Coliant Solutio Coliant Solutio | $    6,000.00 | |
| 01002133559 | 01/31/2025 | River Advance 1862-CS 250131 Coliant Solutio Coliant Solutio | $    6,000.00 | |
| 01002133559 | 01/30/2025 | River Advance 1862-CS 250130 Coliant Solutio Coliant Solutio | $    6,000.00 | |
| 01002133559 | 01/29/2025 | River Advance 1862-CS 250129 Coliant Solutio Coliant Solutio | $    6,000.00 | |
| 01002133559 | 01/28/2025 | River Advance 1862-CS 250128 Coliant Solutio Coliant Solutio | $    6,000.00 | |
| 01002133559 | 01/27/2025 | River Advance 1862-CS 250127 Coliant Solutio Coliant Solutio | $    6,000.00 | |
| 01002133559 | 01/24/2025 | River Advance 1862-CS 250124 Coliant Solutio Coliant Solutio | $    6,000.00 | |
| 01002133559 | 01/23/2025 | River Advance 1862-CS 250123 Coliant Solutio Coliant Solutio | $    6,000.00 | |
| | | **TOTAL** | **$    90,000.00** | |

## FEHRING ORNAMENTAL IRONWORKS

| Date | Description | Amount | Purpose |
|---|---|---|---|
| 02/07/2025 | Fehring Ornamental Ironworks | $ 6,625.00 | Debt guaranteed by: |
| 02/03/2025 | Fehring Ornamental Ironworks | $ 2,000.00 | |
| 01/24/2025 | Fehring Ornamental Ironworks | $ 2,000.00 | Kenneth Carl Stallings |
| 01/10/2025 | Fehring Ornamental Ironworks | $ 4,000.00 | |
| 12/13/2024 | Fehring Ornamental Ironworks | $ 16,052.57 | |
| 12/05/2024 | Fehring Ornamental Ironworks | $ 21,000.00 | |
| 11/27/2024 | Fehring Ornamental Ironworks | $ 18,000.00 | |
| 11/20/2024 | Fehring Ornamental Ironworks | $ 29,000.00 | |
| 11/13/2024 | Fehring Ornamental Ironworks | $ 31,000.00 | |
| 11/06/2024 | Fehring Ornamental Ironworks | $ 20,850.00 | |
| 11/01/2024 | Fehring Ornamental Ironworks | $ 31,500.00 | |
| 10/31/2024 | Fehring Ornamental Ironworks | $ (31,500.00) | |
| 10/31/2024 | Fehring Ornamental Ironworks | $ 31,500.00 | |
| 10/25/2024 | Fehring Ornamental Ironworks | $ 5,060.60 | |
| 10/22/2024 | Fehring Ornamental Ironworks | $ 15,264.80 | |
| 10/18/2024 | Fehring Ornamental Ironworks | $ 3,249.00 | |
| 10/09/2024 | Fehring Ornamental Ironworks | $ 20,000.00 | |
| 10/08/2024 | Fehring Ornamental Ironworks | $ 5,000.00 | |
| 10/07/2024 | Fehring Ornamental Ironworks | $ 20,000.00 | |
| 09/27/2024 | Fehring Ornamental Ironworks | $ 44,224.20 | |
| 09/20/2024 | Fehring Ornamental Ironworks | $ 39,160.60 | |
| 09/20/2024 | Fehring Ornamental Ironworks | $ (39,610.60) | |
| 09/20/2024 | Fehring Ornamental Ironworks | $ 39,610.60 | |
| 09/09/2024 | Fehring Ornamental Ironworks | $ 38,162.20 | |
| 08/29/2024 | Fehring Ornamental Ironworks | $ 29,525.88 | |
| 08/22/2024 | Fehring Ornamental Ironworks | $ 15,264.80 | |
| 08/15/2024 | Fehring Ornamental Ironworks | $ 63,026.45 | |
| 08/15/2024 | Fehring Ornamental Ironworks | $ (63,026.45) | |
| 08/15/2024 | Fehring Ornamental Ironworks | $ 63,026.25 | |
| 08/08/2024 | Fehring Ornamental Ironworks | $ 15,064.80 | |
| 08/01/2024 | Fehring Ornamental Ironworks | $ 3,450.80 | |
| 07/25/2024 | Fehring Ornamental Ironworks | $ 33,729.60 | |
| 07/18/2024 | Fehring Ornamental Ironworks | $ 43,662.00 | |
| 07/11/2024 | Fehring Ornamental Ironworks | $ 22,947.20 | |
| 06/20/2024 | Fehring Ornamental Ironworks | $ 5,650.00 | |
| 06/20/2024 | Fehring Ornamental Ironworks | $ 3,262.16 | |
| 06/14/2024 | Fehring Ornamental Ironworks | $ 64,267.32 | |
| 06/06/2024 | Fehring Ornamental Ironworks | $ 56,412.42 | |
| 06/03/2024 | Fehring Ornamental Ironworks | $ 46,500.00 | |
| 05/31/2024 | Fehring Ornamental Ironworks | $ 46,500.00 | |
| 05/31/2024 | Fehring Ornamental Ironworks | $ (46,500.00) | |
| 05/23/2024 | Fehring Ornamental Ironworks | $ 46,500.00 | |
| 05/16/2024 | Fehring Ornamental Ironworks | $ 10,007.53 | |
| 05/15/2024 | Fehring Ornamental Ironworks | $ 27,500.00 | |
| 05/09/2024 | Fehring Ornamental Ironworks | $ 26,500.00 | |
| 05/01/2024 | Fehring Ornamental Ironworks | $ 29,587.63 | |

| | 04/25/2024 | Fehring Ornamental Ironworks | $ | 20,000.00 |
| | 04/19/2024 | Fehring Ornamental Ironworks | $ | 20,000.00 |
| | 03/21/2024 | Fehring Ornamental Ironworks | $ | 9,736.23 |
| | 03/01/2024 | Fehring Ornamental Ironworks | $ | 10,000.00 |
| | 02/29/2024 | Fehring Ornamental Ironworks | $ | 10,000.00 |
| | 02/29/2024 | Fehring Ornamental Ironworks | $ | (10,000.00) |
| | 02/27/2024 | Fehring Ornamental Ironworks | $ | 30,860.23 |
| | 02/15/2024 | Fehring Ornamental Ironworks | $ | 30,009.80 |
| | | | **TOTAL** | **$ 1,035,613.62** |

## AGCO FINANCE/DLL

| Account Number | Date | Description | Amount | | Purpose |
|---|---|---|---|---|---|
| 01002133559 | 01/15/2025 | DLL FINANCE LLC DLL PYMT 250115 101-0522586-000 101-0522586-000 | $ | 391.31 | Debt guaranteed by: |
| 01002133559 | 01/15/2025 | DLL FINANCE LLC DLL PYMT 250115 101-0521832-000 101-0521832-000 | $ | 185.47 | |
| 01002133559 | 12/16/2024 | DLL FINANCE LLC DLL PYMT 241216 101-0522586-000 101-0522586-000 | $ | 391.31 | Kenneth Carl Stallings |
| 01002133559 | 12/16/2024 | DLL FINANCE LLC DLL PYMT 241216 101-0521832-000 101-0521832-000 | $ | 185.47 | Contessa Leigh Stallings |
| 01002133559 | 11/15/2024 | DLL FINANCE LLC DLL PYMT 241115 101-0522586-000 101-0522586-000 | $ | 391.31 | |
| 01002133559 | 11/15/2024 | DLL FINANCE LLC DLL PYMT 241115 101-0521832-000 101-0521832-000 | $ | 185.47 | |
| 01002133559 | 10/15/2024 | DLL FINANCE LLC DLL PYMT 241015 101-0522586-000 101-0522586-000 | $ | 391.31 | |
| 01002133559 | 10/15/2024 | DLL FINANCE LLC DLL PYMT 241015 101-0521832-000 101-0521832-000 | $ | 185.47 | |
| 01002133559 | 09/16/2024 | DLL FINANCE LLC DLL PYMT 240916 101-0522586-000 101-0522586-000 | $ | 391.31 | |
| 01002133559 | 09/16/2024 | DLL FINANCE LLC DLL PYMT 240916 101-0521832-000 101-0521832-000 | $ | 185.47 | |
| 01002133559 | 08/15/2024 | DLL FINANCE LLC DLL PYMT 240815 101-0522586-000 101-0522586-000 | $ | 391.31 | |
| 01002133559 | 08/15/2024 | DLL FINANCE LLC DLL PYMT 240815 101-0521832-000 101-0521832-000 | $ | 185.47 | |
| 01002133559 | 07/15/2024 | DLL FINANCE LLC DLL PYMT 240715 101-0522586-000 101-0522586-000 | $ | 391.31 | |
| 01002133559 | 07/15/2024 | DLL FINANCE LLC DLL PYMT 240715 101-0521832-000 101-0521832-000 | $ | 185.47 | |
| 01002133559 | 06/17/2024 | DLL FINANCE LLC ACH 240617 101-0522586-000 101-0522586-000 | $ | 391.31 | |
| 01002133559 | 06/17/2024 | DLL FINANCE LLC ACH 240617 101-0521832-000 101-0521832-000 | $ | 185.47 | |
| 01002133559 | 05/15/2024 | DLL FINANCE LLC ACH 240515 101-0522586-000 101-0522586-000 | $ | 391.31 | |
| 01002133559 | 05/15/2024 | DLL FINANCE LLC ACH 240515 101-0521832-000 101-0521832-000 | $ | 185.47 | |
| 01002133559 | 04/15/2024 | DLL FINANCE LLC ACH 240415 101-0522586-000 101-0522586-000 | $ | 391.31 | |
| 01002133559 | 04/15/2024 | DLL FINANCE LLC ACH 240415 101-0521832-000 101-0521832-000 | $ | 185.47 | |
| 01002133559 | 03/15/2024 | DLL FINANCE LLC ACH 240315 101-0522586-000 101-0522586-000 | $ | 391.31 | |
| 01002133559 | 03/15/2024 | DLL FINANCE LLC ACH 240315 101-0521832-000 101-0521832-000 | $ | 185.47 | |
| 01002133559 | 02/15/2024 | DLL FINANCE LLC ACH 240215 101-0522586-000 101-0522586-000 | $ | 391.31 | |
| 01002133559 | 02/15/2024 | DLL FINANCE LLC ACH 240215 101-0521832-000 101-0521832-000 | $ | 185.47 | |
| | | | **TOTAL** | **$ 6,921.36** | |

## NEWTEK SMALL BUSINESS FINANCE LLC

| Account Number | Date | Description | Amount | | Purpose |
|---|---|---|---|---|---|
| | 03/04/2024 | Newtek Small Business Financial | $ | 42,434.00 | Debt guaranteed by: |
| | 04/02/2024 | Newtek Small Business Financial | $ | 42,434.00 | |
| | 05/02/2024 | Newtek Small Business Financial | $ | 42,434.00 | Kenneth Carl Stallings |
| | 06/04/2024 | Newtek Small Business Financial | $ | 42,434.00 | Contessa Leigh Stallings |
| | 07/02/2024 | Newtek Small Business Financial | $ | 42,434.00 | |
| | 08/02/2024 | Newtek Small Business Financial | $ | 42,434.00 | |

| | | | | | |
|---|---|---|---|---|---|
| 09/04/2024 | Newtek Small Business Financial | | | $ | 42,434.00 |
| 10/02/2024 | Newtek Small Business Financial | | | $ | 42,434.00 |
| 11/04/2024 | Newtek Small Business Financial | | | $ | 41,845.00 |
| 12/03/2024 | Newtek Small Business Financial | | | $ | 41,845.00 |
| 01/03/2025 | Newtek Small Business Financial | | | $ | 41,845.00 |
| 02/04/2025 | Newtek Small Business Financial | | | $ | 41,903.00 |
| | | **TOTAL** | | **$** | **506,910.00** |

### K&R PROPERTIES, INC.

| Account Number | Date | Check No. | Description | Amount | Purpose |
|---|---|---|---|---|---|
| | 10/15/2024 | 16388 | K&R Properties | 4,660.00 | Debt guaranteed by: |
| | 10/15/2024 | 16389 | K&R Properties | 4,660.00 | |
| | 11/12/2024 | 16395 | K&R Properties | 4,660.00 | Kenneth Carl Stallings |
| | 12/9/2024 | 16400 | K&R Properties | 4,660.00 | |
| | 1/16/2024 | 16403 | K&R Properties | 4,660.00 | |
| | 2/7/2025 | | K&R Properties | 4,660.00 | |
| | | | **TOTAL** | **$  27,960.00** | |

### COLIANT PROPERTIES, LLC

| Account Number | Date | Check No. | Description | Amount | Purpose |
|---|---|---|---|---|---|
| 01002133559 | 02/07/2025 | | TRANSFER TO 7302 - RENT | 7,500.00 | Rent - Buford |
| 01002133559 | 02/03/2025 | | TRANSFER TO 7302 - RENT | 5,000.00 | |
| 01002133559 | 01/02/2025 | | TRANSFER TO 7302 - RENT | 10,000.00 | |
| 01002133559 | 12/02/2024 | | TRANSFER TO 7302 - RENT | 5,000.00 | |
| 01002133559 | 11/01/2024 | | TRANSFER TO 7302 - RENT | 10,000.00 | |
| 01002133559 | 10/24/2024 | | TRANSFER TO 7302 - RENT | 20,000.00 | |
| 01002133559 | 10/22/2024 | | TRANSFER TO 7302 - RENT | 25,000.00 | |
| 01002133559 | 10/01/2024 | | TRANSFER TO 7302 - RENT | 10,000.00 | |
| 01002133559 | 09/03/2024 | | TRANSFER TO 7302 - RENT | 10,000.00 | |
| 01002133559 | 08/01/2024 | | TRANSFER TO 7302 - RENT | 10,000.00 | |
| 01002133559 | 07/01/2024 | | TRANSFER TO 7302 - RENT | 10,000.00 | |
| 01002133559 | 06/03/2024 | | TRANSFER TO 7302 - RENT | 10,000.00 | |
| 01002133559 | 05/01/2024 | | TRANSFER TO 7302 - RENT | 10,000.00 | |
| 01002133559 | 04/01/2024 | | TRANSFER TO 7302 - RENT | 10,000.00 | |
| 01002133559 | 03/01/2024 | | TRANSFER TO 7302 - RENT | 10,000.00 | |
| | | | **TOTAL** | **$  162,500.00** | |

### SYNOVUS CREDIT CARD

| Account Number | Date | Description | Debit | Purpose |
|---|---|---|---|---|
| 01002133559 | 12/20/2024 | REF 3550852L FUNDS TRANSFER TO CC ACCOUNT XXXXXXXXXXXX1095 F | 5000.00 | Debt guaranteed by: |
| 01002133559 | 12/05/2024 | REF 3400715L FUNDS TRANSFER TO CC ACCOUNT XXXXXXXXXXXX1095 F | 8000.00 | |
| 01002133559 | 10/31/2024 | REF 3051052L FUNDS TRANSFER TO CC ACCOUNT XXXXXXXXXXXX1095 F | 5000.00 | Kenneth Carl Stallings |
| 01002133559 | 10/07/2024 | REF 2801720L FUNDS TRANSFER TO CC ACCOUNT XXXXXXXXXXXX1095 F | 8500.00 | |
| 01002133559 | 09/16/2024 | REF 2581406L FUNDS TRANSFER TO CC ACCOUNT 4694291009781095 FRO | 2500.00 | |

| | | | |
|---|---|---|---:|
| 01002133559 | 07/22/2024 | REF 2041239L FUNDS TRANSFER TO CC ACCOUNT 4694291009781095 FRO | 10000.00 |
| 01002133559 | 07/11/2024 | REF 1931507L FUNDS TRANSFER TO CC ACCOUNT 4694291009781095 FRO | 25000.00 |
| 01002133559 | 06/21/2024 | REF 1731452L FUNDS TRANSFER TO CC ACCOUNT 4694291009781095 FRO | 7500.00 |
| 01002133559 | 06/20/2024 | REF 1711220L FUNDS TRANSFER TO CC ACCOUNT 4694291009781095 FRO | 15000.00 |
| 01002133559 | 06/03/2024 | REF 1551435L FUNDS TRANSFER TO CC ACCOUNT 4694291009781095 FRO | 15000.00 |
| 01002133559 | 05/24/2024 | REF 1451209L FUNDS TRANSFER TO CC ACCOUNT 4694291009781095 FRO | 5000.00 |
| 01002133559 | 05/13/2024 | REF 1340937L FUNDS TRANSFER TO CC ACCOUNT 4694291009781095 FRO | 7500.00 |
| 01002133559 | 05/08/2024 | REF 1290856L FUNDS TRANSFER TO CC ACCOUNT 4694291009781095 FRO | 10000.00 |
| 01002133559 | 04/19/2024 | REF 1101036L FUNDS TRANSFER TO CC ACCOUNT 4694291009781095 FRO | 8000.00 |
| 01002133559 | 04/11/2024 | REF 1021442L FUNDS TRANSFER TO CC ACCOUNT 4694291009781095 FRO | 8000.00 |
| 01002133559 | 03/20/2024 | REF 0801502L FUNDS TRANSFER TO CC ACCOUNT 4694291009781095 FRO | 10500.00 |
| 01002133559 | 03/20/2024 | REF 0800932L FUNDS TRANSFER TO CC ACCOUNT 4694291009781095 FRO | 10000.00 |
| 01002133559 | 03/15/2024 | REF 0751211L FUNDS TRANSFER TO CC ACCOUNT 4694291009781095 FRO | 5000.00 |
| 01002133559 | 03/07/2024 | REF 0670944L FUNDS TRANSFER TO CC ACCOUNT 4694291009781095 FRO | 10000.00 |
| 01002133559 | 02/29/2024 | REF 0601120L FUNDS TRANSFER TO CC ACCOUNT 4694291009781095 FRO | 15000.00 |
| 01002133559 | 02/26/2024 | REF 0570708L FUNDS TRANSFER TO CC ACCOUNT 4694291009781095 FRO | 5000.00 |
| 01002133559 | 02/15/2024 | REF 0461409L FUNDS TRANSFER TO CC ACCOUNT 4694291009781095 FRO | 10000.00 |
| | | | **205,500.00** |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SOFA Q. 20 ATTACHMENT**

| Address | Facility Name | Monthly Payment |
|---|---|---|
| SpareBox 0093 | | |
| 1511 Panther Loop | | |
| Pflugerville, TX 78660 | SpareBox Storage | $      79.00 |

| Inventory | | | | | |
|---|---|---|---|---|---|
| Item # | Description | Quantity | Unit Cost | 20% Value | Total Value |
| 5.0C-H5A-BO2-IR | CAMERA | 15 | $852.16 | $170.43 | $2,556.48 |
| 3.0C-H5SL-BO2IR | CAMERA | 10 | $532.44 | $106.49 | $1,064.88 |
| 320S-H4A-THC-BO24 | CAMERA | 4 | $3,262.40 | $652.48 | $2,609.92 |
| 320F-H5A-THC-BO12 | CAMERA | 4 | $3,216.68 | $643.34 | $2,573.34 |
| 5.0C-H6SL-BO2 | CAMERA | 5 | $628.14 | $125.63 | $628.14 |
| SMART500RT1U | UPS | 1 | $255.89 | $51.18 | $51.18 |
| LBE-5AC-GEN2-US | LITE BEAM | 30 | $99.00 | $19.80 | $594.00 |
| DELL | MONITOR | 1 | $75.00 | $15.00 | $15.00 |
| NVR4-VAL-6TB | NVR | 2 | $3,130.00 | $626.00 | $1,252.00 |
| LNP-0800-24 | ANTAIRA | 5 | $24.99 | $5.00 | $24.99 |
| EXP-1270 | 12V BATTERY CHARGER | 6 | $39.99 | $8.00 | $47.99 |
| PB-600-24 | 24V BATTERY CHARGER | 3 | $1,380.00 | $276.00 | $828.00 |
| NPB-450-24 | 24V BATTERY CHARGER | 2 | $1,380.00 | $276.00 | $552.00 |
| SW-504/505 | BRAIN BOXES | 6 | $164.55 | $32.91 | $197.46 |
| SS-175-36P | SOLAR PANEL | 1 | $17.46 | $3.49 | $3.49 |
| SS-275 | SOLAR PANEL | 1 | $6.39 | $1.28 | $1.28 |
| 561402 | INTELLINET NETWORK SOULTIONS | 1 | $8.01 | $1.60 | $1.60 |
| H4MT- POLE | MOUNT | 9 | $66.70 | $13.34 | $120.06 |
| BATTERIES | NEW BATTERIES | 4 | $134.00 | $26.80 | $107.20 |

$13,229.01

**Fill in this information to identify the case:**

Debtor name _CoLiant Solutions, Inc._

United States Bankruptcy Court for the: _Northern District of Georgia_

Case number (if known): _25-51509_

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                                    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Synovus 3559 (Operating Account) | Checking | 3  5  5  9 | $ 30,318.08 |
   | 3.2. See continuation sheet | | | $ 245.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**                                                                                  $ 30,563.08

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

                                                                                    Current value of
                                                                                    debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _Barnard Koch, Jr. and Linda Koch - Security deposit on Springfield lease_    $ 3,114.54
   7.2. _____    $_____

Debtor    CoLiant Solutions, Inc.    Case number (if known) 25-51509
          Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. K&R Properties, Inc. - Prepayment of last month's rent _____ $ 4,660.00

8.2. _____ $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.          $ 7,774.54

---

### Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:  2,232,561.50 – 0.00 = ➡  $ 2,232,561.50
                           face amount    doubtful or uncollectible accounts

11b. Over 90 days old:  1,029,859.08 – 195,289.79 = ➡  $ 834,569.29
                        face amount    doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $ 3,067,130.79

---

### Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $ _____

14.2. _____  _____  $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

15.1. _____  _____%  _____  $ _____

15.2. _____  _____%  _____  $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____  _____  $ _____

16.2. _____  _____  $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.          $ _____

---

Debtor    CoLiant Solutions, Inc.                                              25-51509
          _____                    Case number _____
          Name                                           (if known)

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** See Schedule A/B, Part 5, Q. 22 Attachment _____ | _____ MM / DD / YYYY | $_____ | _____ | 364,324.19 $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 364,324.19

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

---

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page 3

Debtor    CoLiant Solutions, Inc.
_____    Case number (if known) 25-51509
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> See Schedule A/B, Part 7, Q. 39-40 Attachment | $_____ | _____ | $ 8,674.00 |
| 40. **Office fixtures** <br> See Schedule A/B, Part 7, Q. 39-40 Attachment | $_____ | _____ | $ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> See Schedule A/B, Part 7, Q. 41 Attachment | $_____ | _____ | $ 127,565.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 136,239.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    CoLiant Solutions, Inc.    Case number (if known) 25-51509
_____    _____    _____
          Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1  Kioti Kio 2200PS UTV HD Tires Utility Vehicle | $_____ | _____ | $ 2,000.00 |
| 47.2  Kioti Kio 2200PS UTV HD Tires Utility Vehicle | $_____ | _____ | $ 2,000.00 |
| 47.3  See Schedule A/B, Part 8, Q. 47 - Leased Vehicles | $_____ | _____ | $ 423,070.75 |
| 47.4  2011 BMW 535i | $_____ | _____ | $ 3,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See continuation sheet

| | | |
|---|---|---|
| $ 0.00 | _____ | $ 279,682.50 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 709,753.25

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page 5

Debtor    CoLiant Solutions, Inc.                                                    25-51509
          Name                                                    Case number *(if known)*

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Lease - 4120 Bangs Avenue, Modesto, CA 95356 (Landlord - Cranbrook Properties) | Lease | | | 0.00<br>$_____ |
| 55.2 Lease - 2344 Pleasant Run, Springfield, IL 62711 (Landlord - Bernard Koch) | Lease | $_____ | | 0.00<br>$_____ |
| 55.3 See continuation sheet | | 0.00<br>$_____ | | 0.00<br>$_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| 0.00 |
|---|
| $_____ |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>Registered Trademark for CLS SECURESERVE | $_____ | | Unknown<br>$_____ |
| **61. Internet domain names and websites**<br>www.coliantsolutions.com | $_____ | | Unknown<br>$_____ |
| **62. Licenses, franchises, and royalties** | $_____ | | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>Customer List | $_____ | | Unknown<br>$_____ |
| **64. Other intangibles, or intellectual property** | $_____ | | $_____ |
| **65. Goodwill** | $_____ | | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| 0.00 |
|---|
| $_____ |

Debtor    CoLiant Solutions, Inc.
          Name

          Case number (if known) 25-51509

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____  −  _____  = ➜    $_____
                                     Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____                          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                          $_____

Nature of claim        _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          $_____

Nature of claim        _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____                          $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____                          $_____
_____                          $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                          $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor    CoLiant Solutions, Inc.                        Case number *(if known)*   25-51509

      Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 30,563.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 7,774.54 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 3,067,130.79 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 364,324.19 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 136,239.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 709,753.25 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...................91a. | $ 4,315,784.85 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...........................   4,315,784.85                 $ 4,315,784.85

| Debtor 1 | CoLiant Solutions, Inc. | | | | 25-51509 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | |

### Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| Synovus 7929 (Covid PPP Account) | Checking | 7929 |
| Balance: 32.00 | | |
| Synovus 7294 (Monitoring Account) | Checking | 7294 |
| Balance: 0.00 | | |
| Truist 7601 (Previous Payroll Account) | Checking | 7601 |
| Balance: 213.00 | | |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| GFP 355 55 inch Laminator with top heated roller | | | 1,000.00 |
| Roland VG3-540 54 Inch Print & Cut Combo Device | | | 1,000.00 |
| Bobcat UV34D SN B4LV22005 | | | 2,000.00 |
| See Schedule A/B, Part 8, Q. 50 | | | 267,182.50 |
| Exide Charger Model DEG-18-850 SN CK109507 | | | 2,000.00 |
| Raymond Counterbalance Model 4250-C40TT SN 425-11-32127 | | | 2,000.00 |
| Raymond Battery Model 18-125-13 SN RUC00114552 | | | 500.00 |
| Bobcat UV34G SN B53623102 | | | 2,000.00 |
| Bobcat UV34G SN B53623194 | | | 2,000.00 |

| Debtor 1 | CoLiant Solutions, Inc. | | | 25-51509 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)*_____ |

## <u>Continuation Sheet for Official Form 206 A/B</u>

**55) Real property**

| General description | Nature and extent of interest | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| **Lease – 2703 Brickton North Drive, Buford, GA 30518** | **Lease** | | | **0.00** |
| **Lease – 3650 Winchester Road, Springfield, IL 62707 (Landlord K&R)** | **Lease** | | | **0.00** |
| **Lease – 100 SE Executive Drive, Suite 4, Bentonville, AR 72712 (Landlord – HIT Properties) Lease is one year off** | **Lease** | | | **0.00** |

Official Form 206 A/B                    Schedule A/B: Property

**COLIANT SOLUTIONS, INC.**

**CH. 11 CASE NO. 25-51509**

**SCHEDULE A/B, PART 5, Q. 22 - Other Inventory or Supplies**

| Location | Type | Description | QTY | Part # | Per Unit Cost | Total | Current Value |
|---|---|---|---|---|---|---|---|
| Winchester | Fasteners | DIN Rail | 14,821.00 | | $ 0.13 | $ 1,926.73 | $ 770.69 |
| Winchester | Fasteners | 16AWG Ferrule | 1,656.00 | | $ 0.01 | $ 16.56 | $ 6.62 |
| Winchester | Fasteners | 14AWG Ferrule | 1,387.00 | | $ 0.01 | $ 13.87 | $ 5.55 |
| Winchester | Fasteners | 4" Zip Ties | 1,365.00 | | $ 0.01 | $ 13.65 | $ 5.46 |
| Winchester | Fasteners | 22AWG Ferrule | 1,342.00 | | $ 0.01 | $ 13.42 | $ 5.37 |
| Winchester | Fasteners | 8.1 Zip Ties | 1,268.00 | | $ 0.09 | $ 114.12 | $ 45.65 |
| Winchester | Fasteners | 12AWG Ferrule | 1,044.00 | | $ 0.02 | $ 20.88 | $ 8.35 |
| Winchester | Fasteners | 18AWG Ferrule | 968.00 | | $ 0.01 | $ 9.68 | $ 3.87 |
| Winchester | Fasteners | 3/16 x 1/8" White Rivet | 960.00 | | $ 0.07 | $ 67.20 | $ 26.88 |
| Winchester | Fasteners | Spade Connector Yellow | 482.00 | | $ 0.05 | $ 24.10 | $ 9.64 |
| Winchester | Fasteners | 24AWG Ferrule | 476.00 | | $ 0.02 | $ 9.52 | $ 3.81 |
| Winchester | Fasteners | Closed End Crimp Connector | 470.00 | | $ 0.01 | $ 4.70 | $ 1.88 |
| Winchester | Fasteners | Spade Connector Blue | 432.00 | | $ 0.05 | $ 21.60 | $ 8.64 |
| Winchester | Fasteners | Solar Connectors | 396.00 | | $ 0.68 | $ 269.28 | $ 107.71 |
| Winchester | Fasteners | 8AWG Ferrule | 379.00 | | $ 0.05 | $ 18.95 | $ 7.58 |
| Winchester | Fasteners | Top Pole Grommet | 379.00 | | $ 0.40 | $ 151.60 | $ 60.64 |
| Winchester | Fasteners | 3/16 x 3/8" Rivet | 352.00 | | $ 0.08 | $ 28.16 | $ 11.26 |
| Winchester | Fasteners | 3/16 x 3/4" Rivet | 339.00 | | $ 0.10 | $ 33.90 | $ 13.56 |
| Winchester | Fasteners | 3/16 x 1/4" Rivet | 311.00 | | $ 0.09 | $ 27.99 | $ 11.20 |
| Winchester | Fasteners | 1/8 x 3/8" Rivet | 304.00 | | $ 0.15 | $ 45.60 | $ 18.24 |
| Winchester | Fasteners | 20AWG Ferrule | 272.00 | | $ 0.01 | $ 2.72 | $ 1.09 |
| Winchester | Fasteners | Adhesive Wire Clip | 244.00 | | $ 0.10 | $ 24.40 | $ 9.76 |
| Winchester | Fasteners | Nylon Spacer Black | 244.00 | | $ 0.16 | $ 39.04 | $ 15.62 |
| Winchester | Fasteners | 3/16 x 1" White Rivet | 238.00 | | $ 0.08 | $ 19.04 | $ 7.62 |
| Winchester | Fasteners | Battery Ring Terminal Connector | 224.00 | | $ 0.15 | $ 33.60 | $ 13.44 |
| Winchester | Fasteners | 5/8" Split Loom | 180.40 | | $ 0.34 | $ 61.34 | $ 24.53 |
| Winchester | Fasteners | Zip Tie Mount | 162.00 | | $ 0.09 | $ 14.58 | $ 5.83 |
| Winchester | Fasteners | Zip Tie Mount 3M Tape 1x1 | 150.00 | | $ 0.23 | $ 34.50 | $ 13.80 |
| Winchester | Fasteners | Solar Cable Clips | 144.00 | | $ 0.30 | $ 43.20 | $ 17.28 |
| Winchester | Fasteners | Standoff Screws | 139.00 | | $ 0.14 | $ 19.46 | $ 7.78 |
| Winchester | Fasteners | 1/8 x 1/4" Rivet | 108.00 | | $ 0.07 | $ 7.56 | $ 3.02 |
| Winchester | Fasteners | 1/8 x 1/2" Rivet | 83.00 | | $ 0.10 | $ 8.30 | $ 3.32 |
| Winchester | Fasteners | 10AWG Ferrule | 72.00 | | $ 0.05 | $ 3.60 | $ 1.44 |

**COLIANT SOLUTIONS, INC.**

**CH. 11 CASE NO. 25-51509**

**SCHEDULE A/B, PART 5, Q. 22 - Other Inventory or Supplies**

| Location | Type | Description | QTY | Part # | Per Unit Cost | Total | Current Value |
|----------|------|-------------|-----|--------|---------------|-------|---------------|
| Winchester | Fasteners | Standoff M4 x 40mm | 64.00 | | $ 0.45 | $ 28.80 | $ 11.52 |
| Winchester | Fasteners | 3/8" Split Loom | 48.37 | | $ 0.17 | $ 8.22 | $ 3.29 |
| Winchester | Fasteners | Kickstand Clamp | 44.00 | | $ 3.90 | $ 171.60 | $ 68.64 |
| Winchester | Fasteners | 3M Mounting Tape | 42.50 | | $ 1.16 | $ 49.30 | $ 19.72 |
| Winchester | Fasteners | Electrical Conduit Lock Nut | 28.00 | | $ 0.18 | $ 5.04 | $ 2.02 |
| Winchester | Fasteners | Standoff M4 x 60mm | 28.00 | | $ 0.45 | $ 12.60 | $ 5.04 |
| Winchester | Fasteners | 1/4" Split Loom | 25.40 | | $ 0.18 | $ 4.57 | $ 1.83 |
| Winchester | Fasteners | Speaker Grommet | 25.00 | | $ 1.54 | $ 38.50 | $ 15.40 |
| Winchester | Fasteners | Teltonika Metal DIN Rail Kit | 21.00 | | $ 7.09 | $ 148.89 | $ 59.56 |
| Winchester | Fasteners | Enclosure Grommet Fixed | 20.00 | | $ 1.40 | $ 28.00 | $ 11.20 |
| Winchester | Fasteners | Mobile Solar Bumpers | 17.00 | | $ 3.75 | $ 63.75 | $ 25.50 |
| Winchester | Wire | 18AWG Red Wire | 1,458.87 | | $ 0.09 | $ 131.30 | $ 52.52 |
| Winchester | Wire | 18AWG White Blue Stripe Wire | 1,406.46 | | $ 0.15 | $ 210.97 | $ 84.39 |
| Winchester | Wire | 18AWG Gray Wire | 1,361.60 | | $ 0.10 | $ 136.16 | $ 54.46 |
| Winchester | Wire | 18AWG Purple Wire | 1,096.07 | | $ 0.10 | $ 109.61 | $ 43.84 |
| Winchester | Wire | 18AWG Yellow Wire | 997.85 | | $ 0.10 | $ 99.79 | $ 39.91 |
| Winchester | Wire | 14AWG Black Wire | 894.90 | | $ 0.13 | $ 116.34 | $ 46.53 |
| Winchester | Wire | 18AWG Orange White Stripe Wire | 885.58 | | $ 0.15 | $ 132.84 | $ 53.13 |
| Winchester | Wire | 10AWG Red Wire | 792.84 | | $ 0.34 | $ 269.57 | $ 107.83 |
| Winchester | Wire | 18AWG White Wire | 704.79 | | $ 0.10 | $ 70.48 | $ 28.19 |
| Winchester | Wire | 14AWG Red Wire | 681.39 | | $ 0.13 | $ 88.58 | $ 35.43 |
| Winchester | Wire | 10AWG Yellow Wire | 658.80 | | $ 0.35 | $ 230.58 | $ 92.23 |
| Winchester | Wire | 18/4 Cable | 596.00 | | $ 0.35 | $ 208.60 | $ 83.44 |
| Winchester | Wire | 14AWG Brown Wire | 572.50 | | $ 0.13 | $ 74.43 | $ 29.77 |
| Winchester | Wire | 18/2 Cable | 460.00 | | $ 0.09 | $ 41.40 | $ 16.56 |
| Winchester | Wire | 10AWG White Wire | 365.00 | | $ 0.35 | $ 127.75 | $ 51.10 |
| Winchester | Wire | 14AWG Green Wire | 302.59 | | $ 0.13 | $ 39.34 | $ 15.73 |
| Winchester | Wire | 18AWG Orange Wire | 302.37 | | $ 0.10 | $ 30.24 | $ 12.09 |
| Winchester | Wire | 14AWG Gray Wire | 284.80 | | $ 0.13 | $ 37.02 | $ 14.81 |
| Winchester | Wire | 14AWG Pink Wire | 284.80 | | $ 0.13 | $ 37.02 | $ 14.81 |
| Winchester | Wire | 18AWG White Green Stripe Wire | 252.46 | | $ 0.09 | $ 22.72 | $ 9.09 |
| Winchester | Wire | 18AWG White Yellow Stripe Wire | 225.90 | | $ 0.09 | $ 20.33 | $ 8.13 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 5, Q. 22 - Other Inventory or Supplies**

| Location | Type | Description | QTY | Part # | Per Unit Cost | Total | Current Value |
|---|---|---|---|---|---|---|---|
| Winchester | Wire | 10AWG Black Wire | 155.65 | | $ 0.35 | $ 54.48 | $ 21.79 |
| Winchester | Wire | Battery Jumpers | 64.00 | | $ 5.00 | $ 320.00 | $ 128.00 |
| Winchester | Wire | Cat6A Patch Cord 2' | 41.00 | | $ 1.60 | $ 65.60 | $ 26.24 |
| Winchester | Wire | 18AWG Black Wire | 36.13 | | $ 0.10 | $ 3.61 | $ 1.45 |
| Winchester | Wire | Cat6A Patch Cord 14' | 25.00 | | $ 3.51 | $ 87.75 | $ 35.10 |
| Winchester | Wire | Cat6A Patch Cord 1' | 22.00 | | $ 1.90 | $ 41.80 | $ 16.72 |
| Winchester | Wire | 18AWG Blue Wire | 21.86 | | $ 0.10 | $ 2.19 | $ 0.87 |
| Winchester | Wire | Cat6A Patch Cord 20' | 18.00 | | $ 4.55 | $ 81.90 | $ 32.76 |
| Winchester | Wire | Cat6A Patch Cord 7' | 13.00 | | $ 2.60 | $ 33.80 | $ 13.52 |
| Winchester | Wire | Solar Y-Branch Whip | 11.00 | | $ 25.99 | $ 285.89 | $ 114.36 |
| Winchester | Graphics | Battery Decal Pack | 1.00 | | $ 10.98 | $ 10.98 | $ 4.39 |
| Springfield IL | Inventory | Hikvision Control | 2.00 | DS-K2602-G | $850.00 | $ 1,700.00 | 680.00 |
| Springfield IL | Inventory | UPLINK CELL UNIT | 6.00 | 5500ATT | $480.00 | $ 2,880.00 | 1,152.00 |
| Springfield IL | Inventory | AIPHONE JO SERIES | 1.00 | JOS-1V | $550.00 | $ 550.00 | 220.00 |
| Springfield IL | Inventory | ALARM.COM SWITCH | 1.00 | FLEX IO | $150.00 | $ 150.00 | 60.00 |
| Springfield IL | Inventory | HIKVISION | 2.00 | DS-K1T500S | $600.00 | $ 1,200.00 | 480.00 |
| Springfield IL | Inventory | HIKVISION | 1.00 | DS-K1102AMK | $80.00 | $ 80.00 | 32.00 |
| Springfield IL | Inventory | HES 9600 | 1.00 | HES 9600 | $250.00 | $ 250.00 | 100.00 |
| Springfield IL | Inventory | VISTA ALARM | 1.00 | VISTA 21IP | $180.00 | $ 180.00 | 72.00 |
| Springfield IL | Inventory | ALTRONIX | 2.00 | ALTV2416ULX | $400.00 | $ 800.00 | 320.00 |
| Springfield IL | Inventory | ALTRONIX | 2.00 | ALTV1224C | $500.00 | $ 1,000.00 | 400.00 |
| Springfield IL | Inventory | HID | 2.00 | 6005BGB00 | $160.00 | $ 320.00 | 128.00 |
| Springfield IL | Inventory | HIKVISION | 3.00 | DS-K7M153-P | $375.00 | $ 1,125.00 | 450.00 |
| Springfield IL | Inventory | SECURE KEY CARDS | 1.00 | KEYFOB/CARDS | $150.00 | $ 150.00 | 60.00 |
| Springfield IL | Inventory | BOSCH REX | 2.00 | DS160 | $120.00 | $ 240.00 | 96.00 |
| Springfield IL | Inventory | HIKVISION | 2.00 | DS-K182HP | $150.00 | $ 300.00 | 120.00 |
| Springfield IL | Inventory | HIKVISION | 1.00 | DS-K1F100-DBE | $80.00 | $ 80.00 | 32.00 |
| Springfield IL | Inventory | HIKVISION | 1.00 | DS-KH8301-WT | $225.00 | $ 225.00 | 90.00 |
| Springfield IL | Inventory | ELK | 2.00 | 16.5VAC 45VA | $40.00 | $ 80.00 | 32.00 |
| Springfield IL | Inventory | HONEYWELL | 2.00 | 16.5VAC 25VA | $30.00 | $ 60.00 | 24.00 |
| Springfield IL | Inventory | HONEYWELL | 1.00 | 9VAC 20VA | $15.00 | $ 15.00 | 6.00 |
| Springfield IL | Inventory | INDOOR/OUTDOOR SWITCH | 1.00 | WF2111G | $150.00 | $ 150.00 | 60.00 |
| Springfield IL | Inventory | TURING | 1.00 | BRIDGE | $75.00 | $ 75.00 | 30.00 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 5, Q. 22 - Other Inventory or Supplies**

| Location | Type | Description | QTY | Part # | Per Unit Cost | Total | Current Value |
|---|---|---|---|---|---|---|---|
| Springfield IL | Inventory | SMOKE | 1.00 | 4WTA-B | $65.00 | $ 65.00 | $ 26.00 |
| Springfield IL | Inventory | SMOKE | 2.00 | 4WB | $80.00 | $ 160.00 | $ 64.00 |
| Springfield IL | Inventory | SMOKE | 2.00 | 2WB | $80.00 | $ 160.00 | $ 64.00 |
| Springfield IL | Inventory | KEYENCE WATER DETECTION | 1.00 | N/A | $3,000.00 | $ 3,000.00 | $ 1,200.00 |
| Springfield IL | Inventory | ALTRONIX | 1.00 | RB5 | $15.00 | $ 15.00 | $ 6.00 |
| Springfield IL | Inventory | ALTRONIX | 2.00 | AL624 | $40.00 | $ 80.00 | $ 32.00 |
| Springfield IL | Inventory | CAMDEN | 1.00 | CM-30E | $40.00 | $ 40.00 | $ 16.00 |
| Springfield IL | Inventory | STI | 2.00 | SS2448EX-EN | $500.00 | $ 1,000.00 | $ 400.00 |
| Springfield IL | Inventory | STI | 2.00 | SS24A2EX-EN | $100.00 | $ 200.00 | $ 80.00 |
| Springfield IL | Inventory | BOSCH | 1.00 | TR1850 | $15.00 | $ 15.00 | $ 6.00 |
| Springfield IL | Inventory | TURING | 2.00 | TLT4M28 | $350.00 | $ 700.00 | $ 280.00 |
| Springfield IL | Inventory | TURING | 2.00 | TP-EFDJB | $40.00 | $ 80.00 | $ 32.00 |
| Springfield IL | Inventory | TURING | 1.00 | TP-EFDWJ | $85.00 | $ 85.00 | $ 34.00 |
| Springfield IL | Inventory | ALARM.COM | 1.00 | LP1501 | $400.00 | $ 400.00 | $ 160.00 |
| Springfield IL | Inventory | ALARM.COM | 3.00 | ADC-S40-T | $60.00 | $ 180.00 | $ 72.00 |
| Texas | Inventory | CAMERA | 15.00 | 5.0C-H5A-BO2-IR | $ 511.30 | $ 7,669.44 | $ 3,067.78 |
| Texas | Inventory | CAMERA | 10.00 | 3.0C-H5SL-BO2IR | $ 319.46 | $ 3,194.64 | $ 1,277.86 |
| Texas | Inventory | CAMERA | 4.00 | 320S-H4A-THC-BO24 | $ 1,957.44 | $ 7,829.76 | $ 3,131.90 |
| Texas | Inventory | CAMERA | 4.00 | 320F-H5A-THC-BO12 | $ 1,930.01 | $ 7,720.03 | $ 3,088.01 |
| Texas | Inventory | CAMERA | 5.00 | 5.0C-H6SL-BO2 | $ 376.88 | $ 1,884.42 | $ 753.77 |
| Texas | Inventory | UPS | 1.00 | SMART500RT1U | $ 153.53 | $ 153.53 | $ 61.41 |
| Texas | Inventory | LITE BEAM | 30.00 | LBE-5AC-GEN2-US | $ 59.40 | $ 1,782.00 | $ 712.80 |
| Texas | Inventory | MONITOR | 1.00 | DELL | $ 45.00 | $ 45.00 | $ 18.00 |
| Texas | Inventory | NVR | 2.00 | NVR4-VAL-6TB | $ 1,878.00 | $ 3,756.00 | $ 1,502.40 |
| Texas | Inventory | ANTAIRA | 5.00 | LNP-0800-24 | $ 14.99 | $ 74.97 | $ 29.99 |
| Texas | Inventory | 12V BATTERY CHARGER | 6.00 | EXP-1270 | $ 23.99 | $ 143.96 | $ 57.59 |
| Texas | Inventory | 24V BATTERY CHARGER | 3.00 | PB-600-24 | $ 828.00 | $ 2,484.00 | $ 993.60 |
| Texas | Inventory | 24V BATTERY CHARGER | 2.00 | NPB-450-24 | $ 828.00 | $ 1,656.00 | $ 662.40 |
| Texas | Inventory | BRAIN BOXES | 6.00 | SW-504/505 | $ 98.73 | $ 592.38 | $ 236.95 |
| Texas | Inventory | SOLAR PANEL | 1.00 | SS-175-36P | $ 10.48 | $ 10.48 | $ 4.19 |
| Texas | Inventory | SOLAR PANEL | 1.00 | SS-275 | $ 3.83 | $ 3.83 | $ 1.53 |
| Texas | Inventory | INTELLINET NETWORK SOULTIONS | 1.00 | 561402 | $ 4.81 | $ 4.81 | $ 1.92 |
| Texas | Inventory | MOUNT | 9.00 | H4MT- POLE | $ 40.02 | $ 360.18 | $ 144.07 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 5, Q. 22 - Other Inventory or Supplies**

| Location | Type | Description | QTY | Part # | Per Unit Cost | Total | Current Value |
|---|---|---|---|---|---|---|---|
| Texas | Inventory | NEW BATTERIES | 4.00 | BATTERIES | $ 80.40 | $ 321.60 | $ 128.64 |
| Modesto CA | Inventory | POWERBOX | 6.00 | SS-1902061505 | $ 5,456.48 | $ 32,738.88 | $ 13,095.55 |
| Modesto CA | Inventory | H-BASE POWERBOX | 2.00 | SS-2001131518 | $ 6,508.75 | $ 13,017.50 | $ 5,207.00 |
| Modesto CA | Inventory | POWERBRIDGE | 3.00 | SS-2212091031 | $ 5,456.48 | $ 16,369.44 | $ 6,547.78 |
| Modesto CA | Inventory | POWER SUPPLIES | 8.00 | ALTV244ULCV | $ 98.97 | $ 791.76 | $ 316.70 |
| Modesto CA | Inventory | POWER SUPPLIES | 8.00 | ALTV244UL8 | $ 103.28 | $ 826.24 | $ 330.50 |
| Modesto CA | Inventory | POWER SUPPLIES | 3.00 | ALTV244 | $ 126.29 | $ 378.87 | $ 151.55 |
| Modesto CA | Inventory | POWER SUPPLIES | 5.00 | ALTV2416ULX | $ 206.47 | $ 1,032.35 | $ 412.94 |
| Modesto CA | Inventory | POWER SUPPLIES | 2.00 | ALTV2416ULX3 | $ 191.05 | $ 382.10 | $ 152.84 |
| Modesto CA | Inventory | POWER SUPPLIES | 6.00 | ALTV1224C | $ 299.98 | $ 1,799.88 | $ 719.95 |
| Modesto CA | Inventory | POWER SUPPLIES | 2.00 | AL300ULXPD16CB | $ 209.68 | $ 419.36 | $ 167.74 |
| Modesto CA | Inventory | POWER SUPPLIES | 2.00 | AL300ULX | $ 249.95 | $ 499.90 | $ 199.96 |
| Modesto CA | Inventory | UPS | 20.00 | BE650G1 | $ 94.99 | $ 1,899.80 | $ 759.92 |
| Modesto CA | Inventory | TAMPER SWITCH | 10.00 | 307-S | $ 12.00 | $ 120.00 | $ 48.00 |
| Modesto CA | Inventory | DOOR CONTACTS | 5.00 | 1085TW-N | $ 19.10 | $ 95.50 | $ 38.20 |
| Modesto CA | Inventory | GLASS BREAK DETECTOR | 24.00 | FG730 | $ 81.20 | $ 1,948.80 | $ 779.52 |
| Modesto CA | Inventory | BAR CONTACT | 27.00 | 2020350 | $ 142.19 | $ 3,839.13 | $ 1,535.65 |
| Modesto CA | Inventory | MOTION DETECTOR | 4.00 | AP750 | $ 20.00 | $ 80.00 | $ 32.00 |
| Modesto CA | Inventory | VOLUME CONTROL MODULE | 1.00 | AUDZ200W | $ 85.21 | $ 85.21 | $ 34.08 |
| Modesto CA | Inventory | TOWER CAMERA | 1.00 | CCC3602TBW | $ 105.13 | $ 105.13 | $ 42.05 |
| Modesto CA | Inventory | JBOX | 20.00 | H4-BO-JBOX-1 | $ 65.72 | $ 1,314.40 | $ 525.76 |
| Modesto CA | Inventory | PENDINT ADAPTER | 4.00 | H5DH-MT-NPTA1 | $ 65.00 | $ 260.00 | $ 104.00 |
| Modesto CA | Inventory | WALL MOUNT | 59.00 | WLMT-1001 | $ 60.90 | $ 3,593.10 | $ 1,437.24 |
| Modesto CA | Inventory | CAMERA | 12.00 | 5.0C-H6SL-BO2IR30 | $ 832.02 | $ 9,984.24 | $ 3,993.70 |
| Modesto CA | Inventory | CAMERA | 9.00 | 3.0C-H5SL-BO2IR | $ 532.44 | $ 4,791.96 | $ 1,916.78 |
| Modesto CA | Inventory | CAMERA | 12.00 | 320S-H4A-THC-BO24 | $ 3,262.40 | $ 39,148.80 | $ 15,659.52 |
| Modesto CA | Inventory | POLE MOUNT | 60.00 | PLMT1001 | $ 66.70 | $ 4,002.00 | $ 1,600.80 |
| Modesto CA | Inventory | CAMERA | 7.00 | 320F-H5A-THC-BO12 | $ 3,216.68 | $ 22,516.76 | $ 9,006.70 |
| Modesto CA | Inventory | CAMERA | 6.00 | 5.0C-H6SL-BO2 | $ 628.14 | $ 3,768.84 | $ 1,507.54 |
| Modesto CA | Inventory | DOME CAMERA | 4.00 | 12.0W-H5A-FE-DO1-IR | $ 771.64 | $ 3,086.56 | $ 1,234.62 |
| Modesto CA | Inventory | PENDINT ADAPTER | 4.00 | H5A-FE-MT-NPTA1 | $ 41.06 | $ 164.24 | $ 65.70 |
| Modesto CA | Inventory | UPS | 5.00 | SMART500RT1U | $ 255.89 | $ 1,279.45 | $ 511.78 |
| Modesto CA | Inventory | WALL MOUNT | 2.00 | 12U | $ 137.99 | $ 275.98 | $ 110.39 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 5, Q. 22 - Other Inventory or Supplies**

| Location | Type | Description | QTY | Part # | Per Unit Cost | Total | Current Value |
|----------|------|-------------|-----|--------|---------------|-------|---------------|
| Modesto CA | Inventory | MONITOR MOUNTS | 15.00 | 432351 | $ 24.35 | $ 365.25 | $ 146.10 |
| Modesto CA | Inventory | NANO BEAM | 3.00 | NBE-5AC-J2US | $ 99.00 | $ 297.00 | $ 118.80 |
| Modesto CA | Inventory | HDMI | 4.00 | 55-668-15 | $ 11.71 | $ 46.84 | $ 18.74 |
| Modesto CA | Inventory | SVGA CABLE | 7.00 | SVGA | $ 7.95 | $ 55.65 | $ 22.26 |
| Modesto CA | Inventory | MONITORS | 2.00 | ULM-153 | $ 75.00 | $ 150.00 | $ 60.00 |
| Modesto CA | Inventory | MONITOR | 1.00 | WDL1500M | $ 75.00 | $ 75.00 | $ 30.00 |
| Modesto CA | Inventory | NVR | 2.00 | NVR4-VAL-6TB | $ 3,130.00 | $ 6,260.00 | $ 2,504.00 |
| Modesto CA | Inventory | WALL MOUNT | 2.00 | 200-23C-125U | $ 24.99 | $ 49.98 | $ 19.99 |
| Modesto CA | Inventory | WATER DETECTION | 4.00 | FD-R200 | $ 1,380.00 | $ 5,520.00 | $ 2,208.00 |
| Modesto CA | Inventory | 12V BATTERY | 7.00 | EXP-1270 | $ 39.99 | $ 279.93 | $ 111.97 |
| Modesto CA | Inventory | WATER DETECTION | 1.00 | FD-R50 | $ 1,380.00 | $ 1,380.00 | $ 552.00 |
| Modesto CA | Inventory | WATER DETECTION | 1.00 | FD-R125 | $ 1,380.00 | $ 1,380.00 | $ 552.00 |
| Modesto CA | Inventory | UP LINK | 1.00 | 5500ATT | $ 164.55 | $ 164.55 | $ 65.82 |
| Modesto CA | Inventory | RELAY | 1.00 | RBSN | $ 17.46 | $ 17.46 | $ 6.98 |
| Modesto CA | Inventory | 3FT WIP | 3.00 | PS313163 | $ 6.39 | $ 19.17 | $ 7.67 |
| Modesto CA | Inventory | 9FT WIP | 1.00 | PS913163 | $ 8.01 | $ 8.01 | $ 3.20 |
| Modesto CA | Inventory | OP SENSOR | 3.00 | OP85502 | $ 59.34 | $ 178.02 | $ 71.21 |
| Modesto CA | Inventory | OP CABLE | 4.00 | OP88199 | $ 134.00 | $ 536.00 | $ 214.40 |
| Modesto CA | Inventory | RACK | 1.00 | EWR-12-22SD | $ 720.00 | $ 720.00 | $ 288.00 |
| Modesto CA | Inventory | POLE MOUNTING KIT | 2.00 | CPMK24 | $ 299.00 | $ 598.00 | $ 239.20 |
| Modesto CA | Inventory | OUTPUT CONTROL BOARD | 2.00 | M2150-0C4/24 | $ 79.99 | $ 159.98 | $ 63.99 |
| Modesto CA | Inventory | POWER SUPPLY | 3.00 | PS914-2RS | $ 589.65 | $ 1,768.95 | $ 707.58 |
| Modesto CA | Inventory | CAMERA MOUNT | 1.00 | H4AMH-AD-D1 | $ 50.00 | $ 50.00 | $ 20.00 |
| Modesto CA | Inventory | DUCT SMOKE | 1.00 | D355PL | $ 218.80 | $ 218.80 | $ 87.52 |
| Modesto CA | Inventory | SMOKE DECTOR | 1.00 | 2WB | $ 44.00 | $ 44.00 | $ 17.60 |
| Modesto CA | Inventory | POWER TRANSFER HINGE | 1.00 | CEFBB179-66 | $ 123.52 | $ 123.52 | $ 49.41 |
| Modesto CA | Inventory | POWER SUPPLY | 1.00 | LPS3WP12 | $ 257.41 | $ 257.41 | $ 102.96 |
| Modesto CA | Inventory | POWER SUPLY | 1.00 | PS220B | $ 214.44 | $ 214.44 | $ 85.78 |
| Modesto CA | Inventory | ELECTRIFIED PANIC KIT | 2.00 | MLRK1-AREX | $ 420.00 | $ 840.00 | $ 336.00 |
| Modesto CA | Inventory | SONY CAMERA | 1.00 | SNC-EM600 | $ 89.96 | $ 89.96 | $ 35.98 |
| Modesto CA | Inventory | AXIS CAMERA | 1.00 | P3717-PLE | $ 889.99 | $ 889.99 | $ 356.00 |
| Modesto CA | Inventory | CONTROL PANEL | 1.00 | B4512 | $ 339.88 | $ 339.88 | $ 135.95 |
| Modesto CA | Inventory | TEXT KEYBOARD | 1.00 | B915 | $ 142.00 | $ 142.00 | $ 56.80 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 5, Q. 22 - Other Inventory or Supplies**

| Location | Type | Description | QTY | Part # | Per Unit Cost | Total | Current Value |
|---|---|---|---|---|---|---|---|
| Modesto CA | Inventory | PLUG IN CELLULAR COMM | 1.00 | B441-C | $ 151.20 | $ 151.20 | $ 60.48 |
| Modesto CA | Inventory | 18/4 WIRE 1,000FT | 1.00 | 34844 | $ 337.55 | $ 337.55 | $ 135.02 |
| Modesto CA | Inventory | 18/6 WIRE 1,000 FT | 5.00 | CC1806UPWH2 | $ 640.00 | $ 3,200.00 | $ 1,280.00 |
| Modesto CA | Inventory | COMPOSITE WIRE 500FT | 1.00 | 34269 | $ 448.00 | $ 448.00 | $ 179.20 |
| Modesto CA | Inventory | FIBER 1100 FT | 1.00 | 373-COROM3-TBRD-12 | $ 2,858.00 | $ 2,858.00 | $ 1,143.20 |
| Modesto CA | Inventory | 16/2 WIRE 1,000 FT | 3.00 | 981602 | $ 176.67 | $ 530.01 | $ 212.00 |
| Modesto CA | Inventory | 14/2 WIRE 1,000 FT | 1.00 | 981402 | $ 244.78 | $ 244.78 | $ 97.91 |
| Modesto CA | Inventory | 18/4 WIRE 1,000 FT | 8.00 | 981804 | $ 237.84 | $ 1,902.72 | $ 761.09 |
| Buford GA | Inventory | Battery Charger | 2.00 | Genius 10 | $ 85.00 | $ 170.00 | $ 68.00 |
| Buford GA | Inventory | Battery | 2.00 | 12V12AH | $ 15.00 | $ 30.00 | $ 12.00 |
| Buford GA | Inventory | Battery Charger | 2.00 | NPB750 | $ 225.00 | $ 450.00 | $ 180.00 |
| Buford GA | Inventory | Battery Charger | 1.00 | NPB600 | $ 175.00 | $ 175.00 | $ 70.00 |
| Buford GA | Inventory | Antenna | 5.00 | PR1KCL25 | $ 19.00 | $ 95.00 | $ 38.00 |
| Buford GA | Inventory | Antenna | 10.00 | 3ft Antenna | $ 70.00 | $ 700.00 | $ 280.00 |
| Buford GA | Inventory | Antenna | 11.00 | 1ft Antenna | $ 87.00 | $ 957.00 | $ 382.80 |
| Buford GA | Inventory | Relay | 18.00 | SSU-PAM1 | $ 28.19 | $ 507.42 | $ 202.97 |
| Buford GA | Inventory | Relay | 26.00 | PAM-4 | $ 13.98 | $ 363.48 | $ 145.39 |
| Buford GA | Inventory | Relay | 18.00 | 5pn connector | $ 14.57 | $ 262.26 | $ 104.90 |
| Buford GA | Inventory | Lora Controller | 21.00 | LT-2222-L | $ 49.98 | $ 1,049.58 | $ 419.83 |
| Buford GA | Inventory | LoRaWAN Convert | 4.00 | RS485-LN | $ 45.00 | $ 180.00 | $ 72.00 |
| Buford GA | Inventory | Camera POE | 27.00 | TP-DCDC1248D | $ 44.95 | $ 1,213.65 | $ 485.46 |
| Buford GA | Inventory | Radio POE | 13.00 | TP-DCDC1224D | $ 44.95 | $ 584.35 | $ 233.74 |
| Buford GA | Inventory | POE | 4.00 | TP-DCDC1256D-BT | $ 254.95 | $ 1,019.80 | $ 407.92 |
| Buford GA | Inventory | POE | 1.00 | TP-DCDC-4856GD-VHP | $ 149.95 | $ 149.95 | $ 59.98 |
| Buford GA | Inventory | POE | 2.00 | TP-DCDC-2448GD-VHP | $ 106.85 | $ 213.70 | $ 85.48 |
| Buford GA | Inventory | POE | 2.00 | TP-DCDC-2448GD-VHP | $ 106.85 | $ 213.70 | $ 85.48 |
| Buford GA | Inventory | PL | 11.00 | Monitor Mount | $ 20.00 | $ 220.00 | $ 88.00 |
| Buford GA | Inventory | Solar Controller | 2.00 | SM-SP-40 | $ 199.00 | $ 398.00 | $ 159.20 |
| Buford GA | Inventory | Litebeam Radio | 3.00 | LBE-5AC-GEN | $ 80.00 | $ 240.00 | $ 96.00 |
| Buford GA | Inventory | AVG HD | 2.00 | NVR4-HDDS-HOT-8TB | $ 800.00 | $ 1,600.00 | $ 640.00 |
| Buford GA | Inventory | AVG PWR | 1.00 | NVR POWER | $ 45.00 | $ 45.00 | $ 18.00 |
| Buford GA | Inventory | AVG Power | 1.00 | HD-NVR2-2nd-PS | $ 45.00 | $ 45.00 | $ 18.00 |
| Buford GA | Inventory | AVG POE | 14.00 | POEINJ-Plus-NA | $ 27.00 | $ 378.00 | $ 151.20 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 5, Q. 22 - Other Inventory or Supplies**

| Location | Type | Description | QTY | Part # | Per Unit Cost | Total | Current Value |
|---|---|---|---|---|---|---|---|
| Buford GA | Inventory | AVG NVR 8TB | 1.00 | VMA-BLU-8PS-NA | $ 1,000.00 | $ 1,000.00 | $ 400.00 |
| Buford GA | Inventory | AVG CEILING MNT | 2.00 | H5AMH-AD-CEIL1 | $ 150.00 | $ 300.00 | $ 120.00 |
| Buford GA | Inventory | Rack | 7.00 | W-rack | $ 100.00 | $ 700.00 | $ 280.00 |
| Buford GA | Inventory | AVG WALL MOUNT | 18.00 | WMLMT-1021 | $ 84.00 | $ 1,512.00 | $ 604.80 |
| Buford GA | Inventory | AVA Camera CAP | 11.00 | H6SL-MT-NPTA1 | $ 48.00 | $ 528.00 | $ 211.20 |
| Buford GA | Inventory | AVA DOME Camera | 9.00 | 5.0C-H6SL-DO1-IR-30 | $ 955.00 | $ 8,595.00 | $ 3,438.00 |
| Buford GA | Inventory | AVA Camera Bullet | 23.00 | 5.0C-H6SL-B02-IR-30 | $ 1,025.00 | $ 23,575.00 | $ 9,430.00 |
| Buford GA | Inventory | AVG Dome Mount | 5.00 | H5A-FE-MT-NPTA | $ 45.00 | $ 225.00 | $ 90.00 |
| Buford GA | Inventory | Fisheye Dome | 1.00 | 12.0W-H5A-FE-DO1-IR | $ 1,400.00 | $ 1,400.00 | $ 560.00 |
| Buford GA | Inventory | Bullet Camera | 8.00 | 3.0-H5SL-B02-IR | $ 750.00 | $ 6,000.00 | $ 2,400.00 |
| Buford GA | Inventory | Thermal Camera | 3.00 | 320S-H4A-THC-B024 | $ 2,000.00 | $ 6,000.00 | $ 2,400.00 |
| Buford GA | Inventory | Thermal Camera LR | 2.00 | 320F-H4A-THC-BO12 | $ 3,500.00 | $ 7,000.00 | $ 2,800.00 |
| Buford GA | Inventory | WALL MOUNT ARM | 1.00 | CM-MT-WALL1 | $ 70.00 | $ 70.00 | $ 28.00 |
| Buford GA | Inventory | Wall Mount Arm | 8.00 | WMLMT-1001 | $ 80.00 | $ 640.00 | $ 256.00 |
| Buford GA | Inventory | PTZ Mount | 2.00 | IPTZ-MNT-Wall | $ 75.00 | $ 150.00 | $ 60.00 |
| Buford GA | Inventory | Back Box | 52.00 | H4-BOJBox | $ 65.00 | $ 3,380.00 | $ 1,352.00 |
| Buford GA | Inventory | Pole Mount | 39.00 | H4-MT-Pole1 | $ 76.00 | $ 2,964.00 | $ 1,185.60 |
| Buford GA | Inventory | AVG PTZ | 1.00 | 4.0-H5A-PTZ-DP36 | $ 4,500.00 | $ 4,500.00 | $ 1,800.00 |
| Buford GA | Inventory | Solar Lights | 2.00 | Geosun | $ 95.00 | $ 190.00 | $ 76.00 |
| Buford GA | Inventory | Analytics Appliance | 1.00 | VMA-AIA-CG2-NA | $ 13,000.00 | $ 13,000.00 | $ 5,200.00 |
| Buford GA | Inventory | AVG NVR | 8.00 | NVR4-VAL-6TB | $ 7,000.00 | $ 56,000.00 | $ 22,400.00 |
| Buford GA | Inventory | AVG NVR | 2.00 | NVR4-VAL-12TB | $ 9,000.00 | $ 18,000.00 | $ 7,200.00 |
| Buford GA | Inventory | AVG NVR | 3.00 | NVR4-VAL-8TB | $ 8,000.00 | $ 24,000.00 | $ 9,600.00 |
| Buford GA | Inventory | Bullet Camera | 23.00 | 5.0C-H5A-Bo2-IR | $ 590.00 | $ 13,570.00 | $ 5,428.00 |
| Buford GA | Inventory | Thermal Camera | 1.00 | 320F-H5A-THC-Bo12 | $ 2,500.00 | $ 2,500.00 | $ 1,000.00 |
| Buford GA | Inventory | Mini PC | 4.00 | Fitlet CPU | $ 450.00 | $ 1,800.00 | $ 720.00 |
| Buford GA | Inventory | Wireless Router | 4.00 | Teltonika RUT40 | $ 200.00 | $ 800.00 | $ 320.00 |
| Buford GA | Inventory | Fisheye Camera | 5.00 | 12.0W-H5A-FE-D01-IR | $ 750.00 | $ 3,750.00 | $ 1,500.00 |
| Buford GA | Inventory | Pole Mount | 14.00 | Pole Mounts | $ 25.00 | $ 350.00 | $ 140.00 |
| Buford GA | Inventory | J Box | 10.00 | Junction Boxes | $ 25.00 | $ 250.00 | $ 100.00 |
| Buford GA | Inventory | Dome Mount | 4.00 | H5A-NPT | $ 25.00 | $ 100.00 | $ 40.00 |
| Buford GA | Inventory | Dome Arm | 4.00 | WMLT-1021 | $ 25.00 | $ 100.00 | $ 40.00 |
| Buford GA | Inventory | Radios | 32.00 | LBE | $ 50.00 | $ 1,600.00 | $ 640.00 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 5, Q. 22 - Other Inventory or Supplies**

| Location | Type | Description | QTY | Part # | Per Unit Cost | Total | Current Value |
|----------|------|-------------|-----|--------|---------------|-------|---------------|
| Buford GA | Inventory | Bullet Camera | 1.00 | 5.0C-H6SL-BO2-IR | $ 550.00 | $ 550.00 | $ 220.00 |
| Buford GA | Inventory | Thermal Camera | 13.00 | 320S-H4a-THC-BO12 | $ 2,500.00 | $ 32,500.00 | $ 13,000.00 |
| Buford GA | Inventory | Bullet Camera | 5.00 | 5.0C-H5SL-BO2-IR | $ 600.00 | $ 3,000.00 | $ 1,200.00 |
| Buford GA | Inventory | Bullet Camera | 10.00 | 4.0C-H5A-BO2-IR | $ 400.00 | $ 4,000.00 | $ 1,600.00 |
| Buford GA | Inventory | Bullet Camera | 27.00 | 3.0-H5SL-BO2-IR | $ 400.00 | $ 10,800.00 | $ 4,320.00 |
| Buford GA | Inventory | Thermal Camera | 23.00 | 320S-H4a-THC-BO24 | $ 2,000.00 | $ 46,000.00 | $ 18,400.00 |
| Buford GA | Inventory | POE MultiHead Camera | 13.00 | TP-DCDC-4856GD-VHPPOE++ | $ 269.00 | $ 3,497.00 | $ 1,398.80 |
| Buford GA | Inventory | POE For Radios | 20.00 | TP-DCDC-48-24G-HP | $ 72.99 | $ 1,459.80 | $ 583.92 |
| Buford GA | Inventory | Power Supply | 10.00 | TI-S12048 | $ 104.99 | $ 1,049.90 | $ 419.96 |
| Buford GA | Inventory | Radio 1 | 20.00 | NBE-5AC-Gen2 | $ 99.00 | $ 1,980.00 | $ 792.00 |
| Buford GA | Inventory | Ubiquitu ISO BEAM | 20.00 | ISO-BEAM-16 | $ 89.00 | $ 1,780.00 | $ 712.00 |
| Buford GA | Inventory | Rocket Radio | 2.00 | UISP airMAX | $ 54.00 | $ 108.00 | $ 43.20 |
| Buford GA | Inventory | Rocket Radio Antenna | 2.00 | UISP airMAZ 5GHZ 19dBI | $ 79.00 | $ 158.00 | $ 63.20 |
| Buford GA | Inventory | Stainless steel Enclosure | 8.00 | 20x16x8 | $ 134.47 | $ 1,075.76 | $ 430.30 |
| Buford GA | Inventory | Anpviz 4 in 1 Megapix Camera | 6.00 | HD-D3222W | $ 37.99 | $ 227.94 | $ 91.18 |
| Buford GA | Inventory | Hikvision Color Camera | 4.00 | ECT-T12F2 | $ 35.99 | $ 143.96 | $ 57.58 |
| Buford GA | Inventory | Rugged Dome sunshield kit | 4.00 | 33285 Mnt C21XX | $ 27.99 | $ 111.96 | $ 44.78 |
| Buford GA | Inventory | Cseries Corner Mnt Bracket | 1.00 | 34487 | $ 39.99 | $ 39.99 | $ 16.00 |
| Buford GA | Inventory | Mnt MiniDome Wall Bracket | 7.00 | HominiDomeWB | $ 25.99 | $ 181.93 | $ 72.77 |
| Buford GA | Inventory | Color IR HD Camera | 2.00 | VD5-2812DR | $ 125.99 | $ 251.98 | $ 100.79 |
| Buford GA | Inventory | TV Mount | 8.00 | PISF1 | $ 17.99 | $ 143.92 | $ 57.57 |
| Buford GA | Inventory | NVR Bracket | 6.00 | 28181 | $ 37.78 | $ 226.68 | $ 90.67 |
| Buford GA | Inventory | March Camera | 2.00 | 393361-101 | $ 345.00 | $ 690.00 | $ 276.00 |
| Buford GA | Inventory | March Camera | 2.00 | 39363-101 | $ 345.00 | $ 690.00 | $ 276.00 |
| Buford GA | Inventory | Mnt C38xxBrky Pendant | 4.00 | 36990 | $ 25.00 | $ 100.00 | $ 40.00 |
| Buford GA | Inventory | Partial Boxes Cat5e | 8.00 | | $ 75.00 | $ 600.00 | $ 240.00 |
| Buford GA | Inventory | 1000' Black Cat5e | 25.00 | | $ 61.50 | $ 1,537.50 | $ 615.00 |
| Buford GA | Inventory | Overhead Door Contact | 87.00 | 2202A-L | $ 17.58 | $ 1,529.46 | $ 611.78 |
| Buford GA | Inventory | MOTION DETECTOR | 5.00 | ISC-PPRI | $ 58.45 | $ 292.25 | $ 116.90 |
| Buford GA | Inventory | Request to Exit | 5.00 | DS160 | $ 60.99 | $ 304.95 | $ 121.98 |
| Buford GA | Inventory | MOTION DETECTOR | 1.00 | DS860 | $ 51.00 | $ 51.00 | $ 20.40 |
| Buford GA | Inventory | MOTION DETECTOR | 5.00 | ISC-BDL2 | $ 49.57 | $ 247.85 | $ 99.14 |
| Buford GA | Inventory | Siren Driver | 1.00 | ALSDI | $ 25.99 | $ 25.99 | $ 10.40 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 5, Q. 22 - Other Inventory or Supplies**

| Location | Type | Description | QTY | Part # | Per Unit Cost | Total | Current Value |
|---|---|---|---|---|---|---|---|
| Buford GA | Inventory | Voltage Regulator | 1.00 | VR1T | $ 52.02 | $ 52.02 | $ 20.81 |
| Buford GA | Inventory | Cylinder Magnet | 4.00 | MN502SX10 | $ 37.21 | $ 148.84 | $ 59.54 |
| Buford GA | Inventory | Smoke Detector | 2.00 | 4W-B | $ 62.95 | $ 125.90 | $ 50.36 |
| Buford GA | Inventory | Request to Exit | 2.00 | TS-2TD | $ 138.00 | $ 276.00 | $ 110.40 |
| Buford GA | Inventory | Carbon Monoxide | 1.00 | C01224TR | $ 94.90 | $ 94.90 | $ 37.96 |
| Buford GA | Inventory | PL | 2.00 | SC247S | $ 45.00 | $ 90.00 | $ 36.00 |
| Buford GA | Inventory | Pull Station | 2.00 | BG-12LX | $ 87.99 | $ 175.98 | $ 70.39 |
| Buford GA | Inventory | Relay | 4.00 | I4N223 | $ 49.00 | $ 196.00 | $ 78.40 |
| Buford GA | Inventory | Horn Strobe | 3.00 | PC2R | $ 48.60 | $ 145.80 | $ 58.32 |
| Buford GA | Inventory | Horn Strobe | 5.00 | P2RL | $ 99.99 | $ 499.95 | $ 199.98 |
| Buford GA | Inventory | Horn Strobe Celing | 11.00 | PC2RK | $ 117.95 | $ 1,297.45 | $ 518.98 |
| Buford GA | Inventory | Horn Strobe Wall | 2.00 | SCRK | $ 72.04 | $ 144.08 | $ 57.63 |
| Buford GA | Inventory | Outdoor Horn/Strobe Wall | 10.00 | SRK | $ 130.41 | $ 1,304.10 | $ 521.64 |
| Buford GA | Inventory | PL | 2.00 | PC2RL | $ 45.00 | $ 90.00 | $ 36.00 |
| Buford GA | Inventory | Tbar Hanger | 1.00 | BA50 | $ 45.45 | $ 45.45 | $ 18.18 |
| Buford GA | Inventory | Curtain Sensors | 5.00 | E-9622-4B25 | $ 104.95 | $ 524.75 | $ 209.90 |
| Buford GA | Inventory | Weather Gland Speakers | 5.00 | WC-58DW | $ 40.99 | $ 204.95 | $ 81.98 |
| Buford GA | Inventory | Relay | 1.00 | PAM-4 | $ 15.00 | $ 15.00 | $ 6.00 |
| Buford GA | Inventory | Transformer 16V AC 40VA | 6.00 | D1640 | $ 14.99 | $ 89.94 | $ 35.98 |
| Buford GA | Inventory | Glass break | 1.00 | FG-730 | $ 79.00 | $ 79.00 | $ 31.60 |
| Buford GA | Inventory | ELK TRANSFORMER | 1.00 | TRG1640 | $ 21.79 | $ 21.79 | $ 8.72 |
| Buford GA | Inventory | Transformer 16V AC 40VA | 8.00 | RT-2420SL/M | $ 17.25 | $ 138.00 | $ 55.20 |
| Buford GA | Inventory | VALVE SUPERVISRY | 3.00 | PCVS-2 | $ 116.97 | $ 350.91 | $ 140.36 |
| Buford GA | Inventory | PL | 4.00 | D273THE | $ 39.50 | $ 158.00 | $ 63.20 |
| Buford GA | Inventory | Pwr Dist Modue | 6.00 | PD4ULCB | $ 21.95 | $ 131.70 | $ 52.68 |
| Buford GA | Inventory | PL | 3.00 | SERIES 8000 | $ 20.00 | $ 60.00 | $ 24.00 |
| Buford GA | Inventory | Sync Circuit | 2.00 | MDL3R | $ 49.95 | $ 99.90 | $ 39.96 |
| Buford GA | Inventory | DOOR/WINDOW TRANSMITER | 1.00 | F.01V.032.358 | $ 48.88 | $ 48.88 | $ 19.55 |
| Buford GA | Inventory | UNIVERSAL | 2.00 | F.01V.032.357 | $ 48.88 | $ 97.76 | $ 39.10 |
| Buford GA | Inventory | SINGLE INPUT | 1.00 | EN1210 | $ 39.99 | $ 39.99 | $ 16.00 |
| Buford GA | Inventory | Panic Button | 2.00 | EN1235S | $ 110.00 | $ 220.00 | $ 88.00 |
| Buford GA | Inventory | Eithernet Extender | 2.00 | VOR-ORL | $ 85.00 | $ 170.00 | $ 68.00 |
| Buford GA | Inventory | NPT ADAPTER | 1.00 | NDA-ADPTR-NPT-MET | $ 45.00 | $ 45.00 | $ 18.00 |

COLIANT SOLUTIONS, INC.
CH. 11 CASE NO. 25-51509
SCHEDULE A/B, PART 5, Q. 22 - Other Inventory or Supplies

| Location | Type | Description | QTY | Part # | Per Unit Cost | Total | Current Value |
|---|---|---|---|---|---|---|---|
| Buford GA | Inventory | Fire Controller | 1.00 | D703S | $ 150.00 | $ 150.00 | $ 60.00 |
| Buford GA | Inventory | Module | 1.00 | D7044 | $ 379.00 | $ 379.00 | $ 151.60 |
| Buford GA | Inventory | Sensor Driver | 1.00 | D330 | $ 39.99 | $ 39.99 | $ 16.00 |
| Buford GA | Inventory | Zonex Retrofit Module | 1.00 | B600 | $ 49.00 | $ 49.00 | $ 19.60 |
| Buford GA | Inventory | Phone Line Switcher | 1.00 | D928 | $ 25.99 | $ 25.99 | $ 10.40 |
| Buford GA | Inventory | Speaker | 1.00 | D119 | $ 29.99 | $ 29.99 | $ 12.00 |
| Buford GA | Inventory | Costar Back Box | 3.00 | CBCBB | $ 89.95 | $ 269.85 | $ 107.94 |
| Buford GA | Inventory | PL | 1.00 | H5RC | $ 50.00 | $ 50.00 | $ 20.00 |
| Buford GA | Inventory | Expansion Module | 5.00 | D8125S | $ 77.68 | $ 388.40 | $ 155.36 |
| Buford GA | Inventory | Axxis FA Sensor unit | 2.00 | AXIS FA54 | $ 479.99 | $ 959.98 | $ 383.99 |
| Buford GA | Inventory | Supervised Volum Control | 2.00 | SP4SVC | $ 505.26 | $ 1,010.52 | $ 404.21 |
| Buford GA | Inventory | Power Supply | 2.00 | R2416600UL | $ 450.00 | $ 900.00 | $ 360.00 |
| Buford GA | Inventory | PL | 2.00 | F01V281418 | $ 100.00 | $ 200.00 | $ 80.00 |
| Buford GA | Inventory | PL | 2.00 | 103770 | $ 100.00 | $ 200.00 | $ 80.00 |
| Buford GA | Inventory | KeyPad | 5.00 | D1255B | $ 187.00 | $ 935.00 | $ 374.00 |
| Buford GA | Inventory | Expansion Module | 4.00 | D8125S | $ 77.68 | $ 310.72 | $ 124.29 |
| Buford GA | Inventory | Fire Annunciator | 1.00 | D1257RB | $ 312.50 | $ 312.50 | $ 125.00 |
| Buford GA | Inventory | Fire Keypad | 3.00 | D1256RB | $ 189.65 | $ 568.95 | $ 227.58 |
| Buford GA | Inventory | Fire Keypad | 2.00 | D1255RB | $ 675.00 | $ 1,350.00 | $ 540.00 |
| Buford GA | Inventory | Alarm Controll Panel | 1.00 | D9412GV4 | $ 456.00 | $ 456.00 | $ 182.40 |
| Buford GA | Inventory | Alarm Control Panel | 1.00 | D7212GV42 | $ 350.00 | $ 350.00 | $ 140.00 |
| Buford GA | Inventory | Alarm Control Panel | 1.00 | B9512 | $ 580.91 | $ 580.91 | $ 232.36 |
| Buford GA | Inventory | Encloser | 9.00 | D8004 | $ 40.00 | $ 360.00 | $ 144.00 |
| Buford GA | Inventory | Encloser | 1.00 | AE203R | $ 30.00 | $ 30.00 | $ 12.00 |
| Buford GA | Inventory | Pwr Enclouser | 2.00 | IPP-AL400 | $ 349.00 | $ 698.00 | $ 279.20 |
| Buford GA | Inventory | Contorller | 2.00 | KBD-Digital | $ 75.00 | $ 150.00 | $ 60.00 |
| Buford GA | Inventory | PL | 1.00 | 9607 | $ 100.00 | $ 100.00 | $ 40.00 |
| Buford GA | Inventory | Door Contact | 129.00 | 1078CW-M | $ 9.00 | $ 1,161.00 | $ 464.40 |
| Buford GA | Inventory | Tamper Switch | 42.00 | DMP-307-S | $ 12.00 | $ 504.00 | $ 201.60 |
| Buford GA | Inventory | Contact surface | 13.00 | 1085TW-N | $ 37.72 | $ 490.36 | $ 196.14 |
| Buford GA | Inventory | Fiber Fast Connect | 4.00 | AFL-FAST-ST-MM62.5-100 | $ 17.00 | $ 68.00 | $ 27.20 |
| Buford GA | Inventory | PL | 12.00 | MG64055-8000-1241-A | $ 25.00 | $ 300.00 | $ 120.00 |
| Buford GA | Inventory | Aux Pwr | 2.00 | DMP-861 | $ 20.00 | $ 40.00 | $ 16.00 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 5, Q. 22 - Other Inventory or Supplies**

| Location | Type | Description | QTY | Part # | Per Unit Cost | Total | Current Value |
|----------|------|-------------|-----|--------|---------------|-------|---------------|
| Buford GA | Inventory | Zone Expander | 1.00 | DMP-711 | $ 13.99 | $ 13.99 | $ 5.60 |
| Buford GA | Inventory | Remote Indicator | 2.00 | DMP-572 | $ 9.99 | $ 19.98 | $ 7.99 |
| Buford GA | Inventory | PL | 2.00 | DMP-25X1WGW | $ 50.00 | $ 100.00 | $ 40.00 |
| Buford GA | Inventory | Zone Expansion | 8.00 | DMP-715-18T | $ 22.48 | $ 179.84 | $ 71.94 |
| Buford GA | Inventory | Access Control Module | 3.00 | DMP-734 | $ 70.00 | $ 210.00 | $ 84.00 |
| Buford GA | Inventory | Viberation Sensor | 19.00 | INTERLOGIX DV1221A | $ 129.99 | $ 2,469.81 | $ 987.92 |
| Buford GA | Inventory | Interface Module | 14.00 | HONEYWELL 41935N | $ 25.00 | $ 350.00 | $ 140.00 |
| Buford GA | Inventory | Battery Harness | 40.00 | 318 | $ 11.00 | $ 440.00 | $ 176.00 |
| Buford GA | Inventory | Battery Harness EXT | 9.00 | 318EXT | $ 14.00 | $ 126.00 | $ 50.40 |
| Buford GA | Inventory | Terminal Distribution Block | 20.00 | MARATHON 1414300 | $ 34.75 | $ 695.00 | $ 278.00 |
| Buford GA | Inventory | Costar Video Systems | 1.00 | CHG2501 | $ 46.50 | $ 46.50 | $ 18.60 |
| Buford GA | Inventory | Surge Protector | 12.00 | CAMPVC24 | $ 71.00 | $ 852.00 | $ 340.80 |
| Buford GA | Inventory | Door Contact | 2.00 | HONEYWELL 947-75TBR | $ 13.00 | $ 26.00 | $ 10.40 |
| Buford GA | Inventory | Terminal Distribution Block | 2.00 | MPDB63163 | $ 76.17 | $ 152.34 | $ 60.94 |
| Buford GA | Inventory | PL | 2.00 | A55A AB104-5200 | $ 50.00 | $ 100.00 | $ 40.00 |
| Buford GA | Inventory | PL | 1.00 | ASSA AB104-HE5 9600 | $ 50.00 | $ 50.00 | $ 20.00 |
| Buford GA | Inventory | PL | 1.00 | 1826AM4191WA | $ 50.00 | $ 50.00 | $ 20.00 |
| Buford GA | Inventory | Encloser | 2.00 | D8103-4998800201 | $ 34.63 | $ 69.26 | $ 27.70 |
| Buford GA | Inventory | Screw in Contacts surface | 15.00 | INTERLOGIX-1138T-N | $ 19.59 | $ 293.85 | $ 117.54 |
| Buford GA | Inventory | Smoke Detector | 6.00 | KIDDE 21006373 | $ 75.94 | $ 455.64 | $ 182.26 |
| Buford GA | Inventory | Antenna | 2.00 | FIRETIDE AP20-050-MIM0-19 | $ 25.00 | $ 50.00 | $ 20.00 |
| Buford GA | Inventory | Camera Bracket | 1.00 | BOSCH VDA-LMT-DOME | $ 62.25 | $ 62.25 | $ 24.90 |
| Buford GA | Inventory | Push to Exit | 1.00 | SDC-MSB550V | $ 137.77 | $ 137.77 | $ 55.11 |
| Buford GA | Inventory | Communicator | 1.00 | HONEYWELL-IPGSM-4G | $ 99.99 | $ 99.99 | $ 40.00 |
| Buford GA | Inventory | Camera Mount | 1.00 | ARECONT VISION - MD-WMT2 | $ 14.00 | $ 14.00 | $ 5.60 |
| Buford GA | Inventory | PL | 1.00 | ME20-44000B-A | $ 50.00 | $ 50.00 | $ 20.00 |
| Buford GA | Inventory | FLEXIDOME OUTDOOR | 1.00 | NDE-5703-A-W | $ 699.00 | $ 699.00 | $ 279.60 |
| Buford GA | Inventory | FLEXIDOME IF STARLIGHT | 1.00 | NIN-73023-A3ASW | $ 1,094.95 | $ 1,094.95 | $ 437.98 |
| Buford GA | Inventory | FLEXIDOME MICRO | 4.00 | VDN-3503-F02-W | $ 218.00 | $ 872.00 | $ 348.80 |
| Buford GA | Inventory | FLEX-AN OUTDOOR 5K | 4.00 | VDN-5085-V3215 | $ 382.00 | $ 1,528.00 | $ 611.20 |
| Buford GA | Inventory | IP DOME 1080P INDOOR | 3.00 | NIN-50022-A3-W | $ 279.00 | $ 837.00 | $ 334.80 |
| Buford GA | Inventory | FIXED CAMERA | 21.00 | NBN-50022-C | $ 277.00 | $ 5,817.00 | $ 2,326.80 |
| Buford GA | Inventory | SMB FOR MIRO DOME | 18.00 | NDA-SMB-MICSMB | $ 41.00 | $ 738.00 | $ 295.20 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 5, Q. 22 - Other Inventory or Supplies**

| Location | Type | Description | QTY | Part # | Per Unit Cost | Total | Current Value |
|---|---|---|---|---|---|---|---|
| Buford GA | Inventory | FLEX ACCESSORY | 3.00 | VDA-455MB | $ 35.20 | $ 105.60 | $ 42.24 |
| Buford GA | Inventory | PENDANT WALL MOUNT | 23.00 | NDA-U-PSMB | $ 34.99 | $ 804.77 | $ 321.91 |
| Buford GA | Inventory | PENDANT WALL MOUNT | 13.00 | NDA-U-WMT | $ 34.18 | $ 444.34 | $ 177.74 |
| Buford GA | Inventory | PENDANT INTERFACE PLATE | 1.00 | NDA-5030-PIP | $ 20.95 | $ 20.95 | $ 8.38 |
| Buford GA | Inventory | PENDANT PIPE MOUNT | 2.00 | WDA-U-PMT | $ 34.00 | $ 68.00 | $ 27.20 |
| Buford GA | Inventory | FIXED DOME 3-10MM | 6.00 | NDI-4502-A-W | $ 475.00 | $ 2,850.00 | $ 1,140.00 |
| Buford GA | Inventory | FLEX DOME MICRO 5K | 20.00 | NUC-51022-F2-W | $ 345.27 | $ 6,905.40 | $ 2,762.16 |
| Buford GA | Inventory | TILE BRIDGE | 4.00 | LM1-TB | $ 30.00 | $ 120.00 | $ 48.00 |
| Buford GA | Inventory | CEILING LOUDSPEAKER | 6.00 | LC1-UM12E8 | $ 96.50 | $ 579.00 | $ 231.60 |
| Buford GA | Inventory | METAL FIRE DOME | 3.00 | LC1-MFD | $ 37.95 | $ 113.85 | $ 45.54 |
| Buford GA | Inventory | FLEX IP 5000I | 1.00 | WDI-5503-A-W | $ 699.95 | $ 699.95 | $ 279.98 |
| Buford GA | Inventory | DINION IP 5000 | 1.00 | NBE-5503-AL-W | $ 950.00 | $ 950.00 | $ 380.00 |
| Buford GA | Inventory | IP 7000MP | 42.00 | VDA-70112-SMB- | $ 38.90 | $ 1,633.80 | $ 653.52 |
| Buford GA | Inventory | CHANNEL PASSIVE HUB | 17.00 | H16 P-RJ45BNC2 | $ 99.00 | $ 1,683.00 | $ 673.20 |
| Buford GA | Inventory | SURVEILANCE CABINET | 6.00 | NDA-U-PAD | $ 38.90 | $ 233.40 | $ 93.36 |
| Buford GA | Inventory | POLE MOUNT ADAPTER | 1.00 | NDA-U-PMAL | $ 55.00 | $ 55.00 | $ 22.00 |
| Buford GA | Inventory | FIXED DOME | 1.00 | NIN-70122-FOA-W | $ 1,200.00 | $ 1,200.00 | $ 480.00 |
| Buford GA | Inventory | CLEAR IN CEILING | 2.00 | NDP-5502-230CW | $ 1,500.00 | $ 3,000.00 | $ 1,200.00 |
| Buford GA | Inventory | CORNER MOUNT | 6.00 | NDA-4-CMT | $ 149.00 | $ 894.00 | $ 357.60 |
| Buford GA | Inventory | DOME CAMERA | 1.00 | NIN-932-V03IPS-W | $ 773.16 | $ 773.16 | $ 309.26 |
| Buford GA | Inventory | RUGGED MOUNT | 8.00 | VDA-WMT-DOME | $ 62.35 | $ 498.80 | $ 199.52 |
| Buford GA | Inventory | MIE DOME | 7.00 | NDA-WMT-MIRDANE | $ 34.18 | $ 239.26 | $ 95.70 |
| Buford GA | Inventory | PANARAMIC 51VV | 2.00 | NDS-5704-F360-W | $ 651.00 | $ 1,302.00 | $ 520.80 |
| Buford GA | Inventory | CONDUIT BACK BOX | 8.00 | NDA-U-CBB | $ 22.87 | $ 182.96 | $ 73.18 |
| Buford GA | Inventory | PL | 1.00 | S1816E-SR-WM1-P146 | $ 2,750.00 | $ 2,750.00 | $ 1,100.00 |
| Buford GA | Inventory | POLE MOUNT ADAPTER | 4.00 | NDA-U-PMAL | $ 55.00 | $ 220.00 | $ 88.00 |
| Buford GA | Inventory | WALL MOUNT BRACKET | 1.00 | VEZA5-WMB | $ 128.00 | $ 128.00 | $ 51.20 |
| Buford GA | Inventory | UNIVERSAL CAMERA MOUNT | 6.00 | PMDT2-UC-D | $ 15.00 | $ 90.00 | $ 36.00 |
| Buford GA | Inventory | PNDT-B12 | 3.00 | PNDT-B12 | $ 25.00 | $ 75.00 | $ 30.00 |
| Buford GA | Inventory | CONDUIT BACK BOX | 1.00 | NDA-U-CBB | $ 22.87 | $ 22.87 | $ 9.15 |
| Buford GA | Inventory | PL | 3.00 | MG2HA-DV-C | $ 30.00 | $ 90.00 | $ 36.00 |
| Buford GA | Inventory | PL | 2.00 | WADTMGCA-DV | $ 10.00 | $ 20.00 | $ 8.00 |
| Buford GA | Inventory | VERI FOCAL LENS | 30.00 | LVF-5003C-P2713 | $ 112.00 | $ 3,360.00 | $ 1,344.00 |

COLIANT SOLUTIONS, INC.

CH. 11 CASE NO. 25-51509

SCHEDULE A/B, PART 5, Q. 22 - Other Inventory or Supplies

| Location | Type | Description | QTY | Part # | Per Unit Cost | Total | Current Value |
|---|---|---|---|---|---|---|---|
| Buford GA | Inventory | SHROUD AND BRACKET | 1.00 | CMB0016-BM5000 | $ 15.00 | $ 15.00 | $ 6.00 |
| Buford GA | Inventory | SHROUD AND BRACKET | 4.00 | CMB0016-B12 | $ 15.00 | $ 60.00 | $ 24.00 |
| Buford GA | Inventory | CAMERA ARM | 44.00 | BNB-SCA-1KIT | $ 79.95 | $ 3,517.80 | $ 1,407.12 |
| Buford GA | Inventory | SHROUD AND BRACKET | 43.00 | F01U316129 | $ 62.23 | $ 2,675.89 | $ 1,070.36 |
| Buford GA | Inventory | PL | 40.00 | ALTV244NICB | $ 157.00 | $ 6,280.00 | $ 2,512.00 |
| Buford GA | Inventory | PL | 1.00 | ALTV244UL | $ 78.10 | $ 78.10 | $ 31.24 |
| Buford GA | Inventory | Pwer Sply | 2.00 | SMP3EK1 | $ 128.17 | $ 256.34 | $ 102.54 |
| Buford GA | Inventory | POWER SUPPLY | 12.00 | RKIT-LVDPS24-2 | $ 89.99 | $ 1,079.88 | $ 431.95 |
| Buford GA | Inventory | PL | 5.00 | AL600ULACM | $ 310.85 | $ 1,554.25 | $ 621.70 |
| Buford GA | Inventory | PL | 1.00 | AL1002ULADA | $ 436.88 | $ 436.88 | $ 174.75 |
| Buford GA | Inventory | PL | 3.00 | ALTV246ULX | $ 288.00 | $ 864.00 | $ 345.60 |
| Buford GA | Inventory | PL | 1.00 | ALTV2416311UL | $ 189.95 | $ 189.95 | $ 75.98 |
| Buford GA | Inventory | PL | 1.00 | AL300U1X | $ 257.00 | $ 257.00 | $ 102.80 |
| Buford GA | Inventory | PL | 1.00 | R2416UL | $ 350.00 | $ 350.00 | $ 140.00 |
| Buford GA | Inventory | PL | 1.00 | R248UL | $ 305.00 | $ 305.00 | $ 122.00 |
| Buford GA | Inventory | Distribution Module | 1.00 | A16004LACMCB | $ 55.16 | $ 55.16 | $ 22.06 |
| Buford GA | Inventory | Distribution Module | 5.00 | A16004LACMCB | $ 55.16 | $ 275.80 | $ 110.32 |
| Buford GA | Inventory | PL | 1.00 | WAYPOINT10AU | $ 218.00 | $ 218.00 | $ 87.20 |
| Buford GA | Inventory | PL | 1.00 | A1T1224C | $ 153.00 | $ 153.00 | $ 61.20 |
| Buford GA | Inventory | PL | 1.00 | AL1012ULX | $ 250.56 | $ 250.56 | $ 100.22 |
| Buford GA | Inventory | PL | 1.00 | R248600 | $ 415.80 | $ 415.80 | $ 166.32 |
| Buford GA | Inventory | Tile Bridge | 4.00 | LM1-TB | $ 49.95 | $ 199.80 | $ 79.92 |
| Buford GA | Inventory | POWER SUPPLY | 1.00 | RKIT-LVDP5242 | $ 89.99 | $ 89.99 | $ 36.00 |
| Buford GA | Inventory | PL | 2.00 | RCKBP-B-AXFA54 | $ 469.99 | $ 939.98 | $ 375.99 |
| Buford GA | Inventory | PL | 2.00 | FA54 | $ 455.00 | $ 910.00 | $ 364.00 |
| Buford GA | Inventory | PL | 2.00 | KBP-DIGITAL | $ 75.00 | $ 150.00 | $ 60.00 |
| Buford GA | Inventory | PL | 14.00 | LC1-MFD | $ 45.00 | $ 630.00 | $ 252.00 |
| Buford GA | Inventory | Solar Charger | 3.00 | E1580 12-A | $ 45.99 | $ 137.97 | $ 55.19 |
| Buford GA | Inventory | PL | 1.00 | 22 AWG 4 | $ 50.00 | $ 50.00 | $ 20.00 |
| Buford GA | Inventory | PL | 1.00 | 16 AWG 2 | $ 50.00 | $ 50.00 | $ 20.00 |
| Buford GA | Inventory | PL | 3.00 | 3206 6C-22AW6 | $ 85.00 | $ 255.00 | $ 102.00 |
| Buford GA | Inventory | PL | 1.00 | 22 AWG 2C+22 AW63 | $ 75.00 | $ 75.00 | $ 30.00 |
| Buford GA | Inventory | PL | 1.00 | I5-06C-5004.5Ghz 6 Core CPU | $ 160.00 | $ 160.00 | $ 64.00 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 5, Q. 22 - Other Inventory or Supplies**

| Location | Type | Description | QTY | Part # | Per Unit Cost | Total | Current Value |
|---|---|---|---|---|---|---|---|
| Buford GA | Inventory | Zone Module | 8.00 | DMP-711 | $ 17.00 | $ 136.00 | $ 54.40 |
| Buford GA | Inventory | Zone Expansion Module | 14.00 | DMP-715-18T | $ 37.00 | $ 518.00 | $ 207.20 |
| Buford GA | Inventory | Door Contact | 1.00 | INTERLOGIX-1078CW-M | $ 7.70 | $ 7.70 | $ 3.08 |
| Buford GA | Inventory | Indicator Light | 7.00 | DMP-572 | $ 19.45 | $ 136.15 | $ 54.46 |
| Buford GA | Inventory | Tamper Switch | 1.00 | DMP-307 | $ 10.00 | $ 10.00 | $ 4.00 |
| Buford GA | Inventory | Hold up Button | 11.00 | DMP-1142-B | $ 20.00 | $ 220.00 | $ 88.00 |
| Buford GA | Inventory | LTE Communicator | 1.00 | DMP-263LTE-V/381-2 | $ 63.00 | $ 63.00 | $ 25.20 |
| Buford GA | Inventory | transmitttor | 1.00 | DMP-1101-W | $ 106.00 | $ 106.00 | $ 42.40 |
| Buford GA | Inventory | Door Maglock | 3.00 | ALARM CONTROLS - 1200D | $ 289.99 | $ 869.97 | $ 347.99 |
| Buford GA | Inventory | Alarm Controls | 1.00 | ALARM CONTROLS - 12005 | $ 157.00 | $ 157.00 | $ 62.80 |
| Buford GA | Inventory | MOTION DETECTOR | 1.00 | BOSCH D5720I | $ 191.91 | $ 191.91 | $ 76.76 |
| Buford GA | Inventory | 16Port PoE Switch | 1.00 | HIKVISION - DS 3E0318P- E/M | $ 248.12 | $ 248.12 | $ 99.25 |
| Buford GA | Inventory | 26port PoE Switch | 1.00 | HIKVISION - DS 3E0326P- E/M | $ 293.00 | $ 293.00 | $ 117.20 |
| Buford GA | Inventory | Camera | 2.00 | HIKVISION -2CDZ143GO-1 | $ 84.95 | $ 169.90 | $ 67.96 |
| Buford GA | Inventory | Low Profile Cover Enclosure | 2.00 | STI-2CDZ143GO-1 | $ 76.75 | $ 153.50 | $ 61.40 |
| Buford GA | Inventory | SYSTEM SENSOR | 2.00 | RTS2 | $ 93.00 | $ 186.00 | $ 74.40 |
| Buford GA | Inventory | 920NHRNER0001T | 1.00 | 920NHRNER0001T | $ 20.00 | $ 20.00 | $ 8.00 |
| Buford GA | Inventory | 11101970012-01A | 2.00 | 11101970012-01A | $ 20.00 | $ 40.00 | $ 16.00 |
| Buford GA | Inventory | Axis Midspan | 3.00 | 5900-334 | $ 154.99 | $ 464.97 | $ 185.99 |
| Buford GA | Inventory | Gateway Router | 1.00 | 7542800001 | $ 489.67 | $ 489.67 | $ 195.87 |
| Buford GA | Inventory | Octo Relay | 1.00 | D8129 | $ 46.68 | $ 46.68 | $ 18.67 |
| Buford GA | Inventory | Wireless Receiver | 3.00 | 1100XH-W | $ 49.99 | $ 149.97 | $ 59.99 |
| Buford GA | Inventory | Interface Module | 17.00 | HONEYWELL 4192SN | $ 25.00 | $ 425.00 | $ 170.00 |
| Buford GA | Inventory | Resistor 1K | 3.00 | BOSCH ICP 1K22AWG-10 | $ 14.35 | $ 43.05 | $ 17.22 |
| Buford GA | Inventory | Tamper Switch | 3.00 | DMP 3012 | $ 13.99 | $ 41.97 | $ 16.79 |
| Buford GA | Inventory | Magneic Contact | 2.00 | HONEYWELL 968XTP | $ 199.00 | $ 398.00 | $ 159.20 |
| Buford GA | Inventory | Trim Plate | 5.00 | BOSCH TP160 | $ 3.00 | $ 15.00 | $ 6.00 |
| Buford GA | Inventory | Keypad Mount | 1.00 | DMP 696-W | $ 7.99 | $ 7.99 | $ 3.20 |
| Buford GA | Inventory | Conduit/Fitting Supplies | 2.00 | DMP 695-W | $ 57.00 | $ 114.00 | $ 45.60 |
| Buford GA | Inventory | Access Control Board | 4.00 | DMP 734-BOA | $ 75.00 | $ 300.00 | $ 120.00 |
| Buford GA | Inventory | Access Control Board | 1.00 | DMP 734-CB | $ 75.00 | $ 75.00 | $ 30.00 |
| Buford GA | Inventory | Panel Lock and Key | 1.00 | DMP 301 | $ 12.99 | $ 12.99 | $ 5.20 |
| Buford GA | Inventory | Bosch Panel | 2.00 | BOSCH D7412GV4 | $ 235.00 | $ 470.00 | $ 188.00 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 5, Q. 22 - Other Inventory or Supplies**

| Location | Type | Description | QTY | Part # | Per Unit Cost | Total | Current Value |
|----------|------|-------------|-----|--------|---------------|-------|---------------|
| Buford GA | Inventory | Cell Dialer Alarm | 1.00 | DMP XR550DNC-G | $ 200.00 | $ 200.00 | $ 80.00 |
| Buford GA | Inventory | Proxy Reader | 1.00 | HID 5365EZP3C | $ 150.00 | $ 150.00 | $ 60.00 |
| Buford GA | Inventory | Siren | 2.00 | BOSCH-D116-2 | $ 14.00 | $ 28.00 | $ 11.20 |
| Buford GA | Inventory | cdma cell communicator | 2.00 | PMP-464-263C | $ 10.00 | $ 20.00 | $ 8.00 |
| Buford GA | Inventory | Recessed Pin Plunger | 40.00 | INTERLOGIX-3015 | $ 6.00 | $ 240.00 | $ 96.00 |
| Buford GA | Inventory | IP over Coax Transmission System | 1.00 | EL4500C | $ 860.91 | $ 860.91 | $ 344.36 |
| Buford GA | Inventory | Adams Deadlatch | 1.00 | ASSA 4900-351-101-628 | $ 67.25 | $ 67.25 | $ 26.90 |
| Buford GA | Inventory | Electric Strike | 2.00 | HES 500C-12/240-630 | $ 107.89 | $ 215.78 | $ 86.31 |
| Buford GA | Inventory | Media Convertor | 3.00 | 065-1110 | $ 129.00 | $ 387.00 | $ 154.80 |
| Buford GA | Inventory | Dome Camera | 1.00 | ARECONT VISION - AV2256PM | $ 622.84 | $ 622.84 | $ 249.14 |
| Buford GA | Inventory | PL | 4.00 | 4K RESISTERS | $ 4.55 | $ 18.20 | $ 7.28 |
| Buford GA | Inventory | SMOKE DETECTORS - OPEN BOXES | 2.00 | FIRE LITE W-5D355 | $ 235.00 | $ 470.00 | $ 188.00 |
| Buford GA | Inventory | HEAT DETECTORS - OPEN BOXES | 2.00 | FIRE LITE H355HT | $ 104.30 | $ 208.60 | $ 83.44 |
| Buford GA | Inventory | HEAT DETECTORS - OPEN BOXES | 2.00 | FIRE LITE H365IV | $ 275.00 | $ 550.00 | $ 220.00 |
| Buford GA | Inventory | HEAT DETECTORS - OPEN BOXES | 2.00 | FIRE LITE H365 | $ 65.00 | $ 130.00 | $ 52.00 |
| Buford GA | Inventory | 424FT | 1.00 | GENISUS WIRE 16/2 | $ 150.00 | $ 150.00 | $ 60.00 |
| Buford GA | Inventory | 1000FT | 1.00 | GENISUS WIRE 16/2 | $ 250.00 | $ 250.00 | $ 100.00 |
| Buford GA | Inventory | PL | 1.00 | HONEYWELL RELAY MODULE | $ 125.00 | $ 125.00 | $ 50.00 |
| Buford GA | Inventory | PL | 7.00 | SILENT KNIGHT SD500-ARM | $ 270.25 | $ 1,891.75 | $ 756.70 |
| Buford GA | Inventory | OPEN BOX - USED | 2.00 | BOSCH POPIT D9127T | $ 33.00 | $ 66.00 | $ 26.40 |
| Buford GA | Inventory | OPEN BOX | 1.00 | BOSCH POPIT D9127U | $ 25.00 | $ 25.00 | $ 10.00 |
| Buford GA | Inventory | DOOR SENSOR | 30.00 | NASCOM N1178CGSHK/ST036 | $ 7.48 | $ 224.40 | $ 89.76 |
| Buford GA | Inventory | DOOR CONTACT | 3.00 | NASCOM N505AUTMC/ST036 | $ 54.25 | $ 162.75 | $ 65.10 |
| Buford GA | Inventory | DOOR SENSOR | 1.00 | NASCOM N1178CGSHK/ST036W | $ 7.81 | $ 7.81 | $ 3.12 |
| Buford GA | Inventory | DOOR MAGNET | 6.00 | HONEYWELL 958 | $ 49.00 | $ 294.00 | $ 117.60 |
| Buford GA | Inventory | DOOR CONTACT | 1.00 | W BOX OE-DC4811 | $ 29.29 | $ 29.29 | $ 11.72 |
| Buford GA | Inventory | DOOR CONTACT | 1.00 | GRI 4700-A | $ 47.75 | $ 47.75 | $ 19.10 |
| Buford GA | Inventory | DOOR CONTACT | 1.00 | GE 2302 A-L | $ 39.89 | $ 39.89 | $ 15.96 |
| Buford GA | Inventory | DOOR CONTACT | 5.00 | SENTOL 2505-A | $ 48.00 | $ 240.00 | $ 96.00 |
| Buford GA | Inventory | DOOR CONTACT | 1.00 | ALEPH PS2023 | $ 20.99 | $ 20.99 | $ 8.40 |
| Buford GA | Inventory | DOOR CONTACT | 2.00 | SENTROL 2515-A | $ 43.00 | $ 86.00 | $ 34.40 |
| Buford GA | Inventory | DOOR CONTACT | 2.00 | SENTROL 2507-AD-L | $ 70.20 | $ 140.40 | $ 56.16 |
| Buford GA | Inventory | DOOR CONTACT | 8.00 | INTERLOGIC 2325-A | $ 38.04 | $ 304.32 | $ 121.73 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 5, Q. 22 - Other Inventory or Supplies**

| Location | Type | Description | QTY | Part # | Per Unit Cost | Total | Current Value |
|---|---|---|---|---|---|---|---|
| Buford GA | Inventory | DOOR CONTACT | 21.00 | INTERLOGIC 2202A-L | $ 58.89 | $ 1,236.69 | $ 494.68 |
| Buford GA | Inventory | DOOR CONTACT | 1.00 | NASCOM N505AS/ST | $ 23.00 | $ 23.00 | $ 9.20 |
| Buford GA | Inventory | DOOR CONTACT | 2.00 | INTERLOGIC 2707 A-L | $ 58.89 | $ 117.78 | $ 47.11 |
| Buford GA | Inventory | CEILING HORN/STROBE | 2.00 | SYSTEM SENSOR - PC2RLED | $ 65.50 | $ 131.00 | $ 52.40 |
| Buford GA | Inventory | CEILING HORN/STROBE | 15.00 | SYSTEM SENSOR - PC2RL | $ 59.00 | $ 885.00 | $ 354.00 |
| Buford GA | Inventory | ANNUCIATOR (NO BOX) | 1.00 | SILENT KNIGHT 5860R | $ 314.17 | $ 314.17 | $ 125.67 |
| Buford GA | Inventory | ANNUCIATOR (IN BOX) | 1.00 | SILENT KNIGHT 5860R | $ 314.17 | $ 314.17 | $ 125.67 |
| Buford GA | Inventory | RELAY | 5.00 | FIRE LITE MMF-300 | $ 85.00 | $ 425.00 | $ 170.00 |
| Buford GA | Inventory | CEILING STROBE | 7.00 | GENTEX GCS 24CR | $ 39.75 | $ 278.25 | $ 111.30 |
| Buford GA | Inventory | OPEN BOX | 1.00 | HONEYWELL/SK SD500-PS | $ 279.95 | $ 279.95 | $ 111.98 |
| Buford GA | Inventory | WALL STROBE | 2.00 | SYSTEM SENSOR SRL | $ 59.39 | $ 118.78 | $ 47.51 |
| Buford GA | Inventory | SMOKE DETECTORS (OPEN BOX) | 1.00 | GENTEX 900 1233 002 | $ 88.50 | $ 88.50 | $ 35.40 |
| Buford GA | Inventory | WALL SPEAKERS/STROBE | 1.00 | EATON ELSPSTR | $ 85.00 | $ 85.00 | $ 34.00 |
| Buford GA | Inventory | CEILING WALL/STROBE | 1.00 | EATON ELSTRC | $ 40.54 | $ 40.54 | $ 16.22 |
| Buford GA | Inventory | MOTION DETECTOR | 2.00 | BOSCH DS9360 | $ 97.25 | $ 194.50 | $ 77.80 |
| Buford GA | Inventory | 1000FT | 2.00 | 14/2 FA WIRE | $ 180.00 | $ 360.00 | $ 144.00 |
| Buford GA | Inventory | 1000FT | 1.00 | 18/3 BA WIRE | $ 170.00 | $ 170.00 | $ 68.00 |
| Buford GA | Inventory | HORN STROBE | 1.00 | GENTEX - GCC24CR | $ 50.25 | $ 50.25 | $ 20.10 |
| Buford GA | Inventory | 1000ft BOX | 7.00 | 12/2 CABLE | $ 250.00 | $ 1,750.00 | $ 700.00 |
| Buford GA | Inventory | PARTIAL BOX | 1.00 | 18/3 CABLE | $ 100.00 | $ 100.00 | $ 40.00 |
| Modesto CA | Inventory (Used) | CAMERAS | 36.00 | 5.0C-H5A-BO2-IR | $ 511.30 | $ 18,406.66 | $ 7,362.66 |
| Modesto CA | Inventory (Used) | CAMERAS | 34.00 | 320S-H5A-THC-BO24 | $ 1,957.44 | $ 66,552.96 | $ 26,621.18 |
| Modesto CA | Inventory (Used) | CAMERAS | 36.00 | 3.0C-H5SL-BO2IR | $ 319.46 | $ 11,500.70 | $ 4,600.28 |
| Modesto CA | Inventory (Used) | MOUNT | 47.00 | H4MT POLE | $ 40.02 | $ 1,880.94 | $ 752.38 |
| Modesto CA | Inventory (Used) | RADIOS | 38.00 | RADIOS | $ 59.40 | $ 2,257.20 | $ 902.88 |
| Modesto CA | Inventory (Used) | NANO BEAMS | 27.00 | NANO BEAMS | $ 59.40 | $ 1,603.80 | $ 641.52 |
| Modesto CA | Inventory (Used) | CAMERAS | 5.00 | 320S-H5A-THC-BO12 | $ 1,930.01 | $ 9,650.04 | $ 3,860.02 |
| Modesto CA | Inventory (Used) | CAMERAS | 4.00 | 5.0C-H5SL-BO2-IR | $ 376.88 | $ 1,507.54 | $ 603.01 |
| Winchester | Administrative Supplie | 3800 FT x 15.75"x 3/4" x 1500 LBS Breal | 1.00 | | $ 95.99 | $ 95.99 | $ 38.40 |
| Winchester | Administrative Supplie | 3M Insulation & Polystyrene 78 Spray Ac | 1.00 | | $ 26.38 | $ 26.38 | $ 10.55 |
| Winchester | Administrative Supplie | Bubble 1/2 48x250 Roll | 1.00 | | $ 75.20 | $ 75.20 | $ 30.08 |
| Winchester | Administrative Supplie | Cardboard Corr sheet 48x96 dw 48ect | 24.00 | | $ 7.25 | $ 174.00 | $ 69.60 |
| Winchester | Administrative Supplie | Cornerboard 3x3x8 1/4" Wrapped | 180.00 | | $ 0.36 | $ 64.80 | $ 25.92 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 5, Q. 22 - Other Inventory or Supplies**

| Location | Type | Description | QTY | Part # | Per Unit Cost | Total | Current Value |
|---|---|---|---|---|---|---|---|
| Winchester | Administrative Supplie | Packing Tape | 6.00 | | $ 12.99 | $ 77.94 | $ 31.18 |
| Winchester | Administrative Supplie | Plastic Bags 6x9 | 200.00 | | $ 0.10 | $ 20.00 | $ 8.00 |
| Winchester | Administrative Supplie | Stretch Wrap 15" | 1.00 | | $ 14.39 | $ 14.39 | $ 5.76 |
| Winchester | Administrative Supplie | Stretch Wrap 5" | 2.00 | | $ 10.00 | $ 20.00 | $ 8.00 |
| Winchester | Administrative Supplie | Tape AP301 2x100M Tape | 12.00 | | $ 7.75 | $ 93.00 | $ 37.20 |
| Winchester | Administrative Supplie | Tape Gun | 2.00 | | $ 9.40 | $ 18.80 | $ 7.52 |
| Springfield IL | Office Supplies | Whiteboard | 3.00 | | $ 20.00 | $ 60.00 | $ 24.00 |
| Winchester | Parts Components | WAGO DIN Rail Connector | 940.00 | | $ 2.21 | $ 2,077.40 | $ 830.96 |
| Winchester | Parts Components | Ethernet Plug - Black | 740.00 | | $ 0.23 | $ 170.20 | $ 68.08 |
| Winchester | Parts Components | WAGO Side Cover | 351.00 | | $ 1.11 | $ 389.61 | $ 155.84 |
| Winchester | Parts Components | Uxcell Temp Control Switch | 206.00 | | $ 1.00 | $ 206.00 | $ 82.40 |
| Winchester | Parts Components | WAGO 3A Fuse | 171.00 | | $ 0.08 | $ 13.68 | $ 5.47 |
| Winchester | Parts Components | Top Pole Grommet Backup | 165.00 | | $ 1.33 | $ 219.45 | $ 87.78 |
| Winchester | Parts Components | WAGO Inline Lever Nut | 156.00 | | $ 0.58 | $ 90.48 | $ 36.19 |
| Winchester | Parts Components | Teltonika Din Rail Kit | 119.00 | | $ 5.00 | $ 595.00 | $ 238.00 |
| Winchester | Parts Components | Teltonika 4G Antenna | 90.00 | | $ 18.66 | $ 1,679.40 | $ 671.76 |
| Winchester | Parts Components | WAGO 10AWG DIN Rail Connector | 90.00 | | $ 4.24 | $ 381.60 | $ 152.64 |
| Winchester | Parts Components | MeanWell Battery Charger | 85.00 | | $ 180.50 | $ 15,342.50 | $ 6,137.00 |
| Winchester | Parts Components | Teltonika RUT241 | 84.00 | | $ 130.00 | $ 10,920.00 | $ 4,368.00 |
| Winchester | Parts Components | Terminal Block 5A Fuse | 84.00 | | $ 0.08 | $ 6.72 | $ 2.69 |
| Winchester | Parts Components | WAGO 10AWG Side Cover | 82.00 | | $ 1.30 | $ 106.60 | $ 42.64 |
| Winchester | Parts Components | WAGO Two Way Red Jumper | 76.00 | | $ 0.80 | $ 60.80 | $ 24.32 |
| Winchester | Parts Components | WAGO Two Way Blue Jumper | 70.00 | | $ 0.83 | $ 58.10 | $ 23.24 |
| Winchester | Parts Components | LoRa Antenna Cable SMA - RPSMA Adap | 66.00 | | $ 1.60 | $ 105.60 | $ 42.24 |
| Winchester | Parts Components | Ground Ring Terminal | 59.00 | | $ 0.08 | $ 4.72 | $ 1.89 |
| Winchester | Parts Components | Wago Compact Lever Nut Small | 57.00 | | $ 0.32 | $ 18.24 | $ 7.30 |
| Winchester | Parts Components | WAGO Fused Side Cover | 54.00 | | $ 1.05 | $ 56.70 | $ 22.68 |
| Winchester | Parts Components | Avigilon PC Mod Plate | 52.00 | | $ 6.05 | $ 314.60 | $ 125.84 |
| Winchester | Parts Components | Double Inline Lever Nut | 52.00 | | $ 0.48 | $ 24.96 | $ 9.98 |
| Winchester | Parts Components | Teltonika RUTM50 | 50.00 | | $ 476.68 | $ 23,834.00 | $ 9,533.60 |
| Winchester | Parts Components | Communications Mod Top Plate | 45.00 | | $ 4.20 | $ 189.00 | $ 75.60 |
| Winchester | Parts Components | Pole Control Plate | 45.00 | | $ 6.05 | $ 272.25 | $ 108.90 |
| Winchester | Parts Components | Teltonika Large 5G | 42.00 | | $ 96.00 | $ 4,032.00 | $ 1,612.80 |

**COLIANT SOLUTIONS, INC.**

**CH. 11 CASE NO. 25-51509**

**SCHEDULE A/B, PART 5, Q. 22 - Other Inventory or Supplies**

| Location | Type | Description | QTY | Part # | Per Unit Cost | Total | Current Value |
|---|---|---|---|---|---|---|---|
| Winchester | Parts Components | Relay Mod Top Plate | 42.00 | | $ 4.20 | $ 176.40 | $ 70.56 |
| Winchester | Parts Components | Relay Mod Bottom Plate | 41.00 | | $ 4.20 | $ 172.20 | $ 68.88 |
| Winchester | Parts Components | Network Mod Plate | 40.00 | | $ 4.45 | $ 178.00 | $ 71.20 |
| Winchester | Parts Components | Compression Latch Lock | 40.00 | | $ 9.25 | $ 370.00 | $ 148.00 |
| Winchester | Parts Components | Power Distribution Plate | 38.00 | | $ 6.05 | $ 229.90 | $ 91.96 |
| Winchester | Parts Components | Mobile Antenna Adapter | 36.00 | | $ 1.50 | $ 54.00 | $ 21.60 |
| Winchester | Parts Components | WAGO 10AWG Three Way White Jumper | 36.00 | | $ 2.31 | $ 83.16 | $ 33.26 |
| Winchester | Parts Components | Communications Mod Bottom Plate | 33.00 | | $ 4.20 | $ 138.60 | $ 55.44 |
| Winchester | Parts Components | WAGO Fused Din Rail Connector | 33.00 | | $ 10.00 | $ 330.00 | $ 132.00 |
| Winchester | Parts Components | SpeedTech Strobe Light | 30.00 | | $ 34.00 | $ 1,020.00 | $ 408.00 |
| Winchester | Parts Components | 3/4" Cable Gland | 29.00 | | $ 4.12 | $ 119.48 | $ 47.79 |
| Winchester | Parts Components | 5-Pin Automotive Relay | 29.00 | | $ 5.20 | $ 150.80 | $ 60.32 |
| Winchester | Parts Components | Ethernet Plug - Red | 25.00 | | $ 0.75 | $ 18.75 | $ 7.50 |
| Winchester | Parts Components | 5 Core Speaker | 24.00 | | $ 23.99 | $ 575.76 | $ 230.30 |
| Winchester | Parts Components | 1/2" Cable Gland | 22.00 | | $ 3.25 | $ 71.50 | $ 28.60 |
| Winchester | Parts Components | Battery Charger Whip | 20.00 | | $ 3.89 | $ 77.80 | $ 31.12 |
| Winchester | Parts Components | Low Voltage Disconnect Module | 20.00 | | $ 25.00 | $ 500.00 | $ 200.00 |
| Winchester | Parts Components | PAM-1 Relay | 20.00 | | $ 19.12 | $ 382.40 | $ 152.96 |
| Winchester | Parts Components | Cooling Fan | 18.00 | | $ 11.99 | $ 215.82 | $ 86.33 |
| Winchester | Parts Components | Meyer Burger Solar Panel 385W | 17.00 | | $ 125.82 | $ 2,138.94 | $ 855.58 |
| Winchester | Parts Components | Cord Cover | 17.00 | | $ 4.44 | $ 75.48 | $ 30.19 |
| Winchester | Parts Components | Vertical Rack Rail | 17.00 | | $ 31.98 | $ 543.66 | $ 217.46 |
| Winchester | Parts Components | Solar Gland Housing w/ Whip | 15.00 | | $ 14.00 | $ 210.00 | $ 84.00 |
| Winchester | Parts Components | Terminal Block Fuse Module | 14.00 | | $ 30.00 | $ 420.00 | $ 168.00 |
| Winchester | Parts Components | 110 Indicator Light | 14.00 | | $ 2.00 | $ 28.00 | $ 11.20 |
| Winchester | Parts Components | AC Pigtail | 13.00 | | $ 5.82 | $ 75.66 | $ 30.26 |
| Winchester | Parts Components | CHTAIXI 120/240V Breaker | 11.00 | | $ 7.67 | $ 84.37 | $ 33.75 |
| Winchester | Parts Components | SSLHONG Mini USB Converter | 11.00 | | $ 13.99 | $ 153.89 | $ 61.56 |
| Winchester | Parts Components | DDR-15G-12 DC Converter | 11.00 | | $ 13.74 | $ 151.14 | $ 60.46 |
| Winchester | Parts Components | CHTAIXI 12/110V Breaker | 10.00 | | $ 9.47 | $ 94.70 | $ 37.88 |
| Winchester | Parts Components | Morningstar PC MeterBus Adapter | 8.00 | | $ 36.00 | $ 288.00 | $ 115.20 |
| Winchester | Parts Components | AC Gland UF Connector | 6.00 | | $ 2.86 | $ 17.16 | $ 6.86 |
| Winchester | Parts Components | Gaeyaele Delay Relay | 6.00 | | $ 25.36 | $ 152.16 | $ 60.86 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 5, Q. 22 - Other Inventory or Supplies**

| Location | Type | Description | QTY | Part # | Per Unit Cost | Total | Current Value |
|---|---|---|---|---|---|---|---|
| Winchester | Parts Components | Proxicast 5G Antenna | 5.00 | | $ 119.95 | $ 599.75 | $ 239.90 |
| Winchester | Parts Components | Morningstar MRC-1 | 3.00 | | $ 68.00 | $ 204.00 | $ 81.60 |
| Winchester | Parts Components | RDS Duracell Battery | 2.00 | | $ 210.00 | $ 420.00 | $ 168.00 |
| Winchester | Parts Components | Altronix RBSN Relay Module | 1.00 | | $ 14.98 | $ 14.98 | $ 5.99 |
| Winchester | Parts Components | Dragino Modbus RS485 to LoRaWAN Cc | 1.00 | | $ 44.94 | $ 44.94 | $ 17.98 |
| Winchester | Parts Components | LoRa 12 dbi Antenna | 1.00 | | $ 89.00 | $ 89.00 | $ 35.60 |
| Winchester | Parts Components | LoRa Antenna Pole Plate | 1.00 | | $ 22.12 | $ 22.12 | $ 8.85 |
| Winchester | Parts Components | Mouser 5G Antenna | 1.00 | | $ 53.00 | $ 53.00 | $ 21.20 |
| Winchester | Parts Components | Teltonika TSW200 | 1.00 | | $ 120.00 | $ 120.00 | $ 48.00 |
| Winchester | Platform | Enclosure Round Pole HBASE Bracket | 1.00 | | $ 140.62 | $ 140.62 | $ 56.25 |
| Winchester | Platform | Mobile Trailer - Solar | 1.00 | | $ 3,766.20 | $ 3,766.20 | $ 1,506.48 |
| Winchester | Platform | Pole Top Cap | 1.00 | | $ 22.12 | $ 22.12 | $ 8.85 |
| Winchester | Setup Warehouse | 2 Step Steel Stool | 1.00 | | $ 39.14 | $ 39.14 | $ 15.66 |
| Winchester | Setup Warehouse | 21 Gallon Tub | 1.00 | | $ 11.99 | $ 11.99 | $ 4.80 |
| Winchester | Setup Warehouse | Bin Boss 31-1/4"W x 14-1/2"H x 16-1/4" | 20.00 | | $ 16.98 | $ 339.60 | $ 135.84 |
| Winchester | Setup Warehouse | Carpeted Work Benches Custom Made | 3.00 | | $ 750.00 | $ 2,250.00 | $ 900.00 |
| Winchester | Setup Warehouse | Furniture Dolly | 14.00 | | $ 17.99 | $ 251.86 | $ 100.74 |
| Winchester | Setup Warehouse | HORUSDY Storage Bins Parts Rack 36Pc | 3.00 | | $ 59.00 | $ 177.00 | $ 70.80 |
| Winchester | Setup Warehouse | Hudson Exchange 7-1/2" x 4" x 3" Plastic | 24.00 | | $ 7.44 | $ 178.56 | $ 71.42 |
| Winchester | Setup Warehouse | Komelon® 12' Flat Adhesive Tape Measu | 2.00 | | $ 4.33 | $ 8.66 | $ 3.46 |
| Winchester | Setup Warehouse | Mighty Tuff Large Nesting Stack Storage | 15.00 | | $ 10.98 | $ 164.70 | $ 65.88 |
| Winchester | Setup Warehouse | Performax 9 bin stoarge | 5.00 | | $ 6.99 | $ 34.95 | $ 13.98 |
| Winchester | Setup Warehouse | Performax® 7" Black J-Shaped Two-Pron | 2.00 | | $ 8.99 | $ 17.98 | $ 7.19 |
| Winchester | Setup Warehouse | Performax® 84"W x 90"H x 24"D 5-Tier R | 6.00 | | $ 160.00 | $ 960.00 | $ 384.00 |
| Winchester | Setup Warehouse | Performax® 9" Black Multiuse Utility Hoc | 2.00 | | $ 8.99 | $ 17.98 | $ 7.19 |
| Winchester | Setup Warehouse | Pertformax 12 Bin | 5.00 | | $ 16.99 | $ 84.95 | $ 33.98 |
| Winchester | Setup Warehouse | Quantum Storage Systems® Blue 4-1/8" | 6.00 | | $ 2.22 | $ 13.32 | $ 5.33 |
| Winchester | Setup Warehouse | Quantum Storage Systems® Clear 5-1/2 | 12.00 | | $ 6.67 | $ 80.04 | $ 32.02 |
| Winchester | Setup Warehouse | Quantum Storage Systems® Green 6"W | 21.00 | | $ 3.99 | $ 83.79 | $ 33.52 |
| Winchester | Setup Warehouse | Quantum Storage Systems® Yellow 6-5/ | 106.00 | | $ 3.28 | $ 347.68 | $ 139.07 |
| Winchester | Setup Warehouse | Quartet® 11" x 17" Magnetic Dry Erase B | 2.00 | | $ 6.49 | $ 12.98 | $ 5.19 |
| Winchester | Setup Warehouse | Smart Electrician® 1800-Lumen Recharg | 4.00 | | $ 17.79 | $ 71.16 | $ 28.46 |
| Winchester | Setup Warehouse | Smart Electrician® 5500 Lumen 44" LED | 4.00 | | $ 16.01 | $ 64.04 | $ 25.62 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 5, Q. 22 - Other Inventory or Supplies**

| Location | Type | Description | QTY | Part # | Per Unit Cost | Total | Current Value |
|----------|------|-------------|-----|--------|---------------|-------|---------------|
| Winchester | Setup Warehouse | Smart Electrician® 6-Outlet Power Strip | 2.00 | | $ 22.22 | $ 44.44 | $ 17.78 |
| Winchester | Setup Warehouse | Tool Shop® 11-1/2" Magnetic Tool & Sma | 2.00 | | $ 8.00 | $ 16.00 | $ 6.40 |
| Winchester | Setup Warehouse | Tool Shop® 11-Compartment Small Part | 7.00 | | $ 7.49 | $ 52.43 | $ 20.97 |
| Winchester | Setup Warehouse | Tool Shop® 2-Compartment Small Parts | 4.00 | | $ 4.00 | $ 16.00 | $ 6.40 |
| Winchester | Setup Warehouse | Tool Shop® 25" Magnetic Small Parts Ra | 2.00 | | $ 8.89 | $ 17.78 | $ 7.11 |
| Winchester | Setup Warehouse | Tool Shop® 4-Compartment Small Parts | 4.00 | | $ 4.00 | $ 16.00 | $ 6.40 |
| Winchester | Setup Warehouse | Tool Shop® 6-Compartment Small Parts | 7.00 | | $ 6.22 | $ 43.54 | $ 17.42 |
| Winchester | Setup Warehouse | Tool Shop® 8-Compartment Small Parts | 10.00 | | $ 4.00 | $ 40.00 | $ 16.00 |
| Winchester | Setup Warehouse | Tool Shop® Magnetic Tool Holder Rail - 3 | 2.00 | | $ 13.34 | $ 26.68 | $ 10.67 |
| | | | | | $ 187,137.53 | $ 910,810.48 | $ 364,324.19 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 7, Q. 39-40 - OFFICE FURNITURE AND FIXTURES**

| Location | Type | Description | QTY | Per Unit Cost | Total Cost | Total Current Value |
|----------|------|-------------|-----|---------------|------------|---------------------|
| Modesto CA | Furniture and Fixtures | 2 DRAWER FILE CABINET | 1.00 | $ 50.00 | $ 50.00 | $ 20.00 |
| Bentonville AR | Furniture and Fixtures | Dividers wall | 2.00 | $ 25.00 | $ 50.00 | $ 20.00 |
| Springfield IL | Furniture and Fixtures | Office Desk | 8.00 | $ 150.00 | $ 1,200.00 | $ 480.00 |
| Springfield IL | Furniture and Fixtures | Office Chair | 8.00 | $ 20.00 | $ 160.00 | $ 64.00 |
| Springfield IL | Furniture and Fixtures | Folding Chair | 6.00 | $ 20.00 | $ 120.00 | $ 48.00 |
| Springfield IL | Furniture and Fixtures | File Cabinet | 1.00 | $ 25.00 | $ 25.00 | $ 10.00 |
| Springfield IL | Furniture and Fixtures | Conference Table | 1.00 | $ 150.00 | $ 150.00 | $ 60.00 |
| Springfield IL | Furniture and Fixtures | Conference Chairs | 8.00 | $ 50.00 | $ 400.00 | $ 160.00 |
| Springfield IL | Furniture and Fixtures | Breakroom Glass Table | 1.00 | $ 50.00 | $ 50.00 | $ 20.00 |
| Springfield IL | Furniture and Fixtures | Breakroom Chairs | 4.00 | $ 10.00 | $ 40.00 | $ 16.00 |
| Springfield IL | Furniture and Fixtures | Outdoor Table | 2.00 | $ 25.00 | $ 50.00 | $ 20.00 |
| Springfield IL | Furniture and Fixtures | Outdoor Chairs | 6.00 | $ 10.00 | $ 60.00 | $ 24.00 |
| Springfield IL | Furniture and Fixtures | Metal Storage Shelf | 1.00 | $ 50.00 | $ 50.00 | $ 20.00 |
| Springfield IL | Furniture and Fixtures | Filing Cabinets | 3.00 | $ 50.00 | $ 150.00 | $ 60.00 |
| Springfield IL | Furniture and Fixtures | Small Half Round Side Table | 2.00 | $ 5.00 | $ 10.00 | $ 4.00 |
| Springfield IL | Furniture and Fixtures | Lobby Chair | 1.00 | $ 25.00 | $ 25.00 | $ 10.00 |
| Springfield IL | Furniture and Fixtures | Small Side Table | 2.00 | $ 10.00 | $ 20.00 | $ 8.00 |
| Springfield IL | Furniture and Fixtures | Lounge Chair | 2.00 | $ 5.00 | $ 10.00 | $ 4.00 |
| Springfield IL | Furniture and Fixtures | Small Filing Cabinet | 1.00 | $ 25.00 | $ 25.00 | $ 10.00 |
| Springfield IL | Furniture and Fixtures | Desk Waste Bin | 5.00 | $ 5.00 | $ 25.00 | $ 10.00 |
| Modesto CA | Furniture and Fixtures | L SHAPE RECEPTION DESK | 1.00 | $ 275.00 | $ 275.00 | $ 110.00 |
| Modesto CA | Furniture and Fixtures | 4 SHELF BOOK SHELF | 1.00 | $ 25.00 | $ 25.00 | $ 10.00 |
| Modesto CA | Furniture and Fixtures | 8 CUBE ORGINZER | 1.00 | $ 40.00 | $ 40.00 | $ 16.00 |
| Modesto CA | Furniture and Fixtures | HPLASER JET 4301 PRINTER | 1.00 | $ 400.00 | $ 400.00 | $ 160.00 |
| Modesto CA | Furniture and Fixtures | EPSON WORKFORCE 7720 PRINTER | 1.00 | $ 350.00 | $ 350.00 | $ 140.00 |
| Modesto CA | Furniture and Fixtures | U SHAPED DESK | 1.00 | $ 50.00 | $ 50.00 | $ 20.00 |
| Modesto CA | Furniture and Fixtures | 4 CUPE ORGINZER | 1.00 | $ 20.00 | $ 20.00 | $ 8.00 |
| Modesto CA | Furniture and Fixtures | VEVOR WORK BENCH | 1.00 | $ 100.00 | $ 100.00 | $ 40.00 |
| Modesto CA | Furniture and Fixtures | CUBICAL WORK STATION | 3.00 | $ 200.00 | $ 600.00 | $ 240.00 |
| Modesto CA | Furniture and Fixtures | CONFRENCE TABLE | 1.00 | $ 215.00 | $ 215.00 | $ 86.00 |
| Modesto CA | Furniture and Fixtures | CONFRENCE CHAIRS | 14.00 | $ 40.00 | $ 560.00 | $ 224.00 |
| Modesto CA | Furniture and Fixtures | MICROWAVE | 1.00 | $ 25.00 | $ 25.00 | $ 10.00 |
| Modesto CA | Furniture and Fixtures | FRIDGE | 1.00 | $ 100.00 | $ 100.00 | $ 40.00 |
| Modesto CA | Furniture and Fixtures | WATER COOLER | 1.00 | $ 50.00 | $ 50.00 | $ 20.00 |
| Modesto CA | Furniture and Fixtures | 32 IN MONITORS | 3.00 | $ 40.00 | $ 120.00 | $ 48.00 |
| Modesto CA | Furniture and Fixtures | COMPUTER MONITORS | 12.00 | $ 25.00 | $ 300.00 | $ 120.00 |
| Modesto CA | Furniture and Fixtures | L SHAPED DESK | 1.00 | $ 65.00 | $ 65.00 | $ 26.00 |
| Modesto CA | Furniture and Fixtures | SMALL MEETING TABLE | 1.00 | $ 100.00 | $ 100.00 | $ 40.00 |
| Modesto CA | Furniture and Fixtures | HUSKY WORK BENCH | 1.00 | $ 200.00 | $ 200.00 | $ 80.00 |
| Bentonville AR | Furniture and Fixtures | Desk | 5.00 | $ 125.00 | $ 625.00 | $ 250.00 |
| Bentonville AR | Furniture and Fixtures | Desk Chairs | 6.00 | $ 50.00 | $ 300.00 | $ 120.00 |
| Bentonville AR | Furniture and Fixtures | Tables | 2.00 | $ 50.00 | $ 100.00 | $ 40.00 |
| Bentonville AR | Furniture and Fixtures | Office Chairs | 2.00 | $ 25.00 | $ 50.00 | $ 20.00 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 7, Q. 39-40 - OFFICE FURNITURE AND FIXTURES**

| Location | Type | Description | QTY | Per Unit Cost | Total Cost | Total Current Value |
|---|---|---|---|---|---|---|
| Winchester | Furniture and Fixtures | Legacy Scrap Units CSS | 14.00 | $ 100.00 | $ 1,400.00 | $ 560.00 |
| Buford GA | Furniture and Fixtures | Cubicles | 18.00 | $ 250.00 | $ 4,500.00 | $ 1,800.00 |
| Buford GA | Furniture and Fixtures | Conference Tables | 2.00 | $ 250.00 | $ 500.00 | $ 200.00 |
| Buford GA | Furniture and Fixtures | Office Tables | 4.00 | $ 50.00 | $ 200.00 | $ 80.00 |
| Buford GA | Furniture and Fixtures | Desk Chairs | 24.00 | $ 50.00 | $ 1,200.00 | $ 480.00 |
| Buford GA | Furniture and Fixtures | Folding Chairs | 36.00 | $ 15.00 | $ 540.00 | $ 216.00 |
| Buford GA | Furniture and Fixtures | Folding tables type 2 | 6.00 | $ 25.00 | $ 150.00 | $ 60.00 |
| Buford GA | Furniture and Fixtures | Fridge | 1.00 | $ 650.00 | $ 650.00 | $ 260.00 |
| Buford GA | Furniture and Fixtures | Coffee Maker | 1.00 | $ 25.00 | $ 25.00 | $ 10.00 |
| Buford GA | Furniture and Fixtures | Decor | 1.00 | $ 250.00 | $ 250.00 | $ 100.00 |
| Modesto CA | Furniture and Fixtures | 2 DRAWER FILE CABINET | 1.00 | $ 50.00 | $ 50.00 | $ 20.00 |
| Bentonville AR | Furniture and Fixtures | Dividers wall | 2.00 | $ 25.00 | $ 50.00 | $ 20.00 |
| Springfield IL | Furniture and Fixtures | Office Desk | 8.00 | $ 150.00 | $ 1,200.00 | $ 480.00 |
| Springfield IL | Furniture and Fixtures | Office Chair | 8.00 | $ 20.00 | $ 160.00 | $ 64.00 |
| Springfield IL | Furniture and Fixtures | Folding Chair | 6.00 | $ 20.00 | $ 120.00 | $ 48.00 |
| Springfield IL | Furniture and Fixtures | File Cabinet | 1.00 | $ 25.00 | $ 25.00 | $ 10.00 |
| Springfield IL | Furniture and Fixtures | Conference Table | 1.00 | $ 150.00 | $ 150.00 | $ 60.00 |
| Springfield IL | Furniture and Fixtures | Conference Chairs | 8.00 | $ 50.00 | $ 400.00 | $ 160.00 |
| Springfield IL | Furniture and Fixtures | Breakroom Glass Table | 1.00 | $ 50.00 | $ 50.00 | $ 20.00 |
| Springfield IL | Furniture and Fixtures | Breakroom Chairs | 4.00 | $ 10.00 | $ 40.00 | $ 16.00 |
| Springfield IL | Furniture and Fixtures | Outdoor Table | 2.00 | $ 25.00 | $ 50.00 | $ 20.00 |
| Springfield IL | Furniture and Fixtures | Outdoor Chairs | 6.00 | $ 10.00 | $ 60.00 | $ 24.00 |
| Springfield IL | Furniture and Fixtures | Metal Storage Shelf | 1.00 | $ 50.00 | $ 50.00 | $ 20.00 |
| Springfield IL | Furniture and Fixtures | Filing Cabinets | 3.00 | $ 50.00 | $ 150.00 | $ 60.00 |
| Springfield IL | Furniture and Fixtures | Small Half Round Side Table | 2.00 | $ 5.00 | $ 10.00 | $ 4.00 |
| Springfield IL | Furniture and Fixtures | Lobby Chair | 1.00 | $ 25.00 | $ 25.00 | $ 10.00 |
| Springfield IL | Furniture and Fixtures | Small Side Table | 2.00 | $ 10.00 | $ 20.00 | $ 8.00 |
| Springfield IL | Furniture and Fixtures | Lounge Chair | 2.00 | $ 5.00 | $ 10.00 | $ 4.00 |
| Springfield IL | Furniture and Fixtures | Small Filing Cabinet | 1.00 | $ 25.00 | $ 25.00 | $ 10.00 |
| Springfield IL | Furniture and Fixtures | Desk Waste Bin | 5.00 | $ 5.00 | $ 25.00 | $ 10.00 |
| Modesto CA | Furniture and Fixtures | L SHAPE RECEPTION DESK | 1.00 | $ 275.00 | $ 275.00 | $ 110.00 |
| Modesto CA | Furniture and Fixtures | 4 SHELF BOOK SHELF | 1.00 | $ 25.00 | $ 25.00 | $ 10.00 |
| Modesto CA | Furniture and Fixtures | 8 CUBE ORGINZER | 1.00 | $ 40.00 | $ 40.00 | $ 16.00 |
| Modesto CA | Furniture and Fixtures | HPLASER JET 4301 PRINTER | 1.00 | $ 400.00 | $ 400.00 | $ 160.00 |
| Modesto CA | Furniture and Fixtures | EPSON WORKFORCE 7720 PRINTER | 1.00 | $ 350.00 | $ 350.00 | $ 140.00 |
| Modesto CA | Furniture and Fixtures | U SHAPED DESK | 1.00 | $ 50.00 | $ 50.00 | $ 20.00 |
| Springfield IL | Storage | Rolling Storage Rack | 1.00 | $ 25.00 | $ 25.00 | $ 10.00 |
| Springfield IL | Storage | Rolling Garment Rack | 1.00 | $ 25.00 | $ 25.00 | $ 10.00 |
| Springfield IL | Storage | Color Coded Drawer Organizer | 5.00 | $ 5.00 | $ 25.00 | $ 10.00 |
| Springfield IL | Kitchen | Microwave | 1.00 | $ 25.00 | $ 25.00 | $ 10.00 |
| Springfield IL | Kitchen | Coffee Maker | 1.00 | $ 25.00 | $ 25.00 | $ 10.00 |
| Springfield IL | Miscellaneous | Wall-mounted TV | 2.00 | $ 150.00 | $ 300.00 | $ 120.00 |
| Springfield IL | Miscellaneous | Refrigerator | 1.00 | $ 250.00 | $ 250.00 | $ 100.00 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 7, Q. 39-40 - OFFICE FURNITURE AND FIXTURES**

| Location | Type | Description | QTY | Per Unit Cost | Total Cost | Total Current Value |
|---|---|---|---|---|---|---|
| Springfield IL | Miscellaneous | Storage Lockers | 3.00 | $ 25.00 | $ 75.00 | $ 30.00 |
| Springfield IL | Miscellaneous | Small Metal Shelving Unit | 2.00 | $ 20.00 | $ 40.00 | $ 16.00 |
| Springfield IL | Miscellaneous | Small Waste Bin | 3.00 | $ 5.00 | $ 15.00 | $ 6.00 |
| Springfield IL | Miscellaneous | Portable Heater | 4.00 | $ 10.00 | $ 40.00 | $ 16.00 |
| Springfield IL | Miscellaneous | Potted Office Plant | 1.00 | $ 5.00 | $ 5.00 | $ 2.00 |
| Springfield IL | Miscellaneous | Office Cubicles | 3.00 | $ 50.00 | $ 150.00 | $ 60.00 |
| Springfield IL | Miscellaneous | Large Decorative Wall Clock | 1.00 | $ 20.00 | $ 20.00 | $ 8.00 |
| Springfield IL | Miscellaneous | Leather Office Sofas | 2.00 | $ 50.00 | $ 100.00 | $ 40.00 |
| | | | | $ 7,585.00 | $ 21,685.00 | $ 8,674.00 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 7, Q. 41 - OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATIONS SYSTEMS EQUIPMENT AND SOFTWARE**

| Location | Type | Description | QTY | Part # | Model # | Serial # | Original Cost Per Unit | Per Unit Cost | Approximate Current Value |
|---|---|---|---|---|---|---|---|---|---|
| Springfield IL | IT | 24" monitors | 30.00 | | | | 125 | $  62.50 | $  750.00 |
| Springfield IL | IT | 27" monitors | 8.00 | | | | 350 | $  175.00 | $  560.00 |
| Springfield IL | IT | 32" monitors | 2.00 | | | | 300 | $  150.00 | $  120.00 |
| Springfield IL | IT | 355TH (Laminator) | 1.00 | | | | | $  7,000.00 | $  2,800.00 |
| Buford GA | IT | APC UPS (UPS) | 1.00 | | | | | $  1,000.00 | $  400.00 |
| Springfield IL | IT | APC UPS (UPS) | 1.00 | | | | | $  1,000.00 | $  400.00 |
| Springfield IL | IT | Avaya Phones | 39.00 | | | | 125 | $  62.50 | $  975.00 |
| Bentonville AR | IT | Bentonville | 1.00 | | FortiGate 60F | | | $  689.00 | $  275.60 |
| Bentonville AR | IT | Bentonville Wifi | 1.00 | | FortiAP 221C | | | $  240.00 | $  96.00 |
| Springfield IL | IT | Bildilli, Chris - iPad Pro 11" | 1.00 | | | | | $  900.00 | $  360.00 |
| Buford GA | IT | Buford Firewall | 1.00 | | FortiGate 80E | | | $  485.00 | $  194.00 |
| Buford GA | IT | Buford Wifi 1 | 1.00 | | FortiAP 221B | | | $  250.00 | $  100.00 |
| Buford GA | IT | Chasity's iPad | 1.00 | | | | | $  250.00 | $  100.00 |
| Buford GA | IT | CLSGA051519.CoLiant.lan | 1.00 | | | | | $  250.00 | $  100.00 |
| Springfield IL | IT | FP231 for Springfield | 1.00 | | FortiAP 231F | | | $  1,241.00 | $  496.40 |
| Buford GA | IT | FP231F Buford | 1.00 | | FortiAP 231F | | | $  1,241.00 | $  496.40 |
| Buford GA | IT | HP Elite x360 1040 14 inch G10 2-in-1 Not | 1.00 | | | 5CG3411Z4Q | | $  2,000.00 | $  800.00 |
| Buford GA | IT | HP Elite x360 1040 14 inch G10 2-in-1 Not | 1.00 | | | 5CG3411XYD | | $  1,800.00 | $  720.00 |
| Buford GA | IT | HP EliteBook 840 14 inch G10 Notebook F | 1.00 | | | C2L32800JW | | $  2,000.00 | $  800.00 |
| Buford GA | IT | HP EliteBook 840 G4 | 1.00 | | | 5CG7524PP8 | | $  2,000.00 | $  800.00 |
| Buford GA | IT | HP EliteBook 840 G4 | 1.00 | | | 5CG7383XK0 | | $  1,500.00 | $  600.00 |
| Buford GA | IT | HP EliteBook 840 G4 | 1.00 | | | 5CG7292T7F | | $  1,500.00 | $  600.00 |
| Buford GA | IT | HP EliteBook 850 G3 | 1.00 | | | 5CG64401SC | | $  1,500.00 | $  600.00 |
| Buford GA | IT | HP EliteBook 850 G5 | 1.00 | | | 5CG9111Z24 | | $  1,100.00 | $  440.00 |
| Buford GA | IT | HP EliteBook 850 G5 | 1.00 | | | 5CG8152DMJ | | $  1,100.00 | $  440.00 |
| Buford GA | IT | HP EliteBook 850 G5 | 1.00 | | | 5CG91518HH | | $  2,000.00 | $  800.00 |
| Springfield IL | IT | HP EliteBook 850 G5 | 1.00 | | | 5CG8152DMJ | | $  1,500.00 | $  600.00 |
| Modesto CA | IT | HP EliteBook 850 G6 | 1.00 | | | 5CG93523QF | | $  2,000.00 | $  800.00 |
| Bentonville AR | IT | HP EliteBook 850 G8 Notebook PC | 1.00 | | | 5CG133BJC6 | | $  2,000.00 | $  800.00 |
| Buford GA | IT | HP EliteBook 850 G8 Notebook PC | 1.00 | | | 5CG2080YZL | | $  2,200.00 | $  880.00 |
| Buford GA | IT | HP EliteBook 850 G8 Notebook PC | 1.00 | | | 5CG2080Z08 | | $  2,000.00 | $  800.00 |
| Buford GA | IT | HP EliteBook 850 G8 Notebook PC | 1.00 | | | 5CG133BJWY | | $  2,000.00 | $  800.00 |
| Buford GA | IT | HP EliteBook 850 G8 Notebook PC | 1.00 | | | 5CG13014F0 | | $  1,800.00 | $  720.00 |
| Buford GA | IT | HP EliteBook 850 G8 Notebook PC | 1.00 | | | 5CG1310FYC | | $  1,500.00 | $  600.00 |
| Buford GA | IT | HP EliteBook 850 G8 Notebook PC | 1.00 | | | 5CG13014GQ | | $  1,200.00 | $  480.00 |
| Offsite USA | IT | HP EliteBook 850 G8 Notebook PC | 1.00 | | | 5CG1310FYT | | $  2,000.00 | $  800.00 |
| Bentonville AR | IT | HP EliteBook 860 16 inch G10 Notebook F | 1.00 | | | 5CG4104G9B | | $  2,200.00 | $  880.00 |
| Bentonville AR | IT | HP EliteBook 860 16 inch G10 Notebook F | 1.00 | | | 5CG4104GDD | | $  2,200.00 | $  880.00 |
| Buford GA | IT | HP EliteBook 860 16 inch G10 Notebook F | 1.00 | | | 5CG3382XCH | | $  2,200.00 | $  880.00 |
| Buford GA | IT | HP EliteBook 860 16 inch G10 Notebook F | 1.00 | | | 5CG3290QBH | | $  1,100.00 | $  440.00 |
| Buford GA | IT | HP EliteBook 860 16 inch G10 Notebook F | 1.00 | | | 5CG4104GCR | | $  2,200.00 | $  880.00 |
| Buford GA | IT | HP EliteBook 860 16 inch G11 Notebook F | 1.00 | | | 5CG4161JWF | | $  2,200.00 | $  880.00 |
| Buford GA | IT | HP EliteBook 860 16 inch G11 Notebook F | 1.00 | | | 5CG4161JWD | | $  2,200.00 | $  880.00 |
| Springfield IL | IT | HP EliteBook 860 16 inch G11 Notebook F | 1.00 | | | 5CG4161JT4 | | $  2,200.00 | $  880.00 |
| Bentonville AR | IT | HP EliteBook 860 16 inch G9 Notebook PC | 1.00 | | | 5CG31025HD | | $  2,200.00 | $  880.00 |
| Buford GA | IT | HP EliteBook 860 16 inch G9 Notebook PC | 1.00 | | | 5CG3030VR5 | | $  2,200.00 | $  880.00 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 7, Q. 41 - OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATIONS SYSTEMS EQUIPMENT AND SOFTWARE**

| Location | Type | Description | QTY | Part # | Model # | Serial # | Original Cost Per Unit | Per Unit Cost | Approximate Current Value |
|---|---|---|---|---|---|---|---|---|---|
| Buford GA | IT | HP EliteBook 860 16 inch G9 Notebook PC | 1.00 | | | 5CG310277F | | $ 2,200.00 | $ 880.00 |
| Springfield IL | IT | HP EliteDesk 705 G4 SFF | 1.00 | | | MXL9152N2H | | $ 1,000.00 | $ 400.00 |
| Springfield IL | IT | HP Pagewide M477 (Printer) | 1.00 | | | | | $ 1,400.00 | $ 560.00 |
| Springfield IL | IT | HP Pagewide M477 (Printer) | 1.00 | | | | | $ 1,400.00 | $ 560.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G10 Notebook | 1.00 | | | 5CD40389Q6 | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G10 Notebook | 1.00 | | | 5CD40389QJ | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G10 Notebook | 1.00 | | | 5CD3257S5Z | | $ 2,000.00 | $ 800.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G10 Notebook | 1.00 | | | 5CD3257SCS | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G10 Notebook | 1.00 | | | 5CD3257SBK | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G10 Notebook | 1.00 | | | 5CD3257SCG | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G10 Notebook | 1.00 | | | 5CD3257SB3 | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G10 Notebook | 1.00 | | | 5CD4101L6V | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G10 Notebook | 1.00 | | | 5CD4101JX7 | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G10 Notebook | 1.00 | | | 5CD4101L6W | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G10 Notebook | 1.00 | | | 5CD3461SCV | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G10 Notebook | 1.00 | | | 5CD3461SF8 | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G10 Notebook | 1.00 | | | 5CD3461SDT | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G10 Notebook | 1.00 | | | 5CD328C7W3 | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G10 Notebook | 1.00 | | | 5CD40389R6 | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G10 Notebook | 1.00 | | | 5CD40389PT | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G10 Notebook | 1.00 | | | 5CD3257RTG | | $ 1,000.00 | $ 400.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G10 Notebook | 1.00 | | | 5CD3257S9F | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G10 Notebook | 1.00 | | | 5CD40389QC | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G10 Notebook | 1.00 | | | 5CD40389K3 | | $ 1,100.00 | $ 440.00 |
| Bentonville AR | IT | HP ProBook 450 15.6 inch G9 Notebook P | 1.00 | | | 5CD2273N10 | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G9 Notebook P | 1.00 | | | 5CD2527S8W | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G9 Notebook P | 1.00 | | | 5CD2505SMW | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G9 Notebook P | 1.00 | | | 5CD301DGSC | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G9 Notebook P | 1.00 | | | 5CD238F1RG | | $ 2,000.00 | $ 800.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G9 Notebook P | 1.00 | | | 5CD301DGKY | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G9 Notebook P | 1.00 | | | 5CD24228LH | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G9 Notebook P | 1.00 | | | 5CD24228LH | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G9 Notebook P | 1.00 | | | 5CD228CSKH | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G9 Notebook P | 1.00 | | | 5CD2391Y07 | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G9 Notebook P | 1.00 | | | 5CD2391Y1D | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G9 Notebook P | 1.00 | | | 5CD238F38M | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G9 Notebook P | 1.00 | | | 5CD238F4MT | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G9 Notebook P | 1.00 | | | 5CD238F4CY | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G9 Notebook P | 1.00 | | | 5CD228CV9X | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 15.6 inch G9 Notebook P | 1.00 | | | 5CD250B9T7 | | $ 1,100.00 | $ 440.00 |
| Modesto CA | IT | HP ProBook 450 15.6 inch G9 Notebook P | 1.00 | | | 5CD2505SS2 | | $ 1,000.00 | $ 400.00 |
| Modesto CA | IT | HP ProBook 450 15.6 inch G9 Notebook P | 1.00 | | | 5CD2527S6F | | $ 1,100.00 | $ 440.00 |
| Offsite USA | IT | HP ProBook 450 15.6 inch G9 Notebook P | 1.00 | | | 5CD2273NGL | | $ 1,100.00 | $ 440.00 |
| Springfield IL | IT | HP ProBook 450 15.6 inch G9 Notebook P | 1.00 | | | 5CD250BBB5 | | $ 1,000.00 | $ 400.00 |
| Buford GA | IT | HP ProBook 450 G8 Notebook PC | 1.00 | | | 5CD107QP21 | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 G8 Notebook PC | 1.00 | | | 5CD107QNYF | | $ 1,100.00 | $ 440.00 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 7, Q. 41 - OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATIONS SYSTEMS EQUIPMENT AND SOFTWARE**

| Location | Type | Description | QTY | Part # | Model # | Serial # | Original Cost Per Unit | Per Unit Cost | Approximate Current Value |
|---|---|---|---|---|---|---|---|---|---|
| Buford GA | IT | HP ProBook 450 G8 Notebook PC | 1.00 | | | 5CD215CCPT | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 G8 Notebook PC | 1.00 | | | 5CD107QP37 | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 G8 Notebook PC | 1.00 | | | 5CD215CCVR | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 450 G8 Notebook PC | 1.00 | | | 5CD13142ZY | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 460 16 inch G11 Notebook P( | 1.00 | | | 5CD4251LSR | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 460 16 inch G11 Notebook P( | 1.00 | | | 5CD4251LRN | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 460 16 inch G11 Notebook P( | 1.00 | | | 1H84290JJQ | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 460 16 inch G11 Notebook P( | 1.00 | | | 1H84290JJL | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 640 G5 | 1.00 | | | 5CG9360TJ2 | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ProBook 650 G2 | 1.00 | | | 5CG62943Q5 | | $ 800.00 | $ 320.00 |
| Buford GA | IT | HP ProBook 650 G2 | 1.00 | | | 5CG6450G49 | | $ 1,000.00 | $ 400.00 |
| Buford GA | IT | HP ProBook 650 G4 | 1.00 | | | 5CG83929VH | | $ 1,100.00 | $ 440.00 |
| Springfield IL | IT | HP ProDesk 400 G2 MINI | 1.00 | | | 2UA6070CQW | | $ 900.00 | $ 360.00 |
| Buford GA | IT | HP ProDesk 600 G6 Desktop Mini PC | 1.00 | | | MXL24338HG | | $ 800.00 | $ 320.00 |
| Offsite USA | IT | HP ProDesk 600 G6 Desktop Mini PC | 1.00 | | | MXL2083VFM | | $ 1,000.00 | $ 400.00 |
| Buford GA | IT | HP ProDesk 600 G6 Small Form Factor PC | 1.00 | | | MXL111257H | | $ 2,000.00 | $ 800.00 |
| Springfield IL | IT | HP ProDesk 600 G6 Small Form Factor PC | 1.00 | | | MXL12233KK | | $ 1,000.00 | $ 400.00 |
| Springfield IL | IT | HP Z2 Mini G3 Workstation | 1.00 | | | 2UA72938SD | | $ 1,500.00 | $ 600.00 |
| Buford GA | IT | HP Z2 SFF G5 Workstation | 1.00 | | | MXL215551S | | $ 2,000.00 | $ 800.00 |
| Buford GA | IT | HP Z2 SFF G5 Workstation | 1.00 | | | MXL1171ZZ4 | | $ 2,000.00 | $ 800.00 |
| Buford GA | IT | HP Z2 SFF G5 Workstation | 1.00 | | | MXL2385R98 | | $ 2,000.00 | $ 800.00 |
| Springfield IL | IT | HP Z2 SFF G5 Workstation | 1.00 | | | MXL21556ZZ | | $ 2,000.00 | $ 800.00 |
| Springfield IL | IT | HP Z2 SFF G5 Workstation | 1.00 | | | MXL21556BH | | $ 2,000.00 | $ 800.00 |
| Springfield IL | IT | HP Z2 SFF G5 Workstation | 1.00 | | | MXL2232YJ5 | | $ 2,000.00 | $ 800.00 |
| Springfield IL | IT | HP Z2 SFF G5 Workstation | 1.00 | | | MXL1172CVX | | $ 2,000.00 | $ 800.00 |
| Buford GA | IT | HP Z8 G5 Workstation Desktop PC | 1.00 | | | MXL3454Q9S | | $ 7,000.00 | $ 2,800.00 |
| Buford GA | IT | HP Z8 G5 Workstation Desktop PC | 1.00 | | | MXL3311VS5 | | $ 7,000.00 | $ 2,800.00 |
| Springfield IL | IT | HP Z8 G5 Workstation Desktop PC | 1.00 | | | MXL3332L8Z | | $ 7,000.00 | $ 2,800.00 |
| Springfield IL | IT | HP ZBook 15u G4 | 1.00 | | | 5CG73864BPJ | | $ 2,200.00 | $ 880.00 |
| Buford GA | IT | HP ZBook Firefly 14 inch G8 Mobile Works | 1.00 | | | 5CG1092Y7D | | $ 2,000.00 | $ 800.00 |
| Buford GA | IT | HP ZBook Firefly 14 inch G8 Mobile Works | 1.00 | | | 5CG11139SL | | $ 2,200.00 | $ 880.00 |
| Buford GA | IT | HP ZBook Firefly 15 inch G8 Mobile Works | 1.00 | | | 5CG2026N88 | | $ 1,800.00 | $ 720.00 |
| Bentonville AR | IT | HP ZBook Firefly 15.6 inch G8 Mobile Wor | 1.00 | | | 5CG2215NVG | | $ 2,200.00 | $ 880.00 |
| Buford GA | IT | HP ZBook Firefly 15.6 inch G8 Mobile Wor | 1.00 | | | 5CG2215QZK | | $ 2,000.00 | $ 800.00 |
| Buford GA | IT | HP ZBook Firefly 15.6 inch G8 Mobile Wor | 1.00 | | | 5CG2215QJ6 | | $ 1,100.00 | $ 440.00 |
| Buford GA | IT | HP ZBook Firefly 15.6 inch G8 Mobile Wor | 1.00 | | | 5CG2077V0S | | $ 2,000.00 | $ 800.00 |
| Buford GA | IT | HP ZBook Firefly 15.6 inch G8 Mobile Wor | 1.00 | | | 5CG2166VFH | | $ 2,200.00 | $ 880.00 |
| Buford GA | IT | HP ZBook Firefly 15.6 inch G8 Mobile Wor | 1.00 | | | 5CG2072LRM | | $ 2,000.00 | $ 800.00 |
| Buford GA | IT | HP ZBook Firefly 15.6 inch G8 Mobile Wor | 1.00 | | | 5CG2077V1Q | | $ 1,800.00 | $ 720.00 |
| Buford GA | IT | HP ZBook Firefly 15.6 inch G8 Mobile Wor | 1.00 | | | 5CG2102B7R | | $ 2,200.00 | $ 880.00 |
| Buford GA | IT | HP ZBook Firefly 15.6 inch G8 Mobile Wor | 1.00 | | | 5CG21431HK | | $ 2,000.00 | $ 800.00 |
| Offsite USA | IT | HP ZBook Firefly 15.6 inch G8 Mobile Wor | 1.00 | | | 5CG2081V8F | | $ 1,900.00 | $ 760.00 |
| Springfield IL | IT | HP ZBook Firefly 15.6 inch G8 Mobile Wor | 1.00 | | | 5CG2072M48 | | $ 2,000.00 | $ 800.00 |
| Buford GA | IT | HP ZBook Firefly 16 inch G9 Mobile Works | 1.00 | | | 5CG3012RSV | | $ 2,200.00 | $ 880.00 |
| Springfield IL | IT | HP ZBook Firefly 16 inch G9 Mobile Works | 1.00 | | | 5CG3012WR5 | | $ 2,200.00 | $ 880.00 |
| Field | IT | iPad (10th generation) | 1.00 | MQ6T3LL/A | | C6DKWHQYMW | | $ 650.00 | $ 260.00 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 7, Q. 41 - OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATIONS SYSTEMS EQUIPMENT AND SOFTWARE**

| Location | Type | Description | QTY | Part # | Model # | Serial # | Original Cost Per Unit | Per Unit Cost | Approximate Current Value |
|----------|------|-------------|-----|--------|---------|----------|------------------------|---------------|---------------------------|
| Field | IT | iPad (10th generation) | 1.00 | MQ6T3LL/A | | K49MTXD35J | | $ 650.00 | $ 260.00 |
| Field | IT | iPad (10th generation) | 1.00 | MQ6T3LL/A | | L2XDGHRV2R | | $ 650.00 | $ 260.00 |
| Field | IT | iPad (10th generation) | 1.00 | MQ6J3LL/A | | H2NTDR791L | | $ 550.00 | $ 220.00 |
| Field | IT | iPad (10th generation) | 1.00 | MQ6J3LL/A | | K24WWK0MRQ | | $ 550.00 | $ 220.00 |
| Field | IT | iPad (10th generation) | 1.00 | MQ6J3LL/A | | CQ5YCDPWR1 | | $ 550.00 | $ 220.00 |
| Field | IT | iPad (10th generation) | 1.00 | MQ6J3LL/A | | CYJ43RX96H | | $ 550.00 | $ 220.00 |
| Field | IT | iPad (10th generation) | 1.00 | MQ6J3LL/A | | RXWW745C9H | | $ 550.00 | $ 220.00 |
| Field | IT | iPad (10th generation) | 1.00 | MQ6J3LL/A | | VHMVGMG79R | | $ 550.00 | $ 220.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK693LL/A | | CKH26DN67W | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK693LL/A | | GW5X63G75D | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK6A3LL/A | | GXJTVPM4PY | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK693LL/A | | J34P644PXG | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK693LL/A | | QVT97077KP | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK693LL/A | | R45W00F7H4 | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK693LL/A | | RMWV43C6RF | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK6A3LL/A | | RY170XMDFX | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK6A3LL/A | | V6N97XVP4J | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK693LL/A | | X030VQV2VF | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK693LL/A | | X6LGYKN795 | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK693LL/A | | C193DWM4QP | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK693LL/A | | CWHDW70209 | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK693LL/A | | GH062JYHCV | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK693LL/A | | GJPL7WKGFG | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK693LL/A | | GP3CY0DP7T | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK693LL/A | | GXKQL94CF7 | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK693LL/A | | HGXDQY69FL | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK693LL/A | | J7D9TLCL2X | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK6A3LL/A | | KYX9F69X5H | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK693LL/A | | MC9XLR7G12 | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK693LL/A | | P9MVN900MN | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK693LL/A | | R23W21YDHF | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK693LL/A | | RHVHWX0FFX | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK6A3LL/A | | TX6WDXC4PR | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK6A3LL/A | | WM7R123JFW | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK6A3LL/A | | X5CWVWQ219 | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK693LL/A | | Y3PXC73LHC | | $ 600.00 | $ 240.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK663LL/A | | C45JXPY315 | | $ 400.00 | $ 160.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK663LL/A | | D249XQ2QCL | | $ 400.00 | $ 160.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK663LL/A | | JLC71M93W5 | | $ 400.00 | $ 160.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK663LL/A | | ML99LDXWWV | | $ 400.00 | $ 160.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK663LL/A | | D62242HXQ7 | | $ 400.00 | $ 160.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK663LL/A | | HRY44P27LC | | $ 400.00 | $ 160.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK663LL/A | | HTVD9HX5DD | | $ 400.00 | $ 160.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK663LL/A | | HY6KWQ4615 | | $ 400.00 | $ 160.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK663LL/A | | JC3R2NM2LD | | $ 400.00 | $ 160.00 |
| Field | IT | iPad (9th Generation) | 1.00 | MK663LL/A | | JY0K205PJW | | $ 400.00 | $ 160.00 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 7, Q. 41 - OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATIONS SYSTEMS EQUIPMENT AND SOFTWARE**

| Location | Type | Description | QTY | Part # | Model # | Serial # | Original Cost Per Unit | Per Unit Cost | Approximate Current Value |
|---|---|---|---|---|---|---|---|---|---|
| Field | IT | iPad (9th Generation) | 1.00 | MK663LL/A | | M96W6YXCF9 | | $ 400.00 | $ 160.00 |
| Field | IT | iPad Air (4th Generation) | 1.00 | MYHF2LL/A | | DMPGM0G0Q19J | | $ 400.00 | $ 160.00 |
| Field | IT | iPad Air 13-inch | 1.00 | MV6Y3LL/A | | K917XD06MF | | $ 400.00 | $ 160.00 |
| Field | IT | iPad Pro (12.9-inch) (5th generation) | 1.00 | MHNY3LL/A | | CJ67T7DGHV | | $ 800.00 | $ 320.00 |
| Field | IT | iPad Pro 11-inch (4th generation) | 1.00 | MP563LL/A | | HWWDPGQ49T | | $ 800.00 | $ 320.00 |
| Field | IT | iPad Pro 12.9-inch (6th generation) | 1.00 | MP613LL/A | | F4C7KWQ2YM | | $ 800.00 | $ 320.00 |
| Field | IT | iPad Pro 12.9-inch (6th generation) | 1.00 | MP623LL/A | | M7YG5J6JP4 | | $ 800.00 | $ 320.00 |
| Springfield IL | IT | Lehman, Ken - iPadG9 | 1.00 | | | | | $ 900.00 | $ 360.00 |
| Buford GA | IT | Mac, Apple M3 | 1.00 | | | L3KGK6PYFT | | $ 2,500.00 | $ 1,000.00 |
| Modesto CA | IT | Modesto Firewall | 1.00 | | FortiGate 50E | | | $ 413.00 | $ 165.20 |
| Modesto CA | IT | Modesto Wifi | 1.00 | | FortiAP 221C | | | $ 240.00 | $ 96.00 |
| Buford GA | IT | MSFT Licensing (MSFT Licensing) | 1.00 | | | | | $ 1,800.00 | $ 720.00 |
| Springfield IL | Electronics | Multi-Monitor Workstation (SOC) | 3.00 | | | | | $ 250.00 | $ 300.00 |
| Field | IT | PO 291 | 1.00 | | FortiSwitch 124E POE | | | $ 966.00 | $ 386.40 |
| Buford GA | IT | Prodesk 400 G2 | 1.00 | | | MXL6181GPP | | $ 900.00 | $ 360.00 |
| Buford GA | IT | ProLiant DL380 Gen10 | 1.00 | | | 2M223503WR | | $ 21,000.00 | $ 8,400.00 |
| Springfield IL | IT | ProLiant DL380 Gen10 | 1.00 | | | 2M2735039W | | $ 15,000.00 | $ 6,000.00 |
| Buford GA | IT | QNAP (NAS Backup) | 1.00 | | | | | $ 2,200.00 | $ 880.00 |
| Springfield IL | IT | QNAP (NAS Backup) | 1.00 | | | | | $ 2,200.00 | $ 880.00 |
| Springfield IL | IT | Roland Tru Vis VG3-540 (Vinyl Printer) | 1.00 | | | | | $ 15,000.00 | $ 6,000.00 |
| Springfield IL | IT | Settles, Mike - iPad Pro 11" | 1.00 | | | | | $ 1,000.00 | $ 400.00 |
| Springfield IL | IT | Springfield Firewall | 1.00 | | FortiGate 60F | | | $ 689.00 | $ 275.60 |
| Springfield IL | IT | Springfield Switch | 1.00 | | FortiSwitch 124E POE | | | $ 970.00 | $ 388.00 |
| Springfield IL | IT | Springfield Switch | 1.00 | | FortiSwitch 124F POE | | | $ 1,570.00 | $ 628.00 |
| Buford GA | IT | Surface Pro 8 | 1.00 | | | 0F025CX221901J | | $ 1,500.00 | $ 600.00 |
| Buford GA | IT | Virtual Machine | 1.00 | | | 8437-3477-6829-1991-0000-0109-16 | | $ 1.00 | $ 0.40 |
| Buford GA | IT | Virtual Machine | 1.00 | | | 0031-9958-0754-8563-8278-3680-89 | | $ 1.00 | $ 0.40 |
| Buford GA | IT | Virtual Machine | 1.00 | | | 9366-1184-8896-4234-0097-7664-98 | | $ 1.00 | $ 0.40 |
| Buford GA | IT | Virtual Machine | 1.00 | | | 0237-6834-5434-5058-5096-8399-80 | | $ 1.00 | $ 0.40 |
| Buford GA | IT | Virtual Machine | 1.00 | | | 8103-5521-6506-7717-8159-1130-59 | | $ 1.00 | $ 0.40 |
| Springfield IL | IT | Virtual Machine | 1.00 | | | 2639-2445-3396-2687-2774-8822-41 | | $ 1.00 | $ 0.40 |
| | | | | | | | | $ 312,850.00 | $ 127,565.00 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 8, Q. 47 - Vehicles (Leased)**

| VIN | Model | Series | License State | Current RBV* |
|---|---|---|---|---|
| 1C6RR6FG1KS707224 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | AR | $ 657.00 |
| 1C6RR6FG2KS707233 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | CA | $ 300.00 |
| 1C6RR6FG8KS697338 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | AR | $ 449.00 |
| 3C6MR4AJ2NG154600 | 2500 | Tradesman 4x2 Regular Cab 8 ft. box 140.5 in. WB | IL | $ 443.27 |
| 3C6MR4AJXNG154599 | 2500 | Tradesman 4x2 Regular Cab 8 ft. box 140.5 in. WB | IL | $ 443.27 |
| 1C6RR6FG9NS152138 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | AR | $ 1,541.39 |
| 1C6RR6FG7NS184960 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | GA | $ 1,610.75 |
| 1C6RR6FG0NS152139 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | GA | $ 494.29 |
| 1C6RR6FG7NS152140 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | GA | $ 494.29 |
| 1C6RR6FG9NS152141 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | GA | $ 3,508.50 |
| 1C6RR6FG2NS152143 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | NC | $ 10,195.88 |
| 1C6RR6FG4NS152144 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | CA | $ 12,238.95 |
| 1C6RR6FG6NS152145 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | CA | $ 495.29 |
| 3C6UR4HJ5MG671734 | 2500 | Tradesman 4x2 Crew Cab 8 ft. box 169 in. WB | IL | $ 20,482.63 |
| 1C6RR6FGXNS161561 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | GA | $ 10,756.45 |
| 1C6RR6FG1NS161562 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | AR | $ 10,729.12 |
| 1C6RR6FG3NS161563 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | GA | $ 11,481.95 |
| 1C6RR6FG5NS161564 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | AR | $ 11,481.95 |
| 1C6RR6FG7NS161565 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | IL | $ 11,554.81 |
| 1C6RR6FG9NS161566 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | GA | $ 11,481.95 |
| 1C6RR6FG2NS161568 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | AR | $ 11,543.87 |
| 1C6RR6FG4NS161569 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | GA | $ 776.62 |
| 1C6RR6FG0NS161570 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | IL | $ 11,543.87 |
| 1C6RR6FG2NS161571 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | GA | $ 7,718.25 |
| 1C6RR6FG4NS161572 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | GA | $ 10,752.83 |
| 1N4BL4BV9NN383985 | Altima | 2.5 S 4dr Front-Wheel Drive Sedan | GA | $ 618.70 |
| 3C63R2AJ6NG156169 | 3500 | Tradesman 4x2 Regular Cab 8 ft. box 140 in. WB | IL | $ 14,082.57 |
| 1C6RR6FGXPS524802 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | GA | $ 23,890.40 |

**COLIANT SOLUTIONS, INC.**

**CH. 11 CASE NO. 25-51509**

**SCHEDULE A/B, PART 8, Q. 47 - Vehicles (Leased)**

| VIN | Model | Series | License State | Current RBV* |
|---|---|---|---|---|
| 1C6RR6FG6PS524795 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | GA | $    23,959.67 |
| 1C6RR6FG1PS524798 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | GA | $    24,734.77 |
| 1C6RR6FG8PS524796 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | GA | $    23,959.67 |
| 1C6RR6FG8PS524801 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | GA | $    24,734.77 |
| 1C6RR6FGXPS524797 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | GA | $    24,575.93 |
| 1C6RR6FG4PS524794 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | GA | $    24,734.77 |
| 1C6RR6FG2PS524793 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | GA | $    24,558.97 |
| 1C6RR6FG6PS524800 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | GA | $    24,734.77 |
| 1C6RR6FG3PS524799 | 1500 Classic | Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB | GA | $    25,309.58 |
|  |  |  |  | $    423,070.75 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 8, Q. 50 - OTHER MACHINERY, FIXTURES, AND EQUIPMENT**

| LOAN/LEASE | Location | Type | Description | QTY | Serial # | Per Unit Cost | Total | Current Value |
|---|---|---|---|---|---|---|---|---|
| | Springfield IL | Tools | 8FT LADDER | 1.00 | | $ 200.00 | $ 200.00 | $ 80.00 |
| | Springfield IL | Tools | 24FT LADDER | 1.00 | | $ 275.00 | $ 275.00 | $ 110.00 |
| | Springfield IL | Tools | MILWAUKEE PACK OUT BINS | 4.00 | | $ 150.00 | $ 600.00 | $ 240.00 |
| | Springfield IL | Tools | DEWALT HAMMER DRILL | 1.00 | | $ 225.00 | $ 225.00 | $ 90.00 |
| | Springfield IL | Tools | MILWAUKEE DISTANCE COUNTER | 1.00 | | $ 100.00 | $ 100.00 | $ 40.00 |
| | Springfield Il | Tools | JUMOER CABLES | 1.00 | | $ 15.00 | $ 15.00 | $ 6.00 |
| | Springfield IL | Tools | KOBALT JOB BACK PACKS | 2.00 | | $ 160.00 | $ 320.00 | $ 128.00 |
| | Springfield IL | Tools | MILWAUKEE DRILL CORDLESS | 2.00 | | $ 300.00 | $ 600.00 | $ 240.00 |
| | Springfield IL | Tools | ROCKWELL DRILL | 1.00 | | $ 50.00 | $ 50.00 | $ 20.00 |
| | Springfield IL | Tools | GREY DOLLIE CARRIER | 2.00 | | $ 175.00 | $ 350.00 | $ 140.00 |
| | Springfield IL | Tools | MAGNET ROLLER | 1.00 | | $ 50.00 | $ 50.00 | $ 20.00 |
| | Springfield IL | Tools | 8FT-16FT PAINT ROLLER | 1.00 | | $ 45.00 | $ 45.00 | $ 18.00 |
| | Springfield IL | Tools | LURKIN DISTANCE COUNTER | 1.00 | | $ 50.00 | $ 50.00 | $ 20.00 |
| | Springfield IL | Tools | DEWALT CORDLESS 12V DRILL | 1.00 | | $ 75.00 | $ 75.00 | $ 30.00 |
| | Springfield IL | Tools | HEAVY DUTY TIE DOWN STRAPS | 2.00 | | $ 50.00 | $ 100.00 | $ 40.00 |
| | Springfield IL | Tools | MILWAUKEE BATTERY CHARGER | 1.00 | | $ 200.00 | $ 200.00 | $ 80.00 |
| | Springfield IL | Tools | MILWAUKEE PACK OUT LARGE | 1.00 | | $ 60.00 | $ 60.00 | $ 24.00 |
| | Springfield IL | Tools | MILWAUKEE PACK OUT SMALL | 2.00 | | $ 85.00 | $ 170.00 | $ 68.00 |
| | Springfield IL | Tools | MILWAUKEE CORDLESS HAMMER DRILL | 1.00 | | $ 225.00 | $ 225.00 | $ 90.00 |
| | Modesto CA | Tools | BOSCH CAMERA DRILL | 2.00 | | $ 125.00 | $ 250.00 | $ 100.00 |
| | Modesto CA | Tools | MILWAKEE WALL SCOPE | 2.00 | | $ 100.00 | $ 200.00 | $ 80.00 |
| | Modesto CA | Tools | MILKWAKEE HAMMER DRILL | 1.00 | | $ 125.00 | $ 125.00 | $ 50.00 |
| | Modesto CA | Tools | RAM SET | 1.00 | | $ 150.00 | $ 150.00 | $ 60.00 |
| | Modesto CA | Tools | DEWALT 36 BOLT DRILL | 1.00 | | $ 90.00 | $ 90.00 | $ 36.00 |
| | Modesto CA | Tools | FISH TAPE | 4.00 | | $ 25.00 | $ 100.00 | $ 40.00 |
| | Modesto CA | Tools | DREMEL | 2.00 | | $ 20.00 | $ 40.00 | $ 16.00 |
| | Modesto CA | Tools | MAKITA ANGLE GRINDER | 1.00 | | $ 40.00 | $ 40.00 | $ 16.00 |
| | Modesto CA | Tools | RYOBI SAWZAW | 1.00 | | $ 40.00 | $ 40.00 | $ 16.00 |
| | Modesto CA | Tools | WERNER 8FT LADDER FIBER GLASS | 2.00 | | $ 50.00 | $ 100.00 | $ 40.00 |
| | Modesto CA | Tools | WERNER 10FT FIBER GLASS LADDER | 1.00 | | $ 70.00 | $ 70.00 | $ 28.00 |
| | Modesto CA | Tools | WENER 10FT ALUM. LADDER | 1.00 | | $ 50.00 | $ 50.00 | $ 20.00 |
| | Modesto CA | Tools | WENER 14FT EXTENSION LADDER | 1.00 | | $ 70.00 | $ 70.00 | $ 28.00 |
| | Modesto CA | Tools | RAYMOND FORKLIFT | 1.00 | | $ 4,000.00 | $ 4,000.00 | $ 1,600.00 |
| | Modesto CA | Tools | EXIDE CHARGER | 1.00 | | $ 500.00 | $ 500.00 | $ 200.00 |
| | Winchester | Tools | 1 lb. Dead-Blow Hammer | 1.00 | | $ 7.11 | $ 7.11 | $ 2.84 |
| | Winchester | Tools | 12" locking clamp | 1.00 | | $ 8.99 | $ 8.99 | $ 3.60 |
| | Winchester | Tools | 2401-20 Milwaukee Driver | 1.00 | | $ 30.00 | $ 30.00 | $ 12.00 |
| | Winchester | Tools | 2555-22 Milwaukee Impact driver | 1.00 | | $ 279.00 | $ 279.00 | $ 111.60 |
| | Winchester | Tools | 3/4" Deep well Socket | 1.00 | | $ 7.99 | $ 7.99 | $ 3.20 |
| | Winchester | Tools | 3/8 deep well socket kit | 1.00 | | $ 12.99 | $ 12.99 | $ 5.20 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 8, Q. 50 - OTHER MACHINERY, FIXTURES, AND EQUIPMENT**

| LOAN/LEASE | Location | Type | Description | QTY | Serial # | Per Unit Cost | Total | Current Value |
|---|---|---|---|---|---|---|---|---|
| | Winchester | Tools | 3497-22 Milwaukee 3PCS Cobalt Step Drill Bits for Hard Metal, Metric M35 Unibit Set with Cobalt TiAlN Coating for Stainless Steel, Iron, Aluminum | 3.00 | | $ 199.00 | $ 597.00 | $ 238.80 |
| | Winchester | Tools | 4 in 1 Milwaukee scredriver | 1.00 | | $ 45.99 | $ 45.99 | $ 18.40 |
| | Winchester | Tools | 48" level | 1.00 | | $ 12.99 | $ 12.99 | $ 5.20 |
| | Winchester | Tools | 8 PC Milwaukee Screwdriver set | 1.00 | | $ 16.98 | $ 16.98 | $ 6.79 |
| | Winchester | Tools | 9 piece hollow punch | 1.00 | | $ 34.99 | $ 34.99 | $ 14.00 |
| | Winchester | Tools | Air Hose 50'Green | 2.00 | | $ 9.99 | $ 9.99 | $ 4.00 |
| | Winchester | Tools | AstroAI Multimeter Tester 2000 Counts Digital Multimeter with DC AC Voltmeter and Ohm Volt Amp Meter ; Measures Voltage, Curren | 1.00 | | $ 29.99 | $ 59.98 | $ 23.99 |
| | Winchester | Tools | Bench Brush | 1.00 | | $ 12.99 | $ 12.99 | $ 5.20 |
| | Winchester | Tools | Black Diamond Sledge Hammer | 1.00 | | $ 1.99 | $ 1.99 | $ 0.80 |
| | Winchester | Tools | Bosch® 18-Volt Cordless Connected-Ready Two-In-One 1/4" and 1/2" Bit/Socket Impact Driver/Wrench Kit | 1.00 | | $ 19.99 | $ 19.99 | $ 8.00 |
| | Winchester | Tools | Bosch® Impact Tough™ Titanium Twist Drill Bit Set - 9 Piece | 1.00 | | $ 149.99 | $ 149.99 | $ 60.00 |
| | Winchester | Tools | Brother P-Touch, PTH110BP, Portable Label Maker Bonus Bundle (4 Label Tapes Included) Handheld for Home, Home Office, and on-Th | 1.00 | | $ 18.67 | $ 18.67 | $ 7.47 |
| | Winchester | Tools | Clauss® 7" Bonded Ultraflex® Bent Shear | 1.00 | | $ 54.99 | $ 54.99 | $ 22.00 |
| | Winchester | Tools | COMOWARE Cobalt Step Drill Bit Set, 3pcs Hex Shank HSS Step Drill Bit with Two Spiral Flutes and Impact Readiness - Ideal for M | 1.00 | | $ 5.33 | $ 5.33 | $ 2.13 |
| | Winchester | Tools | Dead blow Hammer | 1.00 | | $ 24.99 | $ 24.99 | $ 10.00 |
| | Winchester | Tools | Deep well socket metric | 1.00 | | $ 23.99 | $ 23.99 | $ 9.60 |
| | Winchester | Tools | Detail Roller Seat | 1.00 | | $ 12.99 | $ 12.99 | $ 5.20 |
| | Winchester | Tools | Din Cutter | 1.00 | | $ 69.99 | $ 69.99 | $ 28.00 |
| | Winchester | Tools | Electriduct Wire Loom Insertion Tool Set for 3/8" to 2" Conduit Sleeving Installation | 1.00 | | $ 149.00 | $ 149.00 | $ 59.60 |
| | Winchester | Tools | Ferrule Crimper | 1.00 | | $ 29.99 | $ 29.99 | $ 12.00 |
| | Winchester | Tools | Ferrule Pneumatic Crimping Tool Awg28-7 | 1.00 | | $ 25.99 | $ 25.99 | $ 10.40 |
| | Winchester | Tools | Flex head combo wrench set | 1.00 | | $ 459.00 | $ 459.00 | $ 183.60 |
| | Winchester | Tools | | 1.00 | | $ 29.99 | $ 29.99 | $ 12.00 |

**COLIANT SOLUTIONS, INC.**

**CH. 11 CASE NO. 25-51509**

**SCHEDULE A/B, PART 8, Q. 50 - OTHER MACHINERY, FIXTURES, AND EQUIPMENT**

| LOAN/LEASE | Location | Type | Description | QTY | Serial # | Per Unit Cost | Total | Current Value |
|---|---|---|---|---|---|---|---|---|
| | Winchester | Tools | Flush Cutter | 2.00 | | $ 3.99 | $ 7.98 | $ 3.19 |
| | Winchester | Tools | Gardner Bender 1/2-in Drive Torque Wrench | 1.00 | | $ 13.39 | $ 13.39 | $ 5.36 |
| | Winchester | Tools | Gardner Bender Electrician's Scissors | 1.00 | | $ 27.41 | $ 27.41 | $ 10.96 |
| | Winchester | Tools | Gardner Bender Wire Cutter/Stripper | 1.00 | | $ 25.21 | $ 25.21 | $ 10.08 |
| | Winchester | Tools | Haisstronica Ferrule Crimping Tool Kit AWG 23-7 Wire Ferrules Crimper with 2500pcs Wire End Terminals AWG 22-7 and Wire Strippe | 1.00 | | $ 44.00 | $ 44.00 | $ 17.60 |
| | Winchester | Tools | Heat shrink gun | 1.00 | | $ 16.95 | $ 16.95 | $ 6.78 |
| | Winchester | Tools | Hiltex Security Bit Set | 1.00 | | $ 10.97 | $ 10.97 | $ 4.39 |
| | Winchester | Tools | Hobby Knife Set with Case - 16 Piece | 1.00 | | $ 3.55 | $ 3.55 | $ 1.42 |
| | Winchester | Tools | Jonard Tools® Universal Cable Stripping Tool for COAX, Network, and Telephone Cables | 1.00 | | $ 11.93 | $ 11.93 | $ 4.77 |
| | Winchester | Tools | Klein Tools VDV110-261 Twisted Pair Radial Stripper | 1.00 | | $ 16.49 | $ 16.49 | $ 6.60 |
| | Winchester | Tools | Klein Tools Wire Sripper 16-26AWG | 3.00 | | $ 15.97 | $ 47.91 | $ 19.16 |
| | Winchester | Tools | Kobalt Crimper, 10-22 Awg Solid, 10-22 Awg Stranded | 1.00 | | $ 16.98 | $ 16.98 | $ 6.79 |
| | Winchester | Tools | Kobalt mini drill driver | 2.00 | | $ 24.98 | $ 49.96 | $ 19.98 |
| | Winchester | Tools | Masterforce® 1/2" Drive 10" SAE Socket Extension | 1.00 | | $ 9.97 | $ 9.97 | $ 3.99 |
| | Winchester | Tools | Masterforce® 1/2" Drive Quick Release Extendable Ratchet | 1.00 | | $ 36.98 | $ 36.98 | $ 14.79 |
| | Winchester | Tools | Masterforce® 11" Double Joint Diagonal Cutters | 1.00 | | $ 13.34 | $ 13.34 | $ 5.34 |
| | Winchester | Tools | Masterforce® 12" Groove Joint Pliers | 1.00 | | $ 11.54 | $ 11.54 | $ 4.62 |
| | Winchester | Tools | Masterforce® 15" Triple Joint Needle Nose Pliers | 1.00 | | $ 17.79 | $ 17.79 | $ 7.12 |
| | Winchester | Tools | Masterforce® Adjustable Wrench Set- 3 Piece | 1.00 | | $ 15.99 | $ 15.99 | $ 6.40 |
| | Winchester | Tools | Masterforce® Control Drive 1/4" & 3/8" Drive SAE/Metric Mechanic's Tool Set - 42 Piece | 1.00 | | $ 51.61 | $ 51.61 | $ 20.64 |
| | Winchester | Tools | Masterforce® Control Drive™ 1-1/8" 12-Point SAE Combination Ratcheting Wrench | 1.00 | | $ 22.97 | $ 22.97 | $ 9.19 |
| | Winchester | Tools | Masterforce® Control Drive™ 1/2" Drive 1-1/8" SAE 12-Point Deep Socket | 1.00 | | $ 8.98 | $ 8.98 | $ 3.59 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 8, Q. 50 - OTHER MACHINERY, FIXTURES, AND EQUIPMENT**

| LOAN/LEASE | Location | Type | Description | QTY | Serial # | Per Unit Cost | Total | Current Value |
|---|---|---|---|---|---|---|---|---|
| | Winchester | Tools | Masterforce® Control Drive™ 3/4" 12-Point SAE Combination Ratcheting Wrench | 2.00 | | $ 12.70 | $ 25.40 | $ 10.16 |
| | Winchester | Tools | Masterforce® Control Drive™ SAE & Metric Combination Wrench Set - 10 Pie SMALLER | 1.00 | | $ 16.01 | $ 16.01 | $ 6.40 |
| | Winchester | Tools | Masterforce® Control Drive™ SAE & Metric Combination Wrench Set - 10 Piece | 1.00 | | $ 31.14 | $ 31.14 | $ 12.46 |
| | Winchester | Tools | Masterforce® Hex Shank Socket Adapter Set - 3 Piece | 1.00 | | $ 5.33 | $ 5.33 | $ 2.13 |
| | Winchester | Tools | Masterforce® Impact 12" Quick Change Drive Bit Extension Holder | 1.00 | | $ 8.89 | $ 8.89 | $ 3.56 |
| | Winchester | Tools | Masterforce® Impact 18" Quick Change Drive Bit Extension Holder | 1.00 | | $ 11.56 | $ 11.56 | $ 4.62 |
| | Winchester | Tools | Masterforce® Impact 6" Quick Change Drive Bit Extension Holder | 1.00 | | $ 5.33 | $ 5.33 | $ 2.13 |
| | Winchester | Tools | Masterforce® Impact Drive Bit Set - 35 Piece | 1.00 | | $ 20.46 | $ 20.46 | $ 8.18 |
| | Winchester | Tools | Masterforce® Impact Magnetic Nut Driver Set - 6 Piece | 1.00 | | $ 11.56 | $ 11.56 | $ 4.62 |
| | Winchester | Tools | Masterforce® Nonslip Silicone Tool Tray Set - 3 Piece | 1.00 | | $ 15.99 | $ 15.99 | $ 6.40 |
| | Winchester | Tools | Masterforce® Pliers Set - 5 Piece | 1.00 | | $ 22.24 | $ 22.24 | $ 8.90 |
| | Winchester | Tools | Masterforce® SAE/Metric/Torx T-Handle Hex Key Set - 24 Piece | 1.00 | | $ 5.12 | $ 5.12 | $ 2.05 |
| | Winchester | Tools | Milwaukee 2402-20 M12 FUEL 1/4" Hex 2-Speed Screwdriver | 1.00 | | $ 139.00 | $ 139.00 | $ 55.60 |
| | Winchester | Tools | Milwaukee Die Grinder | 1.00 | | $ 256.00 | $ 256.00 | $ 102.40 |
| | Winchester | Tools | Milwaukee Fastback Compact Folding Utility Knife, Model# 48-22-1500 | 1.00 | | $ 8.97 | $ 8.97 | $ 3.59 |
| | Winchester | Tools | Milwaukee M12 FUEL 1/2in. Hammer Drill/Driver Kit, 2 Batteries, Charger | 1.00 | | $ 179.00 | $ 179.00 | $ 71.60 |
| | Winchester | Tools | Milwaukee M12 FUEL 1/4in. Hex Impact Driver Kit, 2 Batteries | 1.00 | | $ 169.00 | $ 169.00 | $ 67.60 |
| | Winchester | Tools | Milwaukee M12 FUEL 3in. Compact Cutoff Tool Kit, 1 Battery, 12 Volt | 1.00 | | $ 199.00 | $ 199.00 | $ 79.60 |
| | Winchester | Tools | Milwaukee M12 FUEL Installation Drill/Driver, Tool Only, 300 In./Lbs. Torque | 1.00 | | $ 179.79 | $ 179.79 | $ 71.92 |
| | Winchester | Tools | Milwaukee Precision Screwdriver | 1.00 | | $ 18.99 | $ 18.99 | $ 7.60 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 8, Q. 50 - OTHER MACHINERY, FIXTURES, AND EQUIPMENT**

| LOAN/LEASE | Location | Type | Description | QTY | Serial # | Per Unit Cost | Total | Current Value |
|---|---|---|---|---|---|---|---|---|
| | | | Milwaukee Ratcheting Pass-Through | | | | | |
| | Winchester | Tools | Crimper & Stripper | 1.00 | | $ 39.97 | $ 39.97 | $ 15.99 |
| | Winchester | Tools | Milwaukee Rivet Gun | 1.00 | | $ 229.26 | $ 229.26 | $ 91.70 |
| | Winchester | Tools | Milwaukee Scissors | 1.00 | | $ 19.99 | $ 19.99 | $ 8.00 |
| | Winchester | Tools | Milwaukee Snips | 1.00 | | $ 29.99 | $ 29.99 | $ 12.00 |
| | Winchester | Tools | Milwaukee UTP stripper | 1.00 | | $ 17.99 | $ 17.99 | $ 7.20 |
| | Winchester | Tools | Milwaukee wire pliers | 2.00 | | $ 14.97 | $ 29.94 | $ 11.98 |
| | | | Milwaukee, Multi-Purpose Wire Stripper | | | | | |
| | Winchester | Tools | with Crimper | 1.00 | | $ 18.99 | $ 18.99 | $ 7.60 |
| | Winchester | Tools | Needle pliers 90 | 1.00 | | $ 5.99 | $ 5.99 | $ 2.40 |
| | | | NOYAFA Network Cable Tester with | | | | | |
| | | | Optical Power Meter VFL, CAT5 CAT6 | | | | | |
| | | | Cable Toner Ethernet Cable Tester, RJ11 | | | | | |
| | Winchester | Tools | RJ45 Network Tester | 1.00 | | $ 119.00 | $ 119.00 | $ 47.60 |
| | Winchester | Tools | Outlet strip | 1.00 | | $ 16.88 | $ 16.88 | $ 6.75 |
| | | | Paladin Tools PA1116 Network Cable | | | | | |
| | | | Cutter and Wire Stripper Tool - CAT3, | | | | | |
| | | | CAT5, CAT5E, CAT6 - Professional Grade | | | | | |
| | Winchester | Tools | (2023 Model) | 1.00 | | $ 31.89 | $ 31.89 | $ 12.76 |
| | | | Performax® SAE/Metric Mechanic's Tool | | | | | |
| | Winchester | Tools | Set - 68 Piece | 1.00 | | $ 14.99 | $ 14.99 | $ 6.00 |
| | Winchester | Tools | Performax® Screwdriver Set - 37 Piece | 1.00 | | $ 8.89 | $ 8.89 | $ 3.56 |
| | | | Performax® Titanium Step Drill Bit Set - 3 | | | | | |
| | Winchester | Tools | Piece | 1.00 | | $ 14.99 | $ 14.99 | $ 6.00 |
| | Winchester | Tools | Pneumatic Crimping Tool Multifunction | 1.00 | | $ 229.00 | $ 229.00 | $ 91.60 |
| | Winchester | Tools | Preciva Wire Ferrule Crimping Tool | 2.00 | | $ 32.59 | $ 65.18 | $ 26.07 |
| | Winchester | Tools | Punch | 1.00 | | $ 258.00 | $ 258.00 | $ 103.20 |
| | Winchester | Tools | Punch HF | 1.00 | | $ 49.99 | $ 49.99 | $ 20.00 |
| | Winchester | Tools | Punch Set | 1.00 | | $ 4.99 | $ 4.99 | $ 2.00 |
| | | | Qibaok Crimping Tool Ratcheting Wire | | | | | |
| | | | Crimper for Heat Shrink Connectors | | | | | |
| | | | Ratchet Terminal Crimper Wire Crimp Tool | | | | | |
| | Winchester | Tools | AWG 22-10 | 1.00 | | $ 19.99 | $ 19.99 | $ 8.00 |
| | Winchester | Tools | Ratcheting Crimp Tool | 1.00 | | $ 19.54 | $ 19.54 | $ 7.82 |
| | Winchester | Tools | Retractable Cord | 2.00 | | $ 44.47 | $ 88.94 | $ 35.58 |
| | Winchester | Tools | Retractable Cord 50' | 1.00 | | $ 91.06 | $ 91.06 | $ 36.42 |
| | Winchester | Tools | S-Type Wrench Set | 1.00 | | $ 17.99 | $ 17.99 | $ 7.20 |
| | Winchester | Tools | Scissors | 1.00 | | $ 4.99 | $ 4.99 | $ 2.00 |
| | Winchester | Tools | Screw Driver | 2.00 | | $ 1.89 | $ 3.78 | $ 1.51 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 8, Q. 50 - OTHER MACHINERY, FIXTURES, AND EQUIPMENT**

| LOAN/LEASE | Location | Type | Description | QTY | Serial # | Per Unit Cost | Total | Current Value |
|---|---|---|---|---|---|---|---|---|
| | | | Shop-Vac® 5 Gallon 4.5 Peak HP Stainless | | | | | |
| | Winchester | Tools | Wet/Dry Shop Vacuum | 1.00 | | $ 71.91 | $ 71.91 | $ 28.76 |
| | Winchester | Tools | Snap Ring Pliers | 1.00 | | $ 29.99 | $ 29.99 | $ 12.00 |
| | Winchester | Tools | Solar Crimper Tool Kit | 1.00 | | $ 28.99 | $ 28.99 | $ 11.60 |
| | | | Southwire 8-22 AWG STR Automatic Wire | | | | | |
| | Winchester | Tools | Strippers | 2.00 | | $ 20.02 | $ 40.04 | $ 16.02 |
| | Winchester | Tools | Sprayer | 1.00 | | $ 4.99 | $ 4.99 | $ 2.00 |
| | Winchester | Tools | Steel Brush | 1.00 | | $ 1.19 | $ 1.19 | $ 0.48 |
| | Winchester | Tools | Strapping PET Holder | 1.00 | | $ 150.99 | $ 150.99 | $ 60.40 |
| | Winchester | Tools | Tack Hammer | 1.00 | | $ 4.99 | $ 4.99 | $ 2.00 |
| | Winchester | Tools | Tape Knife | 1.00 | | $ 5.49 | $ 5.49 | $ 2.20 |
| | Winchester | Tools | Teckman Torx Security Screwdiver Set | 1.00 | | $ 18.99 | $ 18.99 | $ 7.60 |
| | Winchester | Tools | ThreeH Torque Wrench | 2.00 | | $ 27.69 | $ 55.38 | $ 22.15 |
| | Winchester | Tools | Tire Inflator | 1.00 | | $ 14.99 | $ 14.99 | $ 6.00 |
| | Winchester | Tools | 6 Piece | 2.00 | | $ 2.29 | $ 4.58 | $ 1.83 |
| | Winchester | Tools | with Handle | 1.00 | | $ 4.44 | $ 4.44 | $ 1.78 |
| | Winchester | Tools | Tool Shop® 9mm Snap-Off Knife - 3 Pack | 2.00 | | $ 2.66 | $ 5.32 | $ 2.13 |
| | Winchester | Tools | 4 Piece | 1.00 | | $ 8.89 | $ 8.89 | $ 3.56 |
| | Winchester | Tools | Tool Shop® Drill Depth Stops - 4 Piece | 1.00 | | $ 2.66 | $ 2.66 | $ 1.06 |
| | Winchester | Tools | Tray | 1.00 | | $ 5.33 | $ 5.33 | $ 2.13 |
| | Winchester | Tools | Tray | 1.00 | | $ 2.66 | $ 2.66 | $ 1.06 |
| | Winchester | Tools | Tray | 1.00 | | $ 3.55 | $ 3.55 | $ 1.42 |
| | Winchester | Tools | Caliper | 1.00 | | $ 16.90 | $ 16.90 | $ 6.76 |
| | Winchester | Tools | Slip Impact Screwdriver Bits Set,10pcs | 1.00 | | $ 11.99 | $ 11.99 | $ 4.80 |
| | Winchester | Tools | Triple Tap Cord | 1.00 | | $ 4.99 | $ 4.99 | $ 2.00 |
| | Winchester | Tools | Vacuum | 1.00 | | $ 139.99 | $ 139.99 | $ 56.00 |
| | Winchester | Tools | Heat Gun, Dual Temp 750ºF & 1100ºF | 1.00 | | $ 25.98 | $ 25.98 | $ 10.39 |
| | Winchester | Tools | Set, 29-Piece | 1.00 | | $ 69.99 | $ 69.99 | $ 28.00 |
| | Winchester | Tools | Wire Stripper | 1.00 | | $ 8.89 | $ 8.89 | $ 3.56 |
| | Winchester | Tools | Work Stand Support | 3.00 | | $ 24.99 | $ 74.97 | $ 29.99 |
| | Winchester | Tools | Utility Knife Blades | 10.00 | | $ 9.99 | $ 99.90 | $ 39.96 |
| YES | Winchester | Rental System | FSV UTV Type 2 | 1.00 | B4LV22005 | $ 12,500.00 | $ 12,500.00 | $ 5,000.00 |
| YES | Winchester | Rental System | FSV UTV Type 2 | 1.00 | 4XAB536A9M8021794 | $ 12,500.00 | $ 12,500.00 | $ 5,000.00 |
| YES | Friendship Senior | Rental System | FSV UTV Type 2 | 1.00 | 4XAB536A4N8023194 | $ 12,500.00 | $ 12,500.00 | $ 5,000.00 |
| YES | Winchester | Rental System | FSV UTV Type 1 | 1.00 | N/A KIOTI MECHRON 2200 | $ 12,500.00 | $ 12,500.00 | $ 5,000.00 |
| YES | HAWAII | Rental System | FSV UTV Type 2 | 1.00 | 4XAB536A6N8023102 | $ 12,500.00 | $ 12,500.00 | $ 5,000.00 |
| YES | LA 5420 Sunset | Rental System | FSV UTV Type 2 | 1.00 | 4XAB536A7R8040173 | $ 12,500.00 | $ 12,500.00 | $ 5,000.00 |
| YES | LA 5420 Sunset | Rental System | FSV UTV Type 2 | 1.00 | 4XAB536A4R8040261 | $ 12,500.00 | $ 12,500.00 | $ 5,000.00 |
| YES | AVE 34 | Rental System | FSV Truck Type 1 | 1.00 | 3C63R2AJ6NG156169 | $ 25,000.00 | $ 25,000.00 | $ 10,000.00 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 8, Q. 50 - OTHER MACHINERY, FIXTURES, AND EQUIPMENT**

| LOAN/LEASE | Location | Type | Description | QTY | Serial # | Per Unit Cost | Total | Current Value |
|---|---|---|---|---|---|---|---|---|
| | Bolton Mass | Rental System | FSV Truck Type 1 | 1.00 | 3C6MR4AJ2NG154600 | $ 25,000.00 | $ 25,000.00 | $ 10,000.00 |
| | west grand brush | Rental System | FSV Truck Type 1 | 1.00 | 3C6MR4AJXNG154599 | $ 25,000.00 | $ 25,000.00 | $ 10,000.00 |
| YES | PHILLY | Rental System | FSV Truck Type 1 | 1.00 | 3C6UR4HJ5MG671734 | $ 25,000.00 | $ 25,000.00 | $ 10,000.00 |
| | Altera Land O Lakes | Rental System | AVG - Mobile Solar | 7.00 | Q01705 | $ 8,990.86 | $ 62,936.02 | $ 25,174.41 |
| | Alta Lakes | Rental System | AVG - Mobile Solar | 4.00 | Q00011 | $ 8,990.86 | $ 35,963.44 | $ 14,385.38 |
| | SCP North Augusta | Rental System | AVG - Mobile Solar | 4.00 | Q01878 | $ 8,990.86 | $ 35,963.44 | $ 14,385.38 |
| | Siegle Ave | Rental System | Legacy | 4.00 | N/A | $ 4,495.43 | $ 17,981.72 | $ 7,192.69 |
| | James L Simmons Apartmen | Rental System | AVA - Fixed 110 | 3.00 | Q01882 | $ 7,684.38 | $ 23,053.14 | $ 9,221.26 |
| | Proximity Watermark | Rental System | AVG - Mobile Solar | 1.00 | Q01858 | $ 8,990.86 | $ 8,990.86 | $ 3,596.34 |
| | Hilton Dual Brand (Gallery F | Rental System | AVA - Mobile Solar | 3.00 | Q01976 | $ 8,990.86 | $ 26,972.58 | $ 10,789.03 |
| | Capitol View | Rental System | AVA - Mobile Solar | 4.00 | Q01935 | $ 8,990.86 | $ 35,963.44 | $ 14,385.38 |
| | Friendship Court Phase 2 | Rental System | AVA - Fixed 110 | 6.00 | Q01917 | $ 7,684.38 | $ 46,106.28 | $ 18,442.51 |
| | Novum Plano | Rental System | AVG - Fixed 110 | 3.00 | | $ 7,684.38 | $ 23,053.14 | $ 9,221.26 |
| | Proximity Watermark | Rental System | AVG - Mobile Solar | 1.00 | | $ 8,990.86 | $ 8,990.86 | $ 3,596.34 |
| | Alta Nashoba Valley | Rental System | AVG - Mobile 110 | 5.00 | | $ 7,684.38 | $ 38,421.90 | $ 15,368.76 |
| | Prose Fate | Rental System | XBASE | 5.00 | | $ 3,842.19 | $ 19,210.95 | $ 7,684.38 |
| | Gallery Park | Rental System | AVA - Mobile Solar | 3.00 | | $ 8,990.86 | $ 26,972.58 | $ 10,789.03 |
| | Altera Ben Hill | Rental System | AVG - Mobile Solar | 6.00 | Q01793 | $ 8,990.86 | $ 53,945.16 | $ 21,578.06 |
| | | | | | | $ 321,045.55 | $ 667,956.25 | $ 267,182.50 |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 10, Q. 62 ATTACHMENT**

| Jurisdiction | Document Title | Expiration Date of License | License Holder | License Classification | License Number | Issuing Agency |
|---|---|---|---|---|---|---|
| Alabama | City of Mobile Fire-Rescue Alarm Contractor Permit | 4/1/2025 | Kevin Rogers | Fire Alarm Systems Contractor Annual Permit | FIRE-130880-2024 | Mobile Fire-Rescue |
| Alabama | Certified Fire Alarm Contractor Permit | 9/30/2025 | CoLiant Solutions, Inc. Kevin Rogers | Certified Fire Alarm Contractor Permit | A-0822 | Alabama Department of Insurance Fire Marshal's Office |
| Alabama | Qualifying Agent Electronic Security Board License | 12/31/2026 | Kevin W. Rogers | Qualifying Agent; Burglar Alarms System Installer; Electronic Access Control System Installer; Closed Circuit Television System Installer | 24-7926 | Alabama Electronic Security Board |
| Alabama | Electronic Security Board License | 12/31/2026 | CoLiant Solutions, Inc. | Burglar Alarm, CCTV & Elec. Access Control | 2023/24-001209 | Alabama Electronic Security Board |
| Alabama | City of Mobile Competency Card | 11/28/2026 | Kevin Wayne Rogers | Special Systems - Low Voltage Electrical & Alarm | 5950 | City of Mobile Urban Development Code Administration |
| Alaska | Alaska Fire System Permit | 6/24/2025 | Kevin Rogers | Fire System Permit | 190197 | Alaska Department Public Safety Division of Fire and Life Safety, Division of Fire and Life Safety |
| Alaska | Low Voltage Alarm and Security Contractor | 9/30/2026 | CoLiant Solutions, Inc. | 1) Low Voltage Alarm 2) Security Systems | 134623 | Dept of Commerce Business and Professional Licensing |
| Alaska | Construction Business License | 12/31/2026 | Ken Stallings | 23 - Construction | 2169304 | Dept of Commerce Business and Professional Licensing |
| Alaska | Construction Business License | 12/31/2026 | Ken Stallings | 23 - Construction | 2101197 | Dept of Commerce Business and Professional Licensing |
| Arizona | Low Voltage Contractor | 6/30/2026 | CoLiant Solutions, Inc. Kevin Rogers | CR67 Low Voltage Communications | 265632 | Arizona Registrar of Contractors |
| Arkansas | Alarm Tech License | 2/17/2025 | Nick Duchaine | Alarm Tech | 6058 | Arkansas Board of Private Investigators and Private Security Agencies |
| Arkansas | State Contractor Board License | 5/31/2025 | CoLiant Solutions, Inc. | Communication, Computer or Sound Systems, Cabling; Security, Banking, Detention Equipment; Signal or Burglar Alarms, Fire Detection & Monitoring Systems | 0214120525 | Arkansas Contractors Licensing Board |
| Arkansas | State Privte Security License | 9/24/2025 | CoLiant Solutions, Inc. | Class E Alarm Systems Company | CMPY0001969 | Arkansas Board of Private Investigators and Private Security Agencies |
| Arkansas | Manager License | 9/24/2025 | David A. Caringer | Manager - Lic# REP0003726 David Caringer | REP0003726 | Arkansas Board of Private Investigators and Private Security Agencies |
| BISCI | Walmart business compliance requirement | 12/31/2025 | Brian Clemons | RECDD | 130712 | Building Industry Consulting Service International |
| California | Alarm Company Qualified Manager | 6/30/2026 | Rich Perez | Alarm Company Qualified Manager | ACQ7764 | California DCA Bureau of Security Services |
| California | Alarm Company Operator | 8/31/2025 | CoLiant Solutions, Inc. | Alarm Company Operator | ACO7708 | California DCA Bureau of Security Services |
| California | Alarm Company Branch Office | 8/31/2025 | CoLiant Solutions, Inc. | Alarm Company Branch Office | ACB5786 | California DCA Bureau of Security Services |
| California | Contractors License | 5/31/2026 | CoLiant Solutions, Inc. | C-7 - Low Voltage Systems; C10 - Electrical | 947572 | California Contractors State License Board |
| Colorado - Pueblo | D11 Contractor - Electrical Low Voltage | 12/31/2025 | CoLiant Solutions, Inc. | D11 - Electrical Low Voltage | 0016165 | Pueblo Regional Building Dept |
| Colorado - Pueblo | Master Electrician | | | | | North Dakota F&B |
| Connecticut | L5 or C5 | | | | | Connecticut F&B |
| DC - District of Columbia | Electrician Master Limited Low Voltage | 11/30/2025 | Kevin Rogers | Electrician Master Limited Low Voltage | EMS-LOW0000007 | DCRA |
| DC - District of Columbia | Contractor - Low Voltage | 11/30/2025 | CoLiant Solutions, Inc. | Electrician Master Limited Low Voltage | ECS-LOW0000018 | DCRA |
| Delaware | Contractor - Non Resident | 12/31/2025 | CoLiant Solutions, Inc. | Contractor - Non Resident | 2017605830 | Delaware Division of Revenue |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 10, Q. 62 ATTACHMENT**

| Jurisdiction | Document Title | Expiration Date of License | License Holder | License Classification | License Number | Issuing Agency |
|---|---|---|---|---|---|---|
| Delaware | Fire Class I and Security (State Police) | | | | | Delaware F&B |
| Denver Colorado | Denver Electrical Signal Supervisor | 3/31/2026 | Kevin Rogers | Electrical Signal Supervisor | CERT00007294 | Denver Planning & Development |
| Denver Colorado | Denver Electrical Signal Company | 3/31/2027 | CoLiant Solutions, Inc. | Electrical Signal Company | 245083 | Denver Planning & Development |
| Florida | Alarm System Contractor | 8/31/2026 | CoLiant Solutions, Inc. Kevin Wayne Rogers | Certified Alarm System Contractor I | EF20000621 | Florida Department of Business & Professional Regulation, Electrical Contractors Licensing Board |
| Georgia | Low Voltage - Unrestricted | 8/31/2025 | Kevin Wayne Rogers | Low Voltage - Unrestricted | LVU405733 | Georgia Secretary of State, State Construction Industry Licensing Board |
| Hawaii | EJS Journeyman Specialty Electrician | 6/30/2026 | Kevin W. Rogers | Journeyman Specialty Electrician | EJS10742 | State of Hawaii Board of Electricians and Plumbers Professional & Vocational Licensing Division Department of Commerce and Consumer Affairs |
| Hawaii | C15A Electronic System Qualifier | 9/30/2026 | Kevin W. Rogers | C15A Electronic System Individual Qualifier | C32832 | Contractors License Board Professional & Vocational Licensing Division Dept. of Commerce & Consumer Affairs |
| Hawaii | C15A Electronic System Company | 9/30/2026 | CoLiant Solutions, Inc. | C15A Electronic System Company | C32831 | Contractors License Board Professional & Vocational Licensing Division Dept. of Commerce & Consumer Affairs |
| Idaho | Contracting Business License | 5/24/2025 | CoLiant Solutions, Inc. | Contracting Business | RCE-31930 | Idaho Contractors Board, Bureau of Occupational Licenses, Department of Self Governing Agencies |
| Idaho | Electrical Spec Contractor | 6/30/2025 | Contessa Stallings | Ele Spec Contractor - Limited Energy | 009568 | |
| Idaho | Ele Spec Journeyman | 6/30/2026 | Kevin Wayne Rogers | Ele Spec Journeyman - Limited Energy | 009567 | Idaho Division of Building Safety |
| Illinois | Private Alarm Contractor | 5/31/2026 | Kevin Rogers | Privte Alarm Contractor | 124.001783 | Illinois Dept of Finance & Professional Regulation |
| Illinois | Private Alarm Contractor Agency | 8/31/2026 | CoLiant Solutions, Inc. | Privte Alarm Contractor Agency | 127.001501 | Illinois Dept of Finance & Professional Regulation |
| Iowa | Contractor Registration | 8/21/2025 | CoLiant Solutions, Inc. | Contractor Registration - Division of Labor | C120475 | IOWA Division of Labor |
| Iowa | Alarm Contractor Certification | 9/30/2027 | CoLiant Solutions, Inc. | Fire Alarm and Security Alarm System Contractor, Class 1, Class 3 | AS-2455 | Iowa Department Public Safety Division of State Fire Marshal |
| Iowa | Alarm Contractor Managing Employee | 9/30/2027 | Kevin W. Rogers | Class 3 Security Alarm Responsible Managing Employee. | AS-2482 | Iowa Department Public Safety Division of State Fire Marshal |
| Louisiana | Certificate of Firm Registration - Fire Alarm | 9/1/2025 | CoLiant Solutions, Inc. | Fire Alarm | F 1405 | Louisiana State Fire Marshal |
| Louisiana | Qualifying Agent - Fire Alarm | 9/1/2025 | Kevin Wayne Rogers | Fire Alarm Qualifier for Lic. # F1405 | E25222 | Louisiana State Fire Marshal |
| Louisiana | Statewide Electrical License | 1/5/2026 | CoLiant Solutions, Inc. | Electrical Work (Statewide) | 51708 | Louisiana Licensing Board for Contractors |
| Maine | Limited Electrician - Low Energy | | | | | Maine F&B |
| Maryland | State Contractor | 4/30/2025 | Kevin Rogers | Out of State Contractor Registration | 16262944 | Clerk of Circuit Court |
| Maryland | Electrical Inspector - State Fire Marshal | 6/30/2025 | Kevin Rogers | Authorized Electrical Inspector - Maryland State Fire Marshal | EI-1310 | Maryland State Fire Marshal |
| Maryland | Electrician, Limited - Low Voltage - Harford County MD | 10/31/2025 | Kevin Rogers | Electrician, Limited - Low Voltage | 000874-2022 | Harford County Dept of Inspections, License and Permits |
| Maryland | Master Electrician - Howard County MD | 11/30/2026 | Kevin Rogers | Master Restricted Electrician - 50 Volts & Under | ER 01088 | Howard County Govt |
| Massachusetts | Systems Contractor 'C' Company License | 7/31/2025 | CoLiant Solutions, Inc. | Systems Contractor Business 'C' | 20002 C1 | Division of Occupational Licensure |
| Massachusetts | DOPL Security Systems Company S License | 11/8/2026 | Paul Vohnoutka | Security Systems S-License | SS-003085 | Division of Occupational Licensure |
| Michigan | Electrical Contractor or Fire Alarm Tech | | | | | Michigan Fire |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 10, Q. 62 ATTACHMENT**

| Jurisdiction | Document Title | Expiration Date of License | License Holder | License Classification | License Number | Issuing Agency |
|---|---|---|---|---|---|---|
| Minnesota | Technology Systems Contractor License | 7/31/2026 | CoLiant Solutions, Inc. | Technology Systems Contractor | TS02173 | Minnesota Department of Labor & Industry, Contruction Codes Licensing Division |
| Minnesota | Power Limited Technician | 10/2/2026 | Kevin Wayne Rogers | | PL686307 | Minnesota Department of Labor & Industry, Contruction Codes Licensing Division |
| Mississippi | Contractor License | 6/4/2025 | CoLiant Solutions, Inc. | Alarm, Access, Security & Communication Systems | 17667-SC | Mississippi State Board of Contractors |
| Missouri | KCMO Electrical Supervisor License | 11/27/2028 | Kevin Wayne Rogers | Electrical Supervisor Certificate of Qualification | 205794 | Kansas City MO City Planing & Development |
| Missouri | Electrical Contractor Class III | 12/19/2028 | CoLiant Solutions, Inc. | | 955865 | Kansas City MO City Planing & Development |
| Montana | Fire Protection Company License | 5/31/2025 | Kevin Rogers | Fire Protection Entity | FPL-BEL-000695 | Montana Department of Labor & Industry, Fire Prevention Program |
| Montana | Fire Alarm Installer License | 5/31/2025 | Kevin Wayne Rogers | Fire Protection Installer License | FPL-IEL-LIC-002726 | Montana Department of Labor & Industry, Fire Prevention Program |
| Nebraska | Contractor Registration Certificate | 5/1/2025 | CoLiant Solutions, Inc. | Fire Alarm Installation | 36904 | Nebraska Department of Labor, Contractor Registration |
| Nebraska | Fire Alarm Inspector | 10/1/2025 | Kevin Rogers | Fire Alarm Inspector | 891 | State Fire Marshal's Office |
| Nevada | Certificate of Registration Fire Systems | 12/31/2025 | Kevin W. Rogers | Certificate of Registration Fire Alarm Protective Signaling Systems | C 14433 | Nevada State Fire Marshal |
| Nevada | Type F Company License | 12/31/2025 | CoLiant Solutions, Inc. | Fire Alarm - Protective Signaling Systems | F 438 | Nevada State Fire Marshal |
| Nevada | Low Voltage Contractors License | 1/31/2025 | CoLiant Solutions, Inc. | C-2D Low Voltage and C-2C Fire Detection | 0074354 | Nevada State Contractors Board |
| New Jersey | Fire License - Qualifier | 8/31/2025 | Kevin W. Rogers | Fire Alarm individual License - Qualifier | 34FA00148600 | New Jersey Office of the Attorney General |
| New Jersey | Burg License - Qualifier | 8/31/2025 | Kevin W. Rogers | Burglar Alarm Individual License to Qualify Separate Company License | 34BA00194300 | New Jersey Office of the Attorney General |
| New Jersey | Company Fire/Burg License | 1/31/2025 | CoLiant Solutions, Inc. / Kevin W. Rogers | Fire & Burglar Alarm Company License | 34BF00061800 | New Jersey Office of the Attorney General |
| New Mexico | Qualifier Low Voltage Electrical - ES03 | 9/30/2027 | Kevin Rogers | ES03 Low Voltage Special Systems | 362863 | New Mexico Regulation & Licensing Department, Construction Industries Division |
| New Mexico | Company Low Voltage Electrical - ES03 | 9/30/2027 | CoLiant Solutions, Inc. | ES03 Low Voltage Special Systems Company Unlimited Contract Amount | 362864 | New Mexico Regulation & Licensing Department, Construction Industries Division |
| New York | Alarm Installer (Statewide) | 5/6/2025 | Kevin W. Rogers | Alarm Installer (Statewide) | 12000277693 | NY Dept of State Div of Licensing Services |
| North Carolina | Electrical Contractor | 6/16/2025 | Kevin Wayne Rogers | Special Restricted Fire Alarm / Low Voltage | 27794-SP-FA/LV | North Carolina Board of Examiners of Electrical Contractors |
| North Carolina | Burglar Alarm Business License | 1/31/2025 | Kevin Wayne Rogers | Burglar Alarm Business | 006809P4M | North Carolina Alarm Systems Licensing Board |
| North Carolina | Burglar Alarm Business Qualifier | 1/31/2025 | Kevin Wayne Rogers | Burglar Alarm Business | 2161-CSA | North Carolina Alarm Systems Licensing Board |
| Ohio | Fire Certificate | 7/1/2025 | CoLiant Solutions, Inc. | Company Certificate - Service, Test Repair, Install Fire Protection or Fire Fighting Equipment | 53 89 1671 | Ohio Department of Commerce, Division of State Fire Marshal |
| Oklahoma | Licensed Alarm & Locksmith Industry Company | 4/30/2025 | CoLiant Solutions, Inc. | Burglar, Commercial Fire Alarm, Access Control, CCTV | 1780 | Oklahoma Department of Labor, Alarm Division |
| Oklahoma | CCTV Technician | 5/31/2025 | Adam J. Ross | CCTV Technician | 010002 | Oklahoma Department of Labor |
| Oklahoma | CCTV & Access Control Company Manager | 5/31/2025 | David A. Caringer | CCTV & Access Control Manager for License #1780 | 011569 | Oklahoma Department of Labor |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 10, Q. 62 ATTACHMENT**

| Jurisdiction | Document Title | Expiration Date of License | License Holder | License Classification | License Number | Issuing Agency |
|---|---|---|---|---|---|---|
| Oklahoma | Com Fire - Alarm Manager License | 9/30/2025 | Kevin Rogers | Commercial Fire & Burglar Company Manager Changed to Kevin 8/1/2021 | A470942 | Oklahoma Department of Labor |
| Oregon | Commercial General Contractor | 7/24/2025 | CoLiant Solutions, Inc. | Level 2 | 194377 | Oregon Construction Contractors Board |
| Oregon | Limited Energy Contractor | 7/1/2026 | CoLiant Solutions, Inc. | CLE - Limited Energy Contractor | CLE279 | Oregon Building Codes Division |
| Oregon | Limited Energy Technician | 10/1/2026 | Kevin Rogers | Class A | 5641LEA | Oregon Building Codes Division |
| South Carolina | Fire Alarm Systems Business | 7/31/2026 | CoLiant Solutions, Inc. Kevin Wayne Rogers | Fire Alarm Systems Business License | FAC 13367 | South Carolina Contractors' Licensing Board |
| South Carolina | Burglar Alarm Systems Business | 7/31/2026 | CoLiant Solutions, Inc. Kevin Wayne Rogers | Burglar Alarm Systems Business License | BAC 13376 | South Carolina Contractors' Licensing Board |
| Tennessee | Qualifying Agent License | 2/28/2025 | CoLiant Solutions, Inc. Kevin Wayne Rogers | Qualifying Agent: Burg, Fire, CCTV | 00001422 | Tennessee Department of Commerce & Insurance Board for Licensing Contractors |
| Tennessee | Registered Employee | 2/28/2025 | Ian Ortiz | Registered Employee: Burg, Fire, CCTV | 46894 | Tennessee Department of Commerce & Insurance Board for Licensing Contractors |
| Tennessee | Alarm Company License | 2/28/2025 | CoLiant Solutions, Inc. Kevin Wayne Rogers | Alarm Contracting Company: Burg, Fire, CCTV | 00001415 | Tennessee Department of Commerce & Insurance Board for Licensing Contractors |
| Tennessee | Alarm Contractor CE-D | 3/31/2025 | CoLiant Solutions, Inc. | Contractor License: CE-D, Burg, Fire, CCTV | 00061366 | Tennessee Department of Commerce & Insurance Board for Licensing Contractors |
| Tennessee | Registered Employee | 10/15/2025 | Brian Dale Lybrand | Registered Employee: Burg, Fire, CCTV | 00030061 | Tennessee Department of Commerce & Insurance Board for Licensing Contractors |
| Tennessee | Registered Employee | 12/11/2025 | Stephen Martin | Registered Employee: Burg, Fire, CCTV | 00030395 | Tennessee Department of Commerce & Insurance Board for Licensing Contractors |
| Texas | Fire Alarm Planning Superintendent | 2/18/2025 | Kevin Rogers | Fire Alarm Planning Superintendent | APS-2801667 | Texas Department of Insurance, Fire Marshal's Office |
| Texas | Fire Alarm Certificate of Registration | 4/14/2025 | CoLiant Solutions, Inc. | Fire Alarm Certificate of Registration | ACR-3452 | Texas Department of Insurance, Fire Marshal's Office |
| Texas | Alarm Installer & Company Rep | 4/22/2025 | Kevin Wayne Rogers | Alarm Installer and Company Representative for B15557 | 00016808 | Texas Department of Public Safety, Private Security Bureau |
| Utah | Agent - Burglar Alarm Company | 3/31/2025 | Kevin Wayne Rogers | Burglar Alarm Company Agent | 7986010-6502 | Utah Dept of Commerce Division of Occupational & Professional Licensing |
| Utah | Burg Alarm Company | 3/31/2025 | CoLiant Solutions, Inc. | Burglar Alarm Company | 8035001-6501 | Utah Dept of Commerce Division of Occupational & Licensing |
| Utah | Master Fire Alarm Tech | 9/13/2025 | Kevin W. Rogers | Certificate of Registration Master Fire Alarm Tech | AE36336 | Utah Dept of Public Safety - State Fire Marshal |
| Vermont | Master Electrician or Type S | | | | | Vermont F&B |
| Virginia | Class A Contractors License | 2/28/2025 | CoLiant Solutions, Inc. | FAS - Fire Alarm Systems; ESC - Electronic/Communication Service | 2705127008 | Department of Professional and Occupational Regulation |
| Virginia | Private Security Services Business | 3/31/2025 | CoLiant Solutions, Inc. | Electronic Security Services | 11-6628 | Department of Criminal Justice Services |
| Virginia | Private Security Business Compliance Agent | 4/30/2025 | Kevin W. Rogers | Complince Agent | CA-0002478 | Department of Criminal Justice |
| Washington | Electrical Contractor - Limited Energy | 6/13/2025 | CoLiant Solutions, Inc. | Electrical Contractor - Limited Energy | EC06 COLIAS1893K5 | Washington Deptartment of Labor and Industries |
| Washington | Electrical Contractor - General Construction | 8/11/2025 | CoLiant Solutions, Inc. | Electrical Contractor - General Construction | CC01 COLIAS1893LF | Washington Deptartment of Labor and Industries |
| Washington | Administrator - Limited Energy | 9/27/2027 | Kevin Rogers | License Administrator - Limited Energy | AD ROGERK*780MA | Washington State Department of Labor & Industries |
| West Virginia | Low Voltage Contractor | 6/22/2025 | CoLiant Solutions, Inc. | Low Voltage | WV046859 | West Virginia Contractor Licensing Board |
| West Virginia | Electrician License | 6/30/2027 | Kevin W. Rogers | Low Voltage | LV6728954260310 | West Virginia State Fire Marshal |

**COLIANT SOLUTIONS, INC.**
**CH. 11 CASE NO. 25-51509**
**SCHEDULE A/B, PART 10, Q. 62 ATTACHMENT**

| Jurisdiction | Document Title | Expiration Date of License | License Holder | License Classification | License Number | Issuing Agency |
|---|---|---|---|---|---|---|
| Wisconsin | Electrical Contractor License | 6/30/2025 | Ken Stallings | Electrical Contractor | 1553905 | Wisconsin Dept. Safety & Professional Services Trade Credential Unit |
| Wyoming | Low Volt Contractor General | 7/1/2025 | CoLiant Solutions, Inc. | Low Voltage Contractor General | LV-G-25323 | |
| Wyoming | LV Tech General License | 7/1/2025 | Kevin W. Rogers | LV Tech General | TLV-G-25322 | Wyoming Department of Fire Prevention & Electrical Safety |

**Fill in this information to identify the case:**

Debtor name ___CoLiant Solutions, Inc.___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___25-51509___

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
Advance Financial Corporation

Describe debtor's property that is subject to a lien
Blanket lien

$ 1,574,204.61     $ 4,315,784.85

Creditor's mailing address
3700 Mansell Road, Ste. 350
Alpharetta, GA 30022

Describe the lien
Agreement you made, UCC 067-2007-00658

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred ___06/06/2007___

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
AGCO/DLL Finance LLC 001-0555232-000

Describe debtor's property that is subject to a lien
Bobcat UV34G SN B53623194

$9,233.14     $2,000.00

Creditor's mailing address
PO Box 77122
Minneapolis, MN 55480-7702

Creditor's email address, if known
_____

Describe the lien
Agreement you made,

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred ___02/28/2022___
Last 4 digits of account number _____

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 7,622,834.91

| Debtor | CoLiant Solutions, Inc. | Case number *(if known)* | 25-51509 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** | **Creditor's name**
AGCO/DLL Finance LLC 001-0558913-000

**Describe debtor's property that is subject to a lien**

Bobcat UV34D SN B4LV22005

$11,946.53          $2,000.00

**Creditor's mailing address**

PO Box 77122
Minneapolis, MN 55480-7702

**Creditor's email address, if known**

**Date debt was incurred** 04/28/2022
**Last 4 digits of account number**

**Describe the lien**

Agreement you made, Equipment Lease

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** | **Creditor's name**
AGCO/DLL Finance LLC 101-0521832-000

**Describe debtor's property that is subject to a lien**

Kioti Kio 2200PS UTV HD Tires Utility Vehicle

$7,166.75          $2,000.00

**Creditor's mailing address**

PO Box 77122
Minneapolis, MN 55480-7702

**Creditor's email address, if known**

**Date debt was incurred** 07/09/2021
**Last 4 digits of account number**

**Describe the lien**

Agreement you made, UCC 044-2021-00398

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   CoLiant Solutions, Inc.                                                                Case number (if known)   25-51509
_____
Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>*Value of collateral that supports this claim* |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name
AGCO/DLL Finance LLC 101-0521832-000
_____

**Creditor's mailing address**

PO Box 77122
Minneapolis, MN 55480-7702
_____

**Creditor's email address, if known**
_____

Date debt was incurred    09/28/2022
Last 4 digits of account number    _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  [                                    ]
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Bobcat UV34G SN B53623102, Bobcat UV34G SN B53623194

**Describe the lien**
Agreement you made, Equipment Lease

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $25,194.53     Column B: $4,000.00

---

**2.6** Creditor's name
AGCO/DLL Finance LLC 101-0522586-000
_____

**Creditor's mailing address**

PO Box 77122
Minneapolis, MN 55480-7702
_____

**Creditor's email address, if known**
_____

Date debt was incurred    _____
Last 4 digits of account number    _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  [                                    ]
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Kioti Kio 2200PS UTV HD Tires Utility Vehicle, Kioti Kio 2200PS UTV HD Tires Utility Vehicle

**Describe the lien**
Agreement you made, Equipment Lease

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $11,447.99     Column B: $4,000.00

---

Debtor    CoLiant Solutions, Inc.
Name

Case number (if known) 25-51509

---

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** **Creditor's name**
Geneva Capital, LLC

**Describe debtor's property that is subject to a lien**
Roland VG3-540 54 Inch Print & Cut Combo Device, GFP 355 55 inch Laminator with top heated roller

$19,968.54          $2,000.00

**Creditor's mailing address**
1311 Broadway Street
Alexandria, MN 56308

**Creditor's email address, if known**

**Date debt was incurred** 10/7/2024
**Last 4 digits of account number**

**Describe the lien**
Agreement you made, UCC 007-2024-0471

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.8** **Creditor's name**
Newtek Small Business Finance LLC

**Describe debtor's property that is subject to a lien**
Blanket lien on personal property

$2,699,914.32          $4,315,784.85

**Creditor's mailing address**
1981 Marcus Avenue
Ste. 130, New Hyde Park, NY 11042

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Describe the lien**
Agreement you made, UCC 104-2023-00009

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page _4_ of _8_

Debtor    CoLiant Solutions, Inc.                                                                    25-51509
          _____                    Case number _if known_ _____
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9** Creditor's name
Raymond Leasing Corporation

_____

**Creditor's mailing address**

22 South Canal Street
Greene, NY 13778

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [_____]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Raymond Counterbalance Model 4250-C40TT SN 425-11-32127, Raymond Battery Model 18-125-13 SN RUC00114552, Exide Charger Model DEG-18-850 SN CK109507

$ 13,132.15     $ 4,500.00

**Describe the lien**

Agreement you made, UCC 007-2023-0191!

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** Creditor's name
River Capital Partners, LLC

_____

**Creditor's mailing address**

36 Airport Road Ste. 204
Lakewood, NJ 08701

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [_____]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Accounts Receivable

$ 383,700.00     $ 0.00

**Describe the lien**

Agreement you made, UCC 067-2025-0007

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | CoLiant Solutions, Inc. | Case number (if known) | 25-51509 |
|---|---|---|---|
| | Name | | |

---

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.11 Creditor's name
TBF GRP

**Describe debtor's property that is subject to a lien**

Accounts receivable

$409,720.00        $0.00

**Creditor's mailing address**

460 Faraday Avenue
Jackson, NJ 08527

**Creditor's email address, if known**

**Date debt was incurred** 02/0/2025
**Last 4 digits of account number** ____

**Describe the lien**

Agreement you made, UCC 038-2025-00248

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

### 2.12 Creditor's name
TBF GRP

**Describe debtor's property that is subject to a lien**

Accounts receivable

$999,285.68        $0.00

**Creditor's mailing address**

460 Faraday Avenue
Jackson, NJ 08527

**Creditor's email address, if known**

**Date debt was incurred** 02/03/2025
**Last 4 digits of account number** ____

**Describe the lien**

Agreement you made, UCC 038-2025-00248

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page _6_ of _8_

| Debtor | CoLiant Solutions, Inc. | | | Case number (if known) | 25-51509 |
|---|---|---|---|---|---|
| | Name | | | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13** **Creditor's name**
US Small Business Association

**Describe debtor's property that is subject to a lien**

Blanket lien

$1,457,920.67     $4,315,784.85

**Creditor's mailing address**

2 North Street
Ste. 320, Birmingham, AL 35203

**Creditor's email address, if known**

**Date debt was incurred** 08/17/2020
**Last 4 digits of account number**

**Describe the lien**

Agreement you made, UCC 038-2020-07626

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

　☐ Yes. The relative priority of creditors is specified on lines _____

**2.___** **Creditor's name**

**Describe debtor's property that is subject to a lien**

$_____     $_____

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

　☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | CoLiant Solutions, Inc. | Case number *(if known)* | 25-51509 |
|--------|--------------------------|--------------------------|----------|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|------------------------------------------------|
| DLL Finance LLC<br>PO Box 2000<br>Johnston, IA, 50131 | Line 2. 2 | _____ |
| DLL Finance LLC<br>PO Box 2000<br>Johnston, IA, 50131 | Line 2. 3 | _____ |
| DLL Finance LLC<br>PO Box 2000<br>Johnston, IA, 50131 | Line 2. 4 | _____ |
| DLL Finance LLC<br>PO Box 2000<br>Johnston, IA, 50131 | Line 2. 5 | _____ |
| DLL Finance LLC<br>PO Box 2000<br>Johnston, IA, 50131 | Line 2. 6 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor __CoLiant Solutions, Inc.__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number __25-51509__
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Alabama Department of Revenue
Business Privilege Tax Section
PO Box 327320
Montgomery, AL 36132-7320

As of the petition filing date, the claim is: $ 10.80     $ 10.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.2** Priority creditor's name and mailing address
Alaska Department of Revenue
P.O. Box 110400
Juneau, AK 99811-0400

As of the petition filing date, the claim is: $ 0.00     $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.3** Priority creditor's name and mailing address
Arizona Department of Revenue
PO Box 29010

Phoenix, AZ 85038-9010

As of the petition filing date, the claim is: $914.41     $914.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

Debtor  Outlant Solutions, Inc.
        Name

Case number (if known)  25-51509

---

**Part 1.**   **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.4**  **Priority creditor's name and mailing address**
Arkansas Department of Revenue
1900 W 7th Street
Rm 2062
Little Rock, AR 72201

$ 2,947.78      $ 2,947.78

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.5**  **Priority creditor's name and mailing address**
California Department of Tax and Fee Administration
P.O. Box 942879
Sacramento, CA 94279

$ 0.00      $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.6**  **Priority creditor's name and mailing address**
California State Board of Equalization
State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279

$ 0.00      $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.7**  **Priority creditor's name and mailing address**
Colorado Department of Revenue
1375 Sherman St.

Denver, CO 80261

$ 4,691.02      $ 4,691.02

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

Debtor ___Outliant Solutions, Inc.___    Case number *(if known)* __25-51509__
          Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2. 8**  **Priority creditor's name and mailing address**    $2,585.01    $2,585.01

Comptroller of Maryland
80 Calvert Street
PO Box 466
Annapolis, MD 21404-0466

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units
_____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _8_ )**

---

**2. 9**  **Priority creditor's name and mailing address**    $0.00    $_____

Connecticut Department of Revenue Services
25 Sigourney St., Ste 2
Hartford, CT 06106-5032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2. 10**  **Priority creditor's name and mailing address**    $0.00    $_____

Delaware Department of Finance - Division of Revenue
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2. 11**  **Priority creditor's name and mailing address**    $0.00    $_____

District of Columbia Office of Tax and Revenue
1101 4th Street, SW
Suite 270 West
Washington, DC 20024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

Debtor   Outlaw Solutions, Inc.                                    Case number *(if known)* 25-51509
         Name

---

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

---

**2.12** **Priority creditor's name and mailing address**
Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

$ 0.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.13** **Priority creditor's name and mailing address**
Georgia Department of Revenue Bankruptcy
2595 Century Parkway NE
Ste. 339
Atlanta, GA 30345

$ 0.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.14** **Priority creditor's name and mailing address**
Hawaii Department of Taxation
P.O. Box 259
Honolulu, HI 96809-0259

$ 0.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.15** **Priority creditor's name and mailing address**
Idaho State Tax Commission
PO Box 36
Boise, ID 83777-0410

$ 0.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   Goliant Solutions, Inc.
_____
        Name

Case number (if known) 25-51509

**Part 1.** **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2. 16  Priority creditor's name and mailing address**

Illinois Department of Revenue
100 West Randolph Street
Chicago, IL 60601-3274

Total claim: $ 0.00    Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**2. 17  Priority creditor's name and mailing address**

Indiana Department of Revenue
100 N. Senate Avenue
Indianapolis, IN 46204

Total claim: $ 0.00    Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**2. 18  Priority creditor's name and mailing address**

Iowa Department of Revenue
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319

Total claim: $ 3,379.22    Priority amount: $ 3,379.22

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**2. 19  Priority creditor's name and mailing address**

Kansas Department of Revenue
Docking State Office Building, Room 150
915 SW Harrison St.
Topeka, KS 66612

Total claim: $ 8,166.74    Priority amount: $ 8,166.74

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Debtor    Outliant Solutions, Inc.    Case number *(if known)* 25-51509
     Name

**Part 1.    Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2. 20** **Priority creditor's name and mailing address**    $ 156.60    $ 156.60

Kentucky Department of Revenue
600 West Cedar Street, 2nd Floor West

Louisville, KY 40202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 21** **Priority creditor's name and mailing address**    $ 0.00    $

Louisiana Department of Revenue
617 North Third Street
P.O. Box 201
Baton Rouge, LA 70821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ____ )**

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 22** **Priority creditor's name and mailing address**    $ 0.00    $

Maine Revenue Services
51 Commerce Drive
Augusta, ME 04330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ____ )**

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 23** **Priority creditor's name and mailing address**    $ 4,523.72    $ 4,523.72

Massachusetts Department of Revenue
100 Cambridge Street

Boston, MA 02114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Outliant Solutions, Inc.    Case number *(if known)*  25-51509
Name

---

**Part 1.**    **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.** **24**  **Priority creditor's name and mailing address**          $ 0.00          $ _____

Michigan Department of Treasury
430 W. Allegan Street
Lansing, MI 48922

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____          **Basis for the claim:**

_____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.** **25**  **Priority creditor's name and mailing address**          $ 0.00          $ _____

Minnesota Department of Revenue
600 North Robert St.
St. Paul, MN 55101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____          **Basis for the claim:**

_____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.** **26**  **Priority creditor's name and mailing address**          $ 1,677.35          $ 1,677.35

Mississippi Department of Revenue
P.O. Box 23192

Jackson, MS 39225-3192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____          **Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.** **27**  **Priority creditor's name and mailing address**          $ 0.00          $ _____

Missouri Department of Revenue
Harry S Truman State Office Building
301 West High Street
Jefferson City, MO 65101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____          **Basis for the claim:**

_____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

Debtor **Gutiam Solutions, Inc.** _____    Case number _(if known)_ 25-51509
        Name

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.28** **Priority creditor's name and mailing address**                                    $ 0.00          $ _____

Montana Department of Revenue
Sam W. Mitchell Bldg.
125 N. Roberts, 3rd Floor
Helena, MT 59601

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
_____                    _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.29** **Priority creditor's name and mailing address**                              $ 3,363.40        $ 3,363.40

Nebraska Department of Revenue
301 Centennial Mall South
PO Box 94818
Lincoln, NE 68509-4818

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
_____                    Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

---

**2.30** **Priority creditor's name and mailing address**                              $ 0.00          $ _____

Nevada Department of Taxation
1550 College Parkway Suite 115
Carson City, NV 89706

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
_____                    _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.31** **Priority creditor's name and mailing address**                              $ 0.00          $ _____

New Hampshire Department of Revenue
Administration
109 Pleasant St.
Concord, NH 03301

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
_____                    _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

Debtor  Gulfiant Solutions, Inc.                                          Case number *(if known)* 25-51509
        Name

---

**Part 1.**   **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.32** **Priority creditor's name and mailing address**

New Jersey Department of the Treasury
Corporate Filings Unit
33 West State Street, 5th Floor
Trenton, NJ 08608

Total claim: $ 0.00    Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.33** **Priority creditor's name and mailing address**

New Jersey Department of the Treasury -
Division of Taxation
50 Barrack Street
1st Floor Lobby
Trenton, NJ 08695

Total claim: $ 0.00    Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.34** **Priority creditor's name and mailing address**

New Mexico Taxation and Revenue Dept
1100 S. St. Francis Drive
PO Box 630
Santa Fe, NM 87504-6030

Total claim: $ 126.88    Priority amount: $ 126.88

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.35** **Priority creditor's name and mailing address**

New York State Department of Taxation and
Finance
1 Commerce Plaza
99 Washington Ave. Suite 600
Albany, NY 12231

Total claim: $ 152.98    Priority amount: $ 152.98

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 9 of 38

Debtor    Outliant Solutions, Inc.    Case number *(if known)* 25-51509

Name

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.36** **Priority creditor's name and mailing address**

North Carolina Department of Revenue
P.O. Box 25000

Raleigh, NC 27640-0520

$ 15,702.75    $ 15,702.75

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.37** **Priority creditor's name and mailing address**

North Dakota Office of State Tax Commissioner
PO Box 5621
Bismarck, ND 58506-5621

$ 0.00    $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.38** **Priority creditor's name and mailing address**

Ohio Department of Taxation
P.O. Box 2057

Columbus, OH 43270-2057

$ 1,757.37    $ 1,757.37

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.39** **Priority creditor's name and mailing address**

Oklahoma Department of Labor
409 NE 28th Street

Oklahoma City, OK 73105

$ 485.00    $ 485.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Outliant Solutions, Inc.                                         Case number (if known) 25-51509
_____
Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

---

**2.40** **Priority creditor's name and mailing address**

Oregon Department of Revenue
955 Center St NE
Salem, OR 97301-2555

$ 0.00                    $ _____

**As of the petition filing date, the claim is:**
Check all that apply:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.41** **Priority creditor's name and mailing address**

Pennsylvania Department of Revenue
PO Box 280905
Harrisburg, PA 17128-0947

$ 0.00                    $ _____

**As of the petition filing date, the claim is:**
Check all that apply:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.42** **Priority creditor's name and mailing address**

Rhode Island Department of Revenue - Division of Taxation
One Capitol Hill
Providence, RI 02908

$ 0.00                    $ _____

**As of the petition filing date, the claim is:**
Check all that apply:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.43** **Priority creditor's name and mailing address**

South Carolina Department of Revenue
300 Outlet Pointe Blvd

Columbia, SC 29210

$ 840.54                    $ 840.54

**As of the petition filing date, the claim is:**
Check all that apply:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

Debtor    Outliant Solutions, Inc.                                    Case number *(if known)* 25-51509
          Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.44** **Priority creditor's name and mailing address**
South Dakota Department of Revenue
445 East Capitol Ave.
Pierre, SD 57501

$ 0.00    $ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
___

**Basis for the claim:**
___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___)**

---

**2.45** **Priority creditor's name and mailing address**
Tennessee Department of Revenue
Andrew Jackson Building
500 Deaderick St.
Knoxville, TN 37242

$ 53,044.99    $ 53,044.99

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
___

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.46** **Priority creditor's name and mailing address**
Texas Comptroller
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin, TX 78774

$ 0.00    $ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
___

**Basis for the claim:**
___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___)**

---

**2.47** **Priority creditor's name and mailing address**
Texas Comptroller
Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528

$ 0.00    $ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
___

**Basis for the claim:**
___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___)**

---

Debtor  Outliant Solutions, Inc.                                  Case number *(if known)*  25-51509
        Name

| **Part 1.** | **Additional Page** |

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.48** **Priority creditor's name and mailing address**                          $ 34.27            $ 34.27

Utah State Tax Commission
210 N 1950 W

Salt Lake City, UT 84134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units
_____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**
☑ No
☐ Yes

---

**2.49** **Priority creditor's name and mailing address**                          $ 0.00

Vermont Department of Taxes
133 State Street
Montpelier, VT 05633

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**
☑ No
☐ Yes

---

**2.50** **Priority creditor's name and mailing address**                          $ 0.00

Virginia Department of Taxation
1957 Westmoreland Street
Richmond, VA 23230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**
☑ No
☐ Yes

---

**2.51** **Priority creditor's name and mailing address**                          $ 0.00            $ _____

Virginia Department of Taxation
Office of Customer Services
P.O. Box 1115
Richmond, VA 23218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**
☑ No
☐ Yes

---

Debtor __Outlaw Solutions, Inc._____    Case number (if known)__25-51509_____
            Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.52** **Priority creditor's name and mailing address**

Washington Department of Revenue
P.O. Box 47478
Olympia, WA 98504-7478

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)
☑ No
☐ Yes

$ 0.00    $ _____

---

**2.53** **Priority creditor's name and mailing address**

West Virginia State Tax Department
Taxpayer Services Division
Post Office Box 3784
Charleston, WV 25337-3784

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)
☑ No
☐ Yes

$ 0.00    $ _____

---

**2.54** **Priority creditor's name and mailing address**

Wisconsin Department of Revenue
819 N. Sixth St., Room 408
Milwaukee, WI 53203-1606

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)
☑ No
☐ Yes

$ 0.00    $ _____

---

**2.55** **Priority creditor's name and mailing address**

Wyoming Department of Revenue
122 West 25th Street, 2nd Floor West
Cheyenne, WY 82002-0110

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)
☑ No
☐ Yes

$ 0.00    $ _____

---

Debtor  Coliant Solutions, Inc.                                    Case number *(if known)*  25-51509
        _____
        Name

| Part 2: | List All Creditors with **NONPRIORITY** Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
3WMOTUS LLC
20646 Sunset Alps Dr

New Caney, TX 77357

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 11,616.34

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Acre Security Americas
3700 E. Plano Pkwy
Building A, Suite 100
Plano, TX 75074

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 875.34

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
ADI
25429 Network Place

Chicago, IL 60673-1254

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 21,438.69

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Advanced Cable Net Solutions
9104 Industry Drive

Manassas Park, VA 20111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,475.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
AGCO Finance, LLC
PO Box 77113
Minneapolis, MN 55480-7702

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Lease

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Amazon Capital Services
PO Box 035184

Seattle, WA 98124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 40,813.28

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Gotliant Solutions, Inc.    Case number (if known)    25-51509
    Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 7    **Nonpriority creditor's name and mailing address**

Another Helper
97 Country Road 1471

Cullman, AL 35055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 43,100.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8    **Nonpriority creditor's name and mailing address**

Avigilon USA Corporation
Dept 3229

Dallas, TX 75312-3229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 514,413.02

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 9    **Nonpriority creditor's name and mailing address**

B2B Alarms
9605 US HWY 90 W. #154

San Antonio, TX 78245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 12,752.86

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 10    **Nonpriority creditor's name and mailing address**

Bartons Network LLC
26 Brill Street

Newark, NJ 07105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ 44,769.70

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 11    **Nonpriority creditor's name and mailing address**

Batteries Plus
Lockbox BPB National Accounts 29305 Network Place
29305 Network Place
Chicago, IL 60673-1293

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 88,309.20

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Scotland Solutions, Inc. | Case number (if known) | 25-51509 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12  Nonpriority creditor's name and mailing address**

Benchmark Group, Inc.
PO Box 1212

Lowell, AZ 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 35,681.46

---

**3.13  Nonpriority creditor's name and mailing address**

Best Tech Cabling & Installation
4222 W. Union St.

Tampa, FL 33607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,057.50

---

**3.14  Nonpriority creditor's name and mailing address**

Boldtronics Inc.
655 Post Road

Madison, WI 53713

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 909.13

---

**3.15  Nonpriority creditor's name and mailing address**

BRH Communications
11879 Creek Trail

Sylmar, CA 91342

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 63,678.31

---

**3.16  Nonpriority creditor's name and mailing address**

Cabling Solutions, LLC
7890 Boothill Drive

Park City, UT 84098

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 460,798.50

---

Debtor    CoLiant Solutions, Inc.                                              Case number (if known)    25-51509
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.17** Nonpriority creditor's name and mailing address

Chief Facility Defense (CFD)
4330 South Lee St

Buford, GA 30518

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 47,926.81

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Cleeton Sanitation Service
90 Harold
PO Box 50
Tovey, IL 62570

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 186.80

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

CMS
PO Box 871874

Kansas City, MO 64187-1874

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,722.26

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

CoLiant Properties
2703 Brickton North Drve

Buford, GA 30518

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 5,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

ControlByWeb, LLC
1681 West 2960 South

Nibley, UT 84321

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 11,042.23

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Gotlant Solutions, Inc. | Case number (if known) 25-51509 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22  Nonpriority creditor's name and mailing address**

Converged Systems & Solutions
#38 Pine Road

Bridgetown Barbados, WI B111113

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 30,994.70

---

**3.23  Nonpriority creditor's name and mailing address**

ConvergeOne, Inc
NW 5806

Minneapolis, MN 55485-5806

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,530.00

---

**3.24  Nonpriority creditor's name and mailing address**

Crescent Electric
PO BOX 500 ,

EAST DUBUQUE, IL 61025-4418

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 983.56

---

**3.25  Nonpriority creditor's name and mailing address**

CSC - Corporation Service Company - CSC
P.O. Box 7410023

Chicago, IL 60674-5023

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,250.17

---

**3.26  Nonpriority creditor's name and mailing address**

Cybernautic
2404 E. Empire

Bloomington, IL 61704

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11,000.00

---

Debtor _____    Case number (if known) __25-51509__
    GoLiant Solutions, Inc.
    Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

Emburse Inc.
P. O. Box 780965

Philadelphia, PA 19178-0965

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ Unknown

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

**3.28** Nonpriority creditor's name and mailing address

Enterprise FM Trust by Enterprise Fleet
Management Inc, its attorney in fact
5909 Ptree Dunwoody Rd Ste 500
Atlanta, GA 30328

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vehicles leased under Master Lease Agreement

$ Unknown

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

**3.29** Nonpriority creditor's name and mailing address

Enterprise Holdings Inc
PO Box 402383

Atlanta, GA 30384-2383

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 23,459.93

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

**3.30** Nonpriority creditor's name and mailing address

Eunitel, Inc.
6211 N. Monticello Ave

Chicago, IL 60659

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 910,312.55

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

**3.31** Nonpriority creditor's name and mailing address

F.D. Hayes Electric
2301 Beal Ave.

Lansing, MI 48910

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,128.19

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

| Debtor | Gotland Solutions, Inc. | | Case number *(if known)* | 25-51509 |
| | Name | | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

| 3.**32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 5,591.60 |

Fast Signs
2112 S MacArthur Blvd
Suite A
Springfield, IL 62704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.**33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 5,687.03 |

FedEx
P. O. Box 660481

Dallas, TX 75266-0481

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.**34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 211,993.66 |

Fehring Ornamental Ironworks
10685 E State Route 29

Rochester, IL 62563

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.**35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 64,000.00 |

Firmament Solutions
510 Plaza Drive

Atlanta, GA 30349

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.**36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 29,487.50 |

Fredmar, LLC
12811 W Desert Cove Rd.

El Mirage, AZ 85335

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Gotland Solutions, Inc.                          Case number *(if known)*  25-51509
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 37    **Nonpriority creditor's name and mailing address**

Geneva Capital, LLC
1311 Broadway St
Alexandria, MN 56308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Lease

$ 21,500.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 38    **Nonpriority creditor's name and mailing address**

Global Executive Group
3480 Peachtree Rd NE

Atlanta, GA 30518

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 34,185.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 39    **Nonpriority creditor's name and mailing address**

Grainger
Dept 863590063

Palatine, IL 60038-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,821.70

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 40    **Nonpriority creditor's name and mailing address**

Graybar
PO Box 403052

Atlanta, GA 30384-3052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 203.17

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 41    **Nonpriority creditor's name and mailing address**

H&E Equipment Services
PO Box 849850

Dallas, TX 75284-9850

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 102,435.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

Debtor    Scolian Solutions, Inc.                                    Case number _(if known)_  25-51509
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.42**  Nonpriority creditor's name and mailing address

Home Depot Rental
PO Box 789

Fort Mill, SC 29716

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 6,563.04

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

**3.43**  Nonpriority creditor's name and mailing address

HOTEL ENGINE
720 S Colorado Blvd

Denver, CO 80246

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 38,583.03

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

**3.44**  Nonpriority creditor's name and mailing address

Hunt & Taylor Law Group, LLC
1001 Riverside Dr, Ste A

Gainesville, GA 30501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 7,437.85

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

**3.45**  Nonpriority creditor's name and mailing address

IES Commercial Inc.
1010 Bowen Parkway

Suffolk, VA 23435

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 2,330.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

---

**3.46**  Nonpriority creditor's name and mailing address

Install Subs LLC
7639 Southeastern

Indianapolis, KS 46239

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

$ 35,250.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

| Debtor | SciLiant Solutions, Inc. | Case number *(if known)* | 25-51509 |
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.47** **Nonpriority creditor's name and mailing address**

Jason Hogan Designs
1987 Hwy 254

Cleveland, GA 30528

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,396.57

| Date or dates debt was incurred | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | _____ |

---

**3.48** **Nonpriority creditor's name and mailing address**

JCV Communications
4563 Technology Dr.
Suite 7
Wilmington, NC 28405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 58,244.90

| Date or dates debt was incurred | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | _____ |

---

**3.49** **Nonpriority creditor's name and mailing address**

Jones Eng Group LLC
8013 Brookstone CT

Severn, MD 21144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,500.00

| Date or dates debt was incurred | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | _____ |

---

**3.50** **Nonpriority creditor's name and mailing address**

Kenneth and Contessa Stallings
2703 Brickton North Drive
Buford, GA 30518

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 247,000.00

| Date or dates debt was incurred | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | _____ |

---

**3.51** **Nonpriority creditor's name and mailing address**

Keyence Corporation of America
500 Park Boulevard

Itasca, IL 60143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 9,204.84

| Date or dates debt was incurred | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | _____ |

| Debtor | Gotland Solutions, Inc. | Case number (if known) 25-51509 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

Krista Ann Jackson
15 Knollcrest Lane

Chatham, IL 62629

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 525.00

---

**3.53** Nonpriority creditor's name and mailing address

LHI, LLC
327 Sandymead Road

Matthews, NC 28105

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 108,004.56

---

**3.54** Nonpriority creditor's name and mailing address

Los Angeles Detection Systems
145 Glenoaks Blvd, Suite 15

Burbank, CA 91502

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,157.00

---

**3.55** Nonpriority creditor's name and mailing address

Maple Systems Inc.
808 134th Street SW

Everett, WA 98204

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 29,615.71

---

**3.56** Nonpriority creditor's name and mailing address

March Networks Inc
PO Box 66512

Chicago, IL 60666

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 361.40

---

Debtor    Gotland Solutions, Inc.                                      Case number (if known)    25-51509
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.57** Nonpriority creditor's name and mailing address

MASCO PACKAGING & INDUSTRIAL SUPPLY
290 North Street

Springfield, IL 62704

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 3,524.62

---

**3.58** Nonpriority creditor's name and mailing address

Master DataComm, Inc
8026 Carolyn Ln

Morris, AL 35116

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 146,400.00

---

**3.59** Nonpriority creditor's name and mailing address

MCS General Construction
6523 Pool Hill Road

Fulshear, TX 77441

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 40,270.00

---

**3.60** Nonpriority creditor's name and mailing address

MecoClub
908 S Kickapoo St

Lincoln, IL 62656

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 1,350.00

---

**3.61** Nonpriority creditor's name and mailing address

Medallion Transport & Logistics, LLC
701 East Gate Drive Ste 110

Mt Laurel, NJ 08054

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 60,845.00

---

| Debtor | Gotland Solutions, Inc. | Case number _(if known)_ | 25-51509 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

Michael Kern
17212 S Pawnee Road

Pawnee, IL 62558

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 10,500.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.63** Nonpriority creditor's name and mailing address

Miles T-Shirts
306 W North St

Spingfield, IL 62704

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

$ 5,000.02

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.64** Nonpriority creditor's name and mailing address

Mimecast North America, Inc.
Mimecast North America Inc

Detroit, MI 48277-2609

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 3,330.52

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.65** Nonpriority creditor's name and mailing address

Mobile Mini, Inc.
P.O. Box 650882

Dallas, TX 75265-0882

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 6,454.91

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.66** Nonpriority creditor's name and mailing address

Mobile Modular Portable Storage
P.O. Box 45043

San Francisco, CA 94145-5043

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 3,841.56

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Gotland Solutions, Inc. | Case number (if known) | 25-51509 |
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.67** Nonpriority creditor's name and mailing address

Morningstar
8 Pheasant Run

Newtown, PA 18940

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,879.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**3.68** Nonpriority creditor's name and mailing address

Mutual of Omaha G000B8FT
Payment Processing Center

Omaha, NE 68103-2147

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,433.65

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**3.69** Nonpriority creditor's name and mailing address

NAVAID Solutions
28210 Paseo Dr
Suite 190
Wesley Chapel, FL 33543

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 20,300.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**3.70** Nonpriority creditor's name and mailing address

New Horizon Communications
200 Baker Ave

Concord, MA 01742-2112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 227.89

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**3.71** Nonpriority creditor's name and mailing address

NinjaRMM, LLC
26750 US Highway 19 North

Clearwater, FL 33761

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,274.74

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor    Gotland Solutions, Inc.    Case number (if known)    25-51509
　　　　Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72  Nonpriority creditor's name and mailing address**

Overwatch
2477 Valleydale Rd, Ste A-2

Birmingham, AL 35244

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 129,994.22

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.73  Nonpriority creditor's name and mailing address**

Phillip Meyer
14 Mesa Rd.

Springfield, IL 62702

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,481.25

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.74  Nonpriority creditor's name and mailing address**

Power-Comm Technologies
P.O. Box 1078

Highland, CA 92346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 88,600.00

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.75  Nonpriority creditor's name and mailing address**

PowerLink Technologies
407 Cedar Creek

Winder, GA 30680

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43,095.00

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.76  Nonpriority creditor's name and mailing address**

Precision Fire Protection Services
987 E 21st St; STE B

Yuma, AZ 85365

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 900.00

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

Debtor    Gotland Solutions, Inc.    Case number (if known)    25-51509
_____
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77  Nonpriority creditor's name and mailing address**

Premier Technology Systems
Four Coins Drive
Suite 100
Cannonsburg, PA 15317

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 31,904.20

---

**3.78  Nonpriority creditor's name and mailing address**

Quality Touch Cabling
1170 Celebration Blvd. Suite100

Celebration, FL 34747

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 352,347.75

---

**3.79  Nonpriority creditor's name and mailing address**

Reliable Relamping
6459 Nash Highway

Saranac, MI 48881

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 7,382.82

---

**3.80  Nonpriority creditor's name and mailing address**

Robert Half
PO Box 743295

Los Angeles, CA 90074-3295

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,675.00

---

**3.81  Nonpriority creditor's name and mailing address**

Ron's Remodeling
2948 Maple Run Drive

Madison, WI 53719

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 968.00

---

Debtor  Gotland Solutions, Inc.                                  Case number (if known) 25-51509
        Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** Nonpriority creditor's name and mailing address

RPA
780 Johnson Ferry Road

Atlanta, GA 30342

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 781.25

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.83** Nonpriority creditor's name and mailing address

Rushton
P.O. Box 2917

Gainesville, GA 30503-2917

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 35,000.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address

Safe Security Solutions
1120 Springwood Dr.

Saginaw, TX 76179

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 28,750.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.85** Nonpriority creditor's name and mailing address

Sam's Club / Synchrony Bank
P.O. Box 530981

Atlanta, GA 30353-0981

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 1,249.96

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address

Shelly Electric Co. Inc.
1126 Callowhill St.

Philadelphia, PA 19123

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 2,539.51

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Gotland Solutions, Inc.    Case number (if known) 25-51509
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87  Nonpriority creditor's name and mailing address**

Sign Outlet Store
2200 Ogden Ave.
Suite 350
Lisle , IL 60352

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 885.82

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.88  Nonpriority creditor's name and mailing address**

SignalNet Communications, Inc.
205 Windco Circle

Wylie, TX 75098

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 67,754.68

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.89  Nonpriority creditor's name and mailing address**

Simply Surveillance
1311 Gaston Street

Bessemer City, NC 28016

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 62,371.24

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.90  Nonpriority creditor's name and mailing address**

Spartan 7 Securities
P.O. Box 11920

Conway, AR 72034

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 70,742.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.91  Nonpriority creditor's name and mailing address**

Spartan Communications
108 Alberta Lane

Winder, GA 30680

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 71,428.14

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Gotland Solutions, Inc. | Case number (if known) | 25-51509 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 92    **Nonpriority creditor's name and mailing address**

Star Protection Agency California
7901 Oakport St.

Oakland, CA 94621-2022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 143,703.75

---

**3.** 93    **Nonpriority creditor's name and mailing address**

Suburban Electric
700 N Lynndake Dr

Appleton, WI 54914

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 8,522.95

---

**3.** 94    **Nonpriority creditor's name and mailing address**

Sullivan Communications
4830 Sorento Road

Sacramento, CA 95835

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 30,640.00

---

**3.** 95    **Nonpriority creditor's name and mailing address**

Sun Surveillance
418 Old Greenville Road
Spartanburg, SC 29301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 1,934,169.94

---

**3.** 96    **Nonpriority creditor's name and mailing address**

Synovus Company CC
33 West 14th Street

Columbus, GA 31901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 17,516.67

---

| Debtor | Gotland Solutions, Inc. | Case number *(if known)* | 25-51509 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 97   **Nonpriority creditor's name and mailing address**

T Mobile
P.O. Box 742596

Cincinnati, OH 45274-2596

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 36,290.34

---

**3.** 98   **Nonpriority creditor's name and mailing address**

Tech Know Security
12385 W. Henry Rd

Deputy, IN 47230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,035.00

---

**3.** 99   **Nonpriority creditor's name and mailing address**

Telguard
3225 Cumberland Blvd SE

Atlanta, GA 30339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,203.60

---

**3.** 100   **Nonpriority creditor's name and mailing address**

Teltonika IOT Solutions USA Inc
5000 Riverside Dr., Building 5, Suite 300

Irving, TX 75039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,910.00

---

**3.** 101   **Nonpriority creditor's name and mailing address**

Texas Technology Integrators
909 Jack Brown

Whitehouse, TX 75791

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19,000.00

---

| Debtor | Goliant Solutions, Inc. | Case number (if known) | 25-51509 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.102** Nonpriority creditor's name and mailing address

TForce Worldwide
P.O. Box 7410328

Chicago, IL 60674-0328

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,540.07

---

**3.103** Nonpriority creditor's name and mailing address

The Hartford
690 Asylum Avenue

Hartford, CT 6155

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 9,234.17

---

**3.104** Nonpriority creditor's name and mailing address

TRC Electronics
4171 Stony Lane

Doylestown, PA 18902

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 27,183.57

---

**3.105** Nonpriority creditor's name and mailing address

Trusted Tech Team
5171 California Ave, Suite 250

Irvine, CA 92617

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,155.34

---

**3.106** Nonpriority creditor's name and mailing address

United Rentals - WM
National Credit Office
P.O. Box 100711
Atlanta, GA 30384-0711

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 276,423.91

---

| Debtor | Gotland Solutions, Inc. | Case number (if known) | 25-51509 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 107  **Nonpriority creditor's name and mailing address**

United Rentals, Inc.
National Credit Office

Atlanta, GA 30384-0711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 119,400.09

---

**3.** 108  **Nonpriority creditor's name and mailing address**

Virginia Electronic Components
1155 5th St SW

Charlottesville, VA 22902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 109,290.08

---

**3.** 109  **Nonpriority creditor's name and mailing address**

WEX - FSA
P.O. Box 9528

Fargo, ND 58106-9528

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 166.25

---

**3.** 110  **Nonpriority creditor's name and mailing address**

White Electrical Construction Co
1730 Chattahoochee Ave

Atlanta, GA 30318

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,491.33

---

**3.** 111  **Nonpriority creditor's name and mailing address**

Willscot
4646 E Van Buren St

Phoenix, AZ 85008-6927

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,286.69

---

Debtor    Gotland Solutions, Inc.    Case number *(if known)* __25-51509__
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 112  Nonpriority creditor's name and mailing address

Woolley Trucking LLC
17281 E 350th St

Orion, IL 61273

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,698.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.____**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor ___Soliant Solutions, Inc._____     Case number (if known)___25-51509_____
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 104,560.83 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 7,521,648.59 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 7,626,209.42 |

**Fill in this information to identify the case:**

Debtor name _CoLiant Solutions, Inc._

United States Bankruptcy Court for the: _Northern District of Georgia_

Case number (If known): _25-51509_          Chapter _11_

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement with 3wmotus, LLC | N/A |
| | State the term remaining | 8 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | SecureServe Video Detection Agreement with 5420 SunsetBoulevard LP, LLC | N/A |
| | State the term remaining | Month to month | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Subcontract with Elmington Construction, LLC - Union Commons Family Project | N/A |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Subcontract with Elmington Construction, LLC -Union Commons Senior Project | N/A |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement with Atlas Building Group-Home Depot #276 - TRC | N/a |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | CoLiant Solutions, Inc. | Case number (*if known*) | 25-51509 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Security Monitoring Agreement with WR Rhode Island Builders, LLC - Alta Altitude | N/A |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Contract with 24 Campus - Chatsworth CA | N/A |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor Agreement with Atlas Building Group-Home Depot #1116 | N/A |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor Agreement with Atlas Building Group-Home Depot #0371 | N/A |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor Agreement with Atlas Building Group-Home Depot #6328 TRC (South Chase) | N/A |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Renewal, LLC Lessor | N/A |
| | State the term remaining | Month to month | |
| | List the contract number of any government contract | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement with Kaufman Lynn Construction - Site Surveillance at Render at Sarasota | N/A |
| | State the term remaining | Month to month | |
| | List the contract number of any government contract | | |

| Debtor | CoLiant Solutions, Inc. | Case number (*if known*) | 25-51509 |
| --- | --- | --- | --- |
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Security Service Contract with NEI Northeast for Holbrook Center | N/A |
| | **State the term remaining** | 1 Year 7 Months | |
| | **List the contract number o any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureVision Video Detection Agreement with Aberdeen Ridge, Inc. | N/A |
| | **State the term remaining** | Month to month | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureVision Video Detection Agreement by and between 7618 Burnet - Austin TX and Coliant Solutions | N/A |
| | **State the term remaining** | 3 months, then month to month | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Security Service Contract by and between Whiting Turner | N/A |
| | **State the term remaining** | 1 year 1 month | |
| | **List the contract number of any government contract** | | |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor Agreement with Sheil Sexton Company -The Farm at Zionsville PropCo, LLC | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with Advanced Cable Net Solutions | N/A |
| | **State the term remaining** | 7 months | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase/Monitoring Agreement with Maple Multi Family SE Contractor, LLC/ Alexan Ludlam OCIP | N/A |
| | **State the term remaining** | 6 months | |
| | **List the contract number of any government contract** | | |

Debtor    CoLiant Solutions, Inc.
_____
Name

Case number *(if known)*  25-51509
_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.20  **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number o any government contract** | Purchase/Monitoring Agreement with Elmington Construction, LLC <br><br><br> Month to month | N/A |
| 2.21  **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Security Monitoring Agreement with Alta 87/WP West Builders Arizona, LLC <br><br> 9 months | N/A |
| 2.22  **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Subcontractor Agreement with Abington Builders, LLC -Alta Abington Station | N/A |
| 2.23  **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Security Monitoring Agreement with Alta Addison Court/WP West Builders Arizona, LLC <br><br> 11 months | N/A |
| 2.24  **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Subcontract Agreement/Remote Surveillance Monitoring Agreement with WP Oregon Builders, LLC | N/A |
| 2.25  **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Security Monitoring Agreement with Alta Dove Valley/WP West Builders Arizona, LLC <br><br> 9 months | N/A |
| 2.26  **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Subcontractor/Security Monitoring Agreement with Marlborough Builders, LLC - Alta French Hill | N/A |

Debtor  CoLiant Solutions, Inc.
_____
Name

Case number *(if known)* 25-51509
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.27 **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number o any government contract** <br> Subcontractor/Security Monitoring Agreement with Wood Florida Builders, LLC - Alta Lakes | N/A |
| 2.28 **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** <br> Subcontractor/Security Monitoring Agreement with WP Tennessee Builders, LLC - Alta Lofts on the Levee | N/A |
| 2.29 **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** <br> Subcontractor/Security Monitoring Agreement with Wood Partners, LLC - Alta Nashoba Valley <br> 13 monhts | N/A |
| 2.30 **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** <br> Subcontractor/Security Monitoring Agreement with Wood Partners, LLC/New Carrollton Builders, LLC - Alta New Carrollton <br> 8 months | N/A |
| 2.31 **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** <br> Subcontractor/Security Monitoring Agreement with WP Washington Builders, LLC - Alta North City <br> 9 months | N/A |
| 2.32 **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** <br> Subcontractor/Security Monitoring Agreement with Woodmont Builders, LLC - Alta Oak and Pine <br> 2 months | N/A |
| 2.33 **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** <br> Subcontractor/Security Monitoring Agreement with WP South Builders Georgia, LLC - Altera Ben Hill <br> 16 months | N/A |

| Debtor | CoLiant Solutions, Inc. | Case number *(if known)* | 25-51509 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.34 **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor/Security Monitoring Agreement with Wood Florida Builders, LLC - Alta Reagan | N/A |
| **State the term remaining** | 5 months | |
| **List the contract number o any government contract** | | |
| 2.35 **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor/Security Monitoring Agreement with WP Tennessee Builders, LLC - Alta Rochelle | N/A |
| **State the term remaining** | 9 months | |
| **List the contract number of any government contract** | | |
| 2.36 **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor/Security Monitoring Agreement with Wood Florida Builders, LLC - Altera Jacaranda | N/A |
| **State the term remaining** | 11 months | |
| **List the contract number of any government contract** | | |
| 2.37 **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor/Security Monitoring Agreement with WP South Builders Georgia, LLC - Altera Union City | N/A |
| **State the term remaining** | 4 months | |
| **List the contract number of any government contract** | | |
| 2.38 **State what the contract or lease is for and the nature of the debtor's interest** | Security Service Contract with Plumb House - Apartments at Powder Mill | N/A |
| **State the term remaining** | 8 months | |
| **List the contract number of any government contract** | | |
| 2.39 **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor/Security Monitoring Agreement with Neighbors Construction Co., Inc. - Arrive KC Apartments | N/A |
| **State the term remaining** | 2 years | |
| **List the contract number of any government contract** | | |
| 2.40 **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with HUB RTP - Durham NC | N/A |
| **State the term remaining** | Month to month | |
| **List the contract number of any government contract** | | |

Debtor   CoLiant Solutions, Inc.
_____
Name

Case number *(if known)*   25-51509
_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.41** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number o any government contract | SecureServe Video Detection Agreement with Toll Bros., Inc. - 1155 Aster Avenue - Sunnyvale CA<br><br>1 year 4 months | N/A |
| **2.42** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SecureServe Video Detection Agreement with Atlantic Park NW - Virginia Beach, VA<br><br>7 months | N/A |
| **2.43** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Services Agreement with B2B Alarms, LLC | N/A |
| **2.44** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Security Monitoring Agreement with Bainbridge Construction, LLC - Bainbridge Sand Lake Apartments<br><br>3 months | N/A |
| **2.45** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Services Agreement by and between CoLiant Solutions, Inc. and Barton's Network LLC<br><br>Yearly renewal unless terminated | N/A |
| **2.46** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Services Agreement by and between CoLiant Solutions, Inc. and Boldtronics, Inc.<br><br>Yearly renewal unless terminated | N/A |
| **2.47** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Subcontract/Monitoring Agreement with Elmington Construction, LLC - Blueridge Multifamily | N/A |

| Debtor | CoLiant Solutions, Inc. | Case number (if known) | 25-51509 |
|---|---|---|---|
| | Name | | |

## ▉ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.48** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number o any government contract | Master Services Agreement with Cabling Solutions, LLC | N/A |
| **2.49** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SecureVision Video Detection Agreement with Carman Place Apartments - Hempstead NY and Coliant Solutions<br><br>3 months | N/A |
| **2.50** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Master Services Agreement with Chief Holdings, LLC dba Chief Facility Defense | N/A |
| **2.51** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Security Service Contract with TCR A Crow Holding Company - Alexan Pena Station | N/A |
| **2.52** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SecureServe Video Detection Agreement with The Link Multifamily - Frisco TX and Coliant Solutions<br><br>Annual renewal | N/A |
| **2.53** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SecureServe Video Detection Agreement with Vintage at Lockwood - Oxnard CA and Coliant Solutions | N/A |
| **2.54** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Subcontractor Agreement with Milton J. Womack, Inc. | N/A |

| Debtor | CoLiant Solutions, Inc. | Case number *(if known)* | 25-51509 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Ballantine F Property Owner Urban Renewal LLC | N/A |
| | **State the term remaining** | 28 months from date of agreement | |
| | **List the contract number o any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with BRH Communications; Non-Disclosure/Non-Compete Agreement | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontract/Monitoring Agreement with Fulcrum - Brynn Apartments | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Surveillance System agreement with AOG Living - Capitol View | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor/Monitoring Agreement with Dillard's Inc. - 314 - Springfield, MO | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | Site Security Agreement with RD Olson Construction - Montage Conference Center | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with The Link SFR - Frisco TX | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | CoLiant Solutions, Inc. | Case number *(if known)* | 25-51509 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Vintage at Lockwood - Oxnard CA | N/A |
| | **State the term remaining** | Yearly renewal unless terminated | |
| | **List the contract number o any government contract** | | |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Friendship Senior Housing, L.P. and Coliant Solutions | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontract with Conifer-LeChase Construction, LLC for James L. Simmons Senior Apartments | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | Security Monitoring Agreement with Alliance Residential Builders - Prose Plant City Project | N/A |
| | **State the term remaining** | 15 months | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Reflections Redeploy | N/A |
| | **State the term remaining** | 5 months | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | Monitoring Agreement with City of Dixon | N/A |
| | **State the term remaining** | 10 months | |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | Monitoring Agreement with Bainbridge Construction Companies - Mission Pointe Phase 2 | N/A |
| | **State the term remaining** | 1 year | |
| | **List the contract number of any government contract** | | |

| Debtor | CoLiant Solutions, Inc. | Case number *(if known)* | 25-51509 |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.**69** | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Superstition Springs Mesa Az Solar - HB Bases | N/A |
| | **State the term remaining** | Yearly renewal unless terminated | |
| | **List the contract number o any government contract** | | |
| 2.**70** | **State what the contract or lease is for and the nature of the debtor's interest** | Monitoring Agreement with WP West Builders Arizona, LLC - Alta Goodyear | N/A |
| | **State the term remaining** | Yearly renewal unless terminated | |
| | **List the contract number of any government contract** | | |
| 2.**71** | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontract Agreement/Monitoring Agreement with Choate Construction Company - Commonwealth MultiFamily | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.**72** | **State what the contract or lease is for and the nature of the debtor's interest** | Monitoring Agreement with WP East Builders NC, LLC | N/A |
| | **State the term remaining** | 8 months | |
| | **List the contract number of any government contract** | | |
| 2.**73** | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Henri-Phoenix, AzMove from Callia | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.**74** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement Lessee | Enterprise FM Trust by Enterprise Fleet Management Inc, its attorney in fact 5909 Ptree Dunwoody Rd Ste 500 Atlanta, GA, 30328 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.**75** | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Alexan Northglenn - Northglenn CO REV1 | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | CoLiant Solutions, Inc. | Case number (*if known*) | 25-51509 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with 5150 El Camino - Los Altos CA | N/A |
| | **State the term remaining** | 23 months | |
| | **List the contract number o any government contract** | | |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontract/Monitoring Agreement with LEC Properties, Inc. - Crowne at Hickory Grove | N/A |
| | **State the term remaining** | 11 months | |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontract/Monitoring Agreement with Elmington Construction - Daffan Lane | N/A |
| | **State the term remaining** | Month to month | |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor/Monitoring Agreement with California Home Builders - De Soto | N/A |
| | **State the term remaining** | Month to month | |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Trintas Construction (AL) LLC | N/A |
| | **State the term remaining** | 7 months | |
| | **List the contract number of any government contract** | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Double Creek Phase 2 | N/A |
| | **State the term remaining** | Yearly renewal unless terminated | |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Eagle Ridge Apartments - Idaho Falls ID-Mobile Solar Option | N/A |
| | **State the term remaining** | 16 months | |
| | **List the contract number of any government contract** | | |

| Debtor | CoLiant Solutions, Inc. | Case number (*if known*) | 25-51509 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Eastshore Apartments - Palm Bay FL | N/A |
| | **State the term remaining** | Yearly renewal unless terminated | |
| | **List the contract number o any government contract** | | |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with SCP Macedonia Powder Springs, GA | N/A |
| | **State the term remaining** | 5 months | |
| | **List the contract number of any government contract** | | |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | Monitoring Agreement with Block Builders, LLC - The Reserve at Power | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Rivulon-Gilbert AZ Q01331 | N/A |
| | **State the term remaining** | 5 months | |
| | **List the contract number of any government contract** | | |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement with NPR Contractors II, LLC-Westpark Tx | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with FD Hayes Electric | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Festival Pier | N/A |
| | **State the term remaining** | Yearly renewal unless terminated | |
| | **List the contract number of any government contract** | | |

| Debtor | CoLiant Solutions, Inc. | Case number *(if known)* | 25-51509 |
|--------|-------------------------|--------------------------|----------|
|        | Name |  |  |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.**90** **State what the contract or lease is for and the nature of the debtor's interest** | Master Subcontract Agreement with Firmament Solutions | N/A |
| **State the term remaining** |  |
| **List the contract number o any government contract** |  |
| 2.**91** **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Flats at Walnut Hills-Ft. Wayne, IN | N/A |
| **State the term remaining** | 8 months |
| **List the contract number of any government contract** |  |
| 2.**92** **State what the contract or lease is for and the nature of the debtor's interest** | Security Services Agreement with Franklinton Phase II | N/A |
| **State the term remaining** |  |
| **List the contract number of any government contract** |  |
| 2.**93** **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Nexus on Holmes (Campus Commons) Huntsville AL | N/A |
| **State the term remaining** | 6 months |
| **List the contract number of any government contract** |  |
| 2.**94** **State what the contract or lease is for and the nature of the debtor's interest** | SecureVision Video Detection Agreement with Glenwood Phase 2 | N/A |
| **State the term remaining** | Yearly renewal unless terminated |
| **List the contract number of any government contract** |  |
| 2.**95** **State what the contract or lease is for and the nature of the debtor's interest** | SecureVision Video Detection Agreement with Xpert Design & Construction & LDG Reinli, LP - Henderson on Reinli | N/A |
| **State the term remaining** | 13 months |
| **List the contract number of any government contract** |  |
| 2.**96** **State what the contract or lease is for and the nature of the debtor's interest** | Subcontract Agreement with Cahill-Nibbi Joint Ventures-Hunter's View | N/A |
| **State the term remaining** |  |
| **List the contract number of any government contract** |  |

| Debtor | CoLiant Solutions, Inc. | Case number *(if known)* | 25-51509 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Secure Vision Guard and Security Agreement with Bernards Builders<br><br>Yearly renewal unless terminated | N/A |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Master Services Agreement with Installsubs | N/A |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SecureServe Video Detection Agreement with Legacy at Metro Center<br><br>4 months | N/A |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Subcontract Agreement with LHI | N/A |
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Monitoring Services Agreement with Lifemoves Homekey Palo Alto<br><br>4 months | N/A |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SecureServe Video Detection Agreement with Link Apartments Lake Park<br><br>1 month | N/A |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Subcontractor Agreement with Integrated Electronic Systems, Inc. | N/A |

| Debtor | CoLiant Solutions, Inc. | | Case number (if known) | 25-51509 |
|---|---|---|---|---|
| | Name | | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 104 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with JCV Communications, Inc. | N/A |
| | **State the term remaining** | 4 months | |
| | **List the contract number o any government contract** | | |
| 2. 105 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontract Agreement with JPI California Construction, LLC-Jefferson Ocean Creek | N/A |
| | **State the term remaining** | 2 months | |
| | **List the contract number of any government contract** | | |
| 2. 106 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with Jones Engineering Group | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 107 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with Kirby Lane, Huntsville, AL | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 108 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with KL Tech Services LLC | N/A |
| | **State the term remaining** | Yearly renewal unless terminated | |
| | **List the contract number of any government contract** | | |
| 2. 109 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with Kissimmee | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 110 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontract and Monitoring Agreement with OHT Houston Construction, LLC - Oak at Katy Park | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | CoLiant Solutions, Inc. | Case number (*if known*) | 25-51509 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Monitoring Agreement with Lumara Property Owner, LLC | N/A |
| | **State the term remaining** | | |
| | **List the contract number o any government contract** | | |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with LVS | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Pensacola Davis Apartments - Pensacola FL | N/A |
| | **State the term remaining** | 1 month | |
| | **List the contract number of any government contract** | | |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | Manages Services Agreement with Kemmerer Village | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontract Agreement with Danco Builders NW-Mariposa Place | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontract Agreement with The Marshall - St. Louis | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with Master DataComm, Inc. | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | CoLiant Solutions, Inc. | Case number *(if known)* | 25-51509 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.118** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Master Services Agreement with MCS General Construction — N/A

**2.119** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Monitoring Services Agreement with Merrimack College — N/A

**2.120** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Subcontract Agreement with MCRT Carolinas Construction LLC — N/A

**2.121** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Construction Contract with MCREF MFR 1 Shoreline LLC — N/A

**2.122** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

SecureVision Video Detection Agreement with Tree Farm JV, LLC — N/A

**2.123** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

SecureVision Video Detection Agreement with RD Olson Construction-Montage Hotel — N/A

**2.124** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Master Services Agreement with NAVAID Solutions LLC — N/A

| Debtor | CoLiant Solutions, Inc. | Case number (if known) | 25-51509 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | Security Monitoring Agreement with Toll Navona, LLC | N/A |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | Security Service Contract with New Hope Housing Inc.-NHH Avenue C | N/A |
| | State the term remaining | 7 months | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | Security Service Contract with AOG Living-Novum Plano | N/A |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | SecureServe Video Detection Agreement with Peterson Station -Holly Springs NC | N/A |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | Monitoring Agreement with Kittle Property Group, Inc. - Palm Breeze Apartments | N/A |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | Monitoring Agreement with Whittenberg Construction-Prestonian South | N/A |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | Security Monitoring Agreement with The Pinnacle at Waypointe-Toll Brothers | N/A |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | CoLiant Solutions, Inc. | Case number *(if known)* | 25-51509 |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontract Agreement with Bulley & Andrews, LLC | N/A |
| | **State the term remaining** | 8 months | |
| | **List the contract number o any government contract** | | |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with Power-Comm | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with Powerlink Technologies, Inc. | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with Precision Fire Protection Services | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with Premier Technology Systems, LLC | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | Monitoring Agreement with Alliance Residential Builders, LLC-Prose @ Ascend Avondale | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with SignalNet | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | CoLiant Solutions, Inc. | Case number (if known) | 25-51509 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | Monitoring Agreement with NRP Contractors II LLC | N/A |
| | **State the term remaining** | | |
| | **List the contract number o any government contract** | | |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontract with Conifer-LeChase Construction, LLC | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Perimeter Pointe-Charlotte NC | N/A |
| | **State the term remaining** | 7 months | |
| | **List the contract number of any government contract** | | |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | Monitoring Agreement with Whittenberg Construction-Prestonian North | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontract Agreement with Marous Brother Construction Inc. | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Alliance Residential Builders South Florida LLC-Prose Haines City (HC) | N/A |
| | **State the term remaining** | 3 months | |
| | **List the contract number of any government contract** | | |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | Monitoring Agreement with Alliance Residential-Prose McDonough | N/A |
| | **State the term remaining** | 7 months | |
| | **List the contract number of any government contract** | | |

| Debtor | CoLiant Solutions, Inc. | Case number (*if known*) | 25-51509 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Parkway Village at Kapolei | N/A |
| | **State the term remaining** | 8 months | |
| | **List the contract number o any government contract** | | |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with VCP Fort Myers II | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with DBG Properties LLC | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Alexan Boulder | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | Security Monitoring Agreement with Union at River's Edge | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Novel Davidson | N/A |
| | **State the term remaining** | 10 months | |
| | **List the contract number of any government contract** | | |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with VCP Santa Rosa Beach | N/A |
| | **State the term remaining** | 1 month | |
| | **List the contract number of any government contract** | | |

| Debtor | CoLiant Solutions, Inc. | Case number *(if known)* | 25-51509 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | SecureServe Video Detection Agreement with Hambright Junction Investors, LLC | N/A |
| | **State the term remaining** | 1 year | |
| | **List the contract number o any government contract** | | |

| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with Quality Touch Cabling | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with Ron's Remodeling | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with Shelley Electric Company, Inc. | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with Simply Surveillance | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with Spartan Communications | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with Suburban Electric | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | CoLiant Solutions, Inc. | Case number *(if known)* | 25-51509 |
|--------|-------------------------|--------------------------|----------|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with Sullivan Communications | N/A |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** | Managed Services Agreement with Sauk Valley Bank | N/A |
|---|---|---|---|
| | **State the term remaining** | Yearly renewal unless terminated | |
| | **List the contract number of any government contract** | | |

| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with Tech Know Security | N/A |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with White Electric | N/A |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement with White Electrical Construction Company | N/A |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease with K&R Properties, Inc. for 3650 Winchester Road Lessee | K&R Properties, Inc. 3601 Winchester Road Springfield, IL, 62707 |
|---|---|---|---|
| | **State the term remaining** | 32 months | |
| | **List the contract number of any government contract** | | |

| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease with Hitt Properties, LLC for 100 SE Executive Drive, Ste. 4, Bentonville, AK 72712 Lessee | HITT Properties, LLC Attn: Lynn Cody 100 SE Executive Drive, Ste. 2 Bentonville, AR, 72712 |
|---|---|---|---|
| | **State the term remaining** | Month to month | |
| | **List the contract number of any government contract** | | |

| Debtor | CoLiant Solutions, Inc. | Case number (*if known*) | 25-51509 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease with Coliant Properties, LLC for 2703 Brickton North Drive, Buford, GA 30518 Lessee | Coliant Properties, LLC 2703 Brickton North Drive Buford, GA, 30518 |
| | **State the term remaining** | 8 years 1 month | |
| | **List the contract number o any government contract** | | |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease with Cranbrook Properties, LLC dba Landmark Business Center for 4120 Bangs Avenue, Modesto, CA | Cranbrook Properties, LLC dba Landmark Business Center Attn: Aaron Devenport, CFO 4701 Sisk Road Suite 101 Modesto, CA, 95356 |
| | **State the term remaining** | 3 years | |
| | **List the contract number of any government contract** | | |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease with Bernard Koch, Jr. and Linda Koch for 3240 and 3244 Pleasant Run, Springfield, IL Lessee | Barnard Koch, Jr. and Linda Koch 3240 Pleasant Run Springfield, IL, 62711 |
| | **State the term remaining** | 1 year 7 months | |
| | **List the contract number of any government contract** | | |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment lease Lessee | Geneva Capital, LLC 1311 Broadway Street Alexandria, MN, 56308 |
| | **State the term remaining** | 56 months | |
| | **List the contract number of any government contract** | | |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease Lessee | Raymond Leasing Corporation 22 South Canal Street Greene, NY, 13778 |
| | **State the term remaining** | 2 years | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Fill in this information to identify the case:

Debtor name ___CoLiant Solutions, Inc._____

United States Bankruptcy Court for the: __Northern District of Georgia___

Case number (If known): __25-51509_____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Kenneth Carl Stallings | 1120 Sailview Drive Buford, GA 30625 | AGCO Finance, LLC | ☐ D ☑ E/F ☐ G |
| 2.2 | Contessa Leigh Stalli | 1120 Sailview Drive Buckhead, GA 30625 | AGCO Finance, LLC | ☐ D ☑ E/F ☐ G |
| 2.3 | Kenneth Carl Stalling | 1120 Sailview Drive Buford, GA 30625 | Fehring Ornamental Ironw | ☐ D ☑ E/F ☐ G |
| 2.4 | Kenneth Carl Stalling | 1120 Sailview Drive Buford, GA 30625 | K&R Properties, Inc. | ☐ D ☐ E/F ☑ G |
| 2.5 | Kenneth Carl Stalling | 1120 Sailview Drive Buford, GA 30625 | AGCO/DLL Finance LLC ( | ☐ D ☐ E/F ☐ G |
| 2.6 | Contessa Leigh Stalli | 1120 Sailview Drive Buckhead, GA 30625 | AGCO/DLL Finance LLC ( | ☑ D ☐ E/F ☐ G |

Debtor    CoLiant Solutions, Inc.
_____
Name

Case number *(if known)*  25-51509

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.7 | Kenneth Carl Stallings | 1120 Sailview Drive Buford, GA 30625 | AGCO/DLL Finance LLC 101-0521832-000 | ☑ D ☐ E/F ☐ G |
| 2.8 | Contessa Leigh Stallings | 1120 Sailview Drive Buckhead, GA 30625 | AGCO/DLL Finance LLC 101-0521832-000 | ☑ D ☐ E/F ☐ G |
| 2.9 | Kenneth Carl Stallings | 1120 Sailview Drive Buford, GA 30625 | AGCO/DLL Finance LLC 001-0558913-000 | ☑ D ☐ E/F ☐ G |
| 2.10 | Contessa Leigh Stallings | 1120 Sailview Drive Buckhead, GA 30625 | AGCO/DLL Finance LLC 001-0558913-000 | ☑ D ☐ E/F ☐ G |
| 2.11 | Kenneth Carl Stallings | 1120 Sailview Drive Buford, GA 30625 | AGCO/DLL Finance LLC 101-0522586-000 | ☑ D ☐ E/F ☐ G |
| 2.12 | Contessa Leigh Stallings | 1120 Sailview Drive Buckhead, GA 30625 | AGCO/DLL Finance LLC 101-0522586-000 | ☑ D ☐ E/F ☐ G |
| 2.13 | Contessa Leigh Stallings | 1120 Sailview Drive Buckhead, GA 30625 | TBF GRP | ☑ D ☐ E/F ☐ G |
| 2.14 | Kenneth Carl Stallings | 1120 Sailview Drive Buford, GA 30625 | TBF GRP | ☑ D ☐ E/F ☐ G |

Debtor  CoLiant Solutions, Inc.
Name

Case number (*if known*)  25-51509

---

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.15 | Contessa Leigh Stallings | 1120 Sailview Drive Buckhead, GA 30625 | TBF GRP | ☑ D ☐ E/F ☐ G |
| 2.16 | Kenneth Carl Stallings | 1120 Sailview Drive Buford, GA 30625 | TBF GRP | ☑ D ☐ E/F ☐ G |
| 2.17 | Contessa Leigh Stallings | 1120 Sailview Drive Buckhead, GA 30625 | Newtek Small Business Finance LLC | ☑ D ☐ E/F ☐ G |
| 2.18 | Kenneth Carl Stallings | 1120 Sailview Drive Buford, GA 30625 | Newtek Small Business Finance LLC | ☑ D ☐ E/F ☐ G |
| 2.19 | Kenneth Carl Stallings | 1120 Sailview Drive Buford, GA 30625 | Synovus Company CC | ☐ D ☑ E/F ☐ G |
| 2.20 | CoLiant Properties, LLC | 2730 Brickton North Drive Buford, GA 30518 | TBF GRP | ☑ D ☐ E/F ☐ G |
| 2.21 | The Stallings Group, LLC | 2703 Brickton North Drive Buford, GA 30518 | TBF GRP | ☑ D ☐ E/F ☐ G |
| 2.22 | CoLiant International, LLC | 2703 Brickton North Drive Buford, GA 30518 | TBF GRP | ☑ D ☐ E/F ☐ G |

---

| Debtor | CoLiant Solutions, Inc. | | Case number (if known) 25-51509 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| ■ | **Additional Page if Debtor Has More Codebtors** | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.23 CoLiant Properties, LLC | 2730 Brickton North Drive Buford, GA 30518 | TBF GRP | ☑ D ☐ E/F ☐ G |
| 2.24 The Stallings Group, LLC | 2703 Brickton North Drive Buford, GA 30518 | TBF GRP | ☑ D ☐ E/F ☐ G |
| 2.25 CoLiant International, LLC | 2703 Brickton North Drive Buford, GA 30518 | TBF GRP | ☑ D ☐ E/F ☐ G |
| 2.26 Contessa Leigh Stallings | 1120 Sailview Drive Buckhead, GA 30625 | River Capital Partners, LLC | ☑ D ☐ E/F ☐ G |
| 2.27 Kenneth Carl Stallings | 1120 Sailview Drive Buford, GA 30625 | River Capital Partners, LLC | ☑ D ☐ E/F ☐ G |
| 2.28 CoLiant Properties, LLC | 2730 Brickton North Drive Buford, GA 30518 | River Capital Partners, LLC | ☑ D ☐ E/F ☐ G |
| 2.29 CoLiant Systems, LLC | 2703 Brickton North Drive Buford, GA 30518 | River Capital Partners, LLC | ☑ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name    CoLiant Solutions, Inc.

United States Bankruptcy Court for the:    Northern District of Georgia

(State)

Case number (If known):    25-51509

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................    $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...............................................................    $ __4,315,784.85

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................................    $ __4,315,784.85

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...........    $ __7,622,834.91

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* .............................................    $ ___104,560.83

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ......................    + $ __7,521,648.59

4. **Total liabilities** ...................................................................................
   Lines 2 + 3a + 3b                                                                                       $ _15,249,044.33

---

**United States Bankruptcy Court**

**IN RE:**                                                    Case No. 25-51509 _____

CoLiant Solutions, Inc.
_____  Chapter  11 _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Kenneth C. Stallings<br>1120 Sailview Drive, Buckhead, GA 30625 | 49 | Common stockholder |
| Contessa L. Stallings<br>1120 Sailview Drive, Buckhead, GA 30625 | 51 | Common stockholder |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
<tr><td>Debtor Name</td><td>CoLiant Solutions, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Northern District of Georgia</td></tr>
<tr><td>Case number (<em>If known</em>):</td><td>25-51509</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule ____*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/10/2025          ✘ /s/ Kenneth C. Stallings
_____                      _____
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                  Kenneth C. Stallings
                                  _____
                                  Printed name

                                  President
                                  _____
                                  Position or relationship to debtor

# United States Bankruptcy Court

_____
Northern District of Georgia

**In re** CoLiant Solutions, Inc.

Case No. <u>25-51509</u>

**Debtor**

Chapter <u>11</u>

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ <u>100,000.00</u>

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ <u>595.00</u>

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

A. prepare and file on behalf of the client all petitions, schedules, statements, plans, and other documents or pleadings;

B. attend and represent the client at all meetings of creditors, hearings, trials, conferences, and other proceedings, whether in or out of court;

C. provide legal advice to the client as to the rights, duties, and powers of the client as a debtor in possession in a chapter 11 case, and as to other matters arising in or related to the chapter 11 case; and

D. otherwise assist, advise, and represent the client on matters related to the chapter 11 case as requested by the client.

Attorney: Standard Hourly Rate:

William A. Rountree $595.00

Will B. Geer $595.00

Michael Bargar $535.00

Hal Leitman $425.00

David S. Klein $495.00

Alexandra Dishun $425.00

Elizabeth Childers $425.00

Ceci Christy $425.00

Caitlyn Powers $375.00

Shawn Eisenberg $300.00

William Matthews $425.00

Paralegals: Standard Hourly Rate:

Dorothy Sideris    $225.00

Elizabeth Miller $290.00

Megan Winokur $175.00

Catherine Smith $150.00

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

None

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/10/2025

*Date*

/s/ William Rountree, 616503

*Signature of Attorney*

Rountree, Leitman, Klein & Geer, LLC

*Name of law firm*
2987 Clairmont Road
Suite 350
Atlanta, GA 30329

## <u>SUPPLEMENTAL LIST OF CREDITORS</u>

AGCO Finance, LLC
PO Box 77113
Minneapolis, MN 55480-7702


AGCO/DLL Finance LLC 001-0555232-000
PO Box 77122
Minneapolis, MN 55480-7702


AGCO/DLL Finance LLC 001-0558913-000
PO Box 77122
Minneapolis, MN 55480-7702


AGCO/DLL Finance LLC 101-0521832-000
PO Box 77122
Minneapolis, MN 55480-7702


AGCO/DLL Finance LLC 101-0522586-000
PO Box 77122
Minneapolis, MN 55480-7702


Barnard Koch, Jr. and Linda Koch
3240 Pleasant Run
Springfield, IL 62711


Cranbrook Properties, LLC dba Landmark Business Center
Attn:  Aaron Devenport, CFO
4701 Sisk Road Suite 101
Modesto, CA  95356


Enterprise FM Trust by Enterprise Fleet
Management Inc, its attorney in fact
5909 Ptree Dunwoody Rd Ste 500
Atlanta, GA 30328

HITT Properties, LLC
Attn: Lynn Cody
100 SE Executive Drive, Ste. 2
Bentonville, AR 72712


K&R Properties, Inc.
3601 Winchester Road
Springfield, IL 62707


Sun Surveillance
418 Old Greenville Road
Spartanburg, SC 29301


Texas Comptroller
Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528

United States Bankruptcy Court

Northern District of Georgia

In re: CoLiant Solutions, Inc.

Case No.  25-51509

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____03/10/2025_____

/s/ Kenneth C. Stallings
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor