## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In      Debtor(s)
Re:    **CoLiant Solutions, Inc.**
      2703 Brickton North Drive
      Buford, GA 30518

      **41–2044744**

Case No.: **25–51509–pwb**
Chapter: **11**
Judge: **Paul W. Bonapfel**

## NOTICE OF CONFIRMATION OF CHAPTER 11 PLAN

**NOTICE IS HEREBY GIVEN** pursuant to Federal Rules of Bankruptcy Procedure 3020(c) that an order confirming the plan of the above–named Debtor(s) was entered on **November 24, 2025** .

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Dated:  November 24, 2025

Form 11c